UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 16-cv-175 (BAH)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO FILE COMBINED REPLY AND OPPOSITION AND TO
ADJUST REMAINING DEADLINES IN BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, by and through undersigned counsel, moves the Court for an extension to February 14, 2017, of Defendant's deadline to file its combined reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment, and also for a corresponding extension of Plaintiff's reply deadline. As grounds, Defendant states as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA"). Defendant answered the Complaint on May 16, 2016.

2. Pursuant to the Court's order dated November 18, 2016, the Court modified the briefing schedule as follows:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | November 23, 2016 |
| Plaintiff's Opposition and Cross-Motion: | December 23, 2016 |
| Defendant's Reply and Opposition: | January 23, 2017 |

   Plaintiff's Reply:          February 21, 2017

  3. Defendant filed its motion for summary judgment on November 23, 2016 and Plaintiff filed its opposition and cross motion on December 23, 2016.

  4. Defendant moves for an extension of its deadline to file its combined reply and opposition to February 14, 2017.  There is good cause for the requested extension.  As a result of commitments in other matters, undersigned counsel needs additional time to review Plaintiff's voluminous filing and confer with the agency on an appropriate response.  Among other things, undersigned counsel had a deadline of January 10, 2017 to file a combined reply and opposition in a different District Court matter, has been working toward meeting a deadline of January 18, 2017 for pretrial exchanges in another District Court matter, has an appellate filing due February 3, 2017 in a matter before the D.C. Circuit, and has oral argument scheduled in another appellate matter for February 13, 2017.  Accordingly, Defendant requests an extension of approximately three weeks, to and including February 14, 2017.

  5. This is the first request for extension made with respect to Defendant's deadline to file its combined reply and opposition and third request for extension with respect to the summary judgment briefing schedule.  The only other deadline that will be impacted by the requested extension is the deadline for Plaintiff's reply, which the parties propose be extended to April 7, 2017.

  6. Pursuant to Local Rule 7(m), Defendant, through counsel, advised Plaintiff's counsel of the relief requested in this motion and Plaintiff's counsel advises that she consents to the relief requested provided Plaintiff's deadline to file its reply is extended to, and including, April 7, 2017.  Defendant does not object to extending Plaintiff's reply deadline to that date.

7. A proposed order is attached.

                        Respectfully submitted,

                        CHANNING D. PHILLIPS, D.C. BAR # 415793
                        United States Attorney

                        DANIEL F. VAN HORN, D.C. BAR # 924092
                        Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant