UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

Civil Action No. 16-175 (BAH)

Judge Beryl A. Howell

# ORDER

Upon consideration of the government's Motion for Extension of Time for Defendant to Comply with the Court's September 28, 2017, Order and for Reconsideration in Part, ECF No. 27, the plaintiff's Motion to Amend Deadlines, ECF No. 29, the memoranda submitted in support and opposition, and the entire record herein, it is hereby

**ORDERED** that the government's Motion for Extension of Time for Defendant to Comply with the Court's September 28, 2017, Order and for Reconsideration in Part is GRANTED in part and DENIED in part; specifically, the government's motion is GRANTED to the extent the government seeks to modify the deadlines for disclosure and production in the Court's September 28, 2017, Order and to the extent the government seeks to utilize a cut-off date of March 31, 2015, with the plaintiff's consent, for the supplemental search described in the Court's September 28, 2017, Memorandum Opinion and Order, and DENIED in all other respects; and it is further

**ORDERED** that the plaintiff's Motion to Amend Deadlines is GRANTED in part and DENIED in part; specifically, the plaintiff's motion is GRANTED to the extent it seeks to modify the deadlines for disclosure and production in the Court's September 28, 2017, Order and

DENIED to the extent it proposes a briefing schedule that envisions two additional rounds of summary judgment briefing after the government's productions of *Vaughn* indices on December 4, 2017, and March 1, 2018; and it is further

**ORDERED** that the deadlines in the Court's September 28, 2017, Order are adjusted as follows: the government shall (1) by December 4, 2017, provide the plaintiff with a *Vaughn* index in compliance with the Court's Memorandum Opinion for the withheld and redacted records in the responses already provided to the plaintiff and provide the plaintiff with any records included in the previously filed *Vaughn* indices that the government determines will no longer be withheld, in whole or in part, pursuant to FOIA Exemption 5; and (2) by March 1, 2018, provide the plaintiff with all nonexempt records subject to FOIA generated through March 31, 2015, located as a result of the supplemental search using March 31, 2015, as the cut-off date, that the government determines to be responsive to the two FOIA requests at issue, along with an updated *Vaughn* index for any records that the government seeks to withhold or redact; and it is further

**ORDERED** that, within 14 days of the plaintiff's receipt of the government's December 4, 2017, and March 1, 2018, responses, the parties shall file joint status reports identifying any unresolved issues to be raised in renewed motions for summary judgment and, in the March 1, 2018, joint status report, the parties shall propose a briefing schedule, as necessary, to resolve any remaining issues in this case.

**SO ORDERED.**

Date: October 23, 2017

_____
BERYL A. HOWELL
Chief Judge