**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

CENTER FOR BIOLOGICAL DIVERSITY   )
           Plaintiff,   )
     )
    v.     )     16-CV-175 (BAH)
     )
UNITED STATES ENVIRONMENTAL   )
PROTECTION AGENCY,   )
     )
         Defendant.   )
_____)

**THIRD SUPPLEMENTAL DECLARATION OF EARL INGRAM, JR.**

I, Earl G. Ingram Jr., declare that the following statements are true and correct to the best of my knowledge and are based on my own personal knowledge, on information contained in the records of the United States Environmental Protection Agency ("EPA"), or on information supplied to me by employees under my supervision and employees in the Office of Environmental Information ("OEI") as well as from staff within the Office of General Counsel ("OGC").

1.     I am the Chief of the Public Information and Records Integrity Branch ("PIRIB") within the Information Technology and Resources Management Division ("ITRMD") of the Office of Pesticide Programs ("OPP"), at EPA Headquarters. I have held this position since August 10, 2014. From 2009 to 2014, I was a Team Leader for the PIRIB and I have worked in the Branch since September of 1997. In the course of my duties, I supervise the Office of Pesticide Programs staff responsible for responding to Freedom of Information Act ("FOIA") requests within the Office of Pesticides Programs for information/records concerning pesticides as required by FOIA and the Agency FOIA regulations, including 40 CFR Part 2. The Office of

Pesticide Programs is responsible for regulating pesticides and pesticide products under the

Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA"), including registration of

pesticides and pesticide products.

2.    I am personally familiar with Plaintiff's FOIA requests that are at issue in this

case.  As the Chief of PIRIB, I supervise staff in the office responsible for completing the

supplemental search for documents as ordered by this Court.  I make this Declaration in support

of EPA's renewed Motion for Summary Judgment. During the course of this case, I have made

three previous declarations dated November 23, 2016, February 23, 2017, and October 18, 2017

that provide additional background. All of these declarations are incorporated by reference.[1]

3.    The purpose of the declaration is to provide information describing EPA's review

of records previously withheld in full or in part, and the supplemental search within its Microsoft

Outlook email system for potential responsive records regarding the new cutoff date of the

search and the additional custodians identified by the Court in its September 28, 2017

Memorandum Opinion and its October 23, 2017 Order Granting Extension and Modification.

The October 23, 2017 Order altered the cutoff date of the supplemental search to March 31,

2015, and extended the amount of time necessary for EPA to complete the review of previously

withheld records and to conduct the supplemental search.

4.    *Review of previously withheld records* – OGC and members of my staff reviewed

the documents that were withheld in full or in part in earlier productions. These documents were

re-evaluated for additional discretionary release as well as revision or deletion of any previous

withholdings based on the reasoning outlined in the Court's September 28, 2017 Opinion. On

December 4, 2017 EPA completed its review of these documents. As a result, 21 previously

---

[1] With the exception of the modification made to the first and second declarations herein.

withheld in full records were provided to the Plaintiff. These newly released documents

consisted of six near-final draft versions of the six-state Refined Endangered Species Assessment

("six-state assessment"), seven near-final draft versions of the ten-state Addendum to 2,4D

Choline Salt Section 3 Risk Assessment ("Addendum"), six emails, one study evaluation, and

one document containing draft text for EPA's website.

5.      In accordance with the Court's September 28, 2017 Order, all previously

produced documents were given new identifying information to ensure clear organization and

accounting in the Agency's revised *Vaughn* Index. Each document, whether it was previously

released in full, released in part, or withheld in full, was given a new Bates Stamp Number

beginning with "ED_Vaughn3_00." These new numbers, as well as the Relativity document

number and Bates Stamp numbers from the previous *Vaughn* Index were also provided in the

Agency's revised *Vaughn* Index for cross-referencing with previous productions and *Vaughn*

Indices. A revised *Vaughn* Index incorporating this information for previously produced

documents was provided to Plaintiff on December 7, 2017.

6.      *Supplemental Search* − A supplemental search for Outlook email records began

shortly after the September 28, 2017 Memorandum Opinion and Order were issued by the Court.

Office of Pesticides Program staff identified 22 of the 23 individuals[2] recognized by the Court's

September 28, 2017 Memorandum Opinion as potentially possessing responsive email record

documents (four of whom are no longer employed by EPA).[3]  The Office of Pesticide Programs

---

[2] With respect to one of the individuals named in the Court's September 28, 2017 Opinion, Donald Corbin, EPA has
no record of that individual working for EPA and, therefore, there were no records of that individual for EPA to
search. Further, no individual by this name appeared in any of the records previously provided by EPA in response
to Plaintiff's FOIA requests.  Thus, EPA's supplemental search encompassed 22 custodians:  13 original custodians
and 9 additional custodians identified in the Court's September 28, 2017 decision.
[3] Jay Ellenberger, Marty Monell, William Jordan, and James Cowles have all retired from the Agency. Mr. Cowles
was one of the original 13 custodians, while the remaining three were part of the additional nine custodians.

utilizes EPA's centralized eDiscovery search service located in its Office of Environmental Information for the collection of email documents.  The collected documents were reviewed using the Relativity review software. This initial search was run through the time of the new search, October 3, 2017, which proved problematic for the reasons stated in EPA's October 18, 2017 Motion for Reconsideration and Declaration. Accordingly, the Court's October 23, 2017 Order shortened the search cutoff date to March 31, 2015.

7.      In accordance with the Court's October 23, 2017 Order, EPA performed a centralized electronic search utilizing the same search terms used in the previous eDiscovery search ("risk assessment" OR "assessment" OR "RA") AND ("Enlist" OR "Choline" OR "2,4-D") AND ("ESA" or "endangered species"), adding the ten additional custodians, and extending the cutoff date to March 31, 2015.  Per the Court's Order, the 13 original custodians were searched for e-mails, instant messages, and attachments from the end date of EPA's prior centralized electronic search of their records, October 20, 2014[4], through March 31, 2015. The nine additional custodians were searched for e-mails, instant messages, and attachments from the start date of EPA's earlier search, February 15, 2013, through March 31, 2015. Emails sent or received by an individual with an Outlook mailbox would be captured by that system, including emails sent on EPA issued mobile phones, and instant messages sent or received by EPA's instant messaging systems, Microsoft Lync and later, Skype for Business. Therefore, a search of any particular custodian in the centralized system captures any emails or instant messages sent to

---

[4] As noted by the Court in its September 28, 2017 Opinion, EPA used two cutoff dates in previous searches, September 26, 2014 and October 20, 2014. As stated in my November 23, 2016 declaration, the September 26, 2014 date was the cutoff date used for a non-centralized search completed prior to litigation that was based on correspondence with CBD at that time. A centralized electronic search for all 13 original custodians using the cutoff date of October 20, 2014 was later completed, fully encompassing and supplementing the earlier September 26, 2014 search. Since the second search fully encompassed the first search for the original custodians and extended that search to October 20, 2014, EPA's supplemental search following the Court's September 28, 2017 decision began with the October 20, 2014 date and extended it through March 31, 2015 for the original 13 custodians.

or from that custodian using their EPA account. After the search was completed, the results of the search were placed in the Relativity database for review and coding.

8.        On October 10, 2017, OGC also asked each custodian still employed at EPA (as noted four of the 22 individuals no longer worked at EPA) to perform a search of their non-Microsoft Outlook records, including local or shared hard drives, OneDrive (EPA's Microsoft cloud-based computing service), SharePoint sites, mobile devices (including text messages and photographs), external hard drives and discs, and hard copy files for any documents responsive to the requests that they had not already submitted in the previous searches or were not otherwise accounted for through the earlier centralized electronic search. The timeframe of this search also extended from February 15, 2013 to March 31, 2015. Further, it asked any custodians who had previously searched their non-Outlook records through the previous search cutoff date to only search for additional records through the new March 31, 2015 cutoff date.  Any documents located by the custodians were provided and any documents identified by OGC as responsive were processed and de-duplicated from the documents received from the centralized electronic search.

9.        Prior to departure from the Agency, EPA employees submit a form instructing them to transfer "all media, personal or government owned (including email, hard drives, portable electronic storage, LAN servers, collaboration tools, etc.) including working documents of completed, ongoing, and pending activities" to an EPA recordkeeping system, when possible, or otherwise transfer them to "a supervisor or successor."[5]  For the four employees that have retired, OEI located the legacy files submitted by these individuals upon their departure stored on an Agency recordkeeping server. OEI and OGC personnel electronically searched these files

---

[5] EPA Records Management Checklist for Separating/Transferring or Separated Personnel, EPA Form 3110-49 (10/16)

using Microsoft Windows' search tool for the search terms used in the centralized electronic

search for these requests. No responsive records from these individuals were located from these

legacy files.

      10.     OGC and members of my staff conducted the initial review for responsiveness

and application of FOIA exemptions to documents compiled in the centralized electronic search

and self-searches. If emails or other attachments were responsive, they were coded as "release in

full," "release with redactions," "duplicate included within," or "withhold in full." Otherwise,

they were coded as "non-responsive." EPA also marked the document for redactions using the

appropriate FOIA exemption. OGC reviewed all documents that had been marked responsive to

verify the decision to release, redact, or withhold.

      11.     OGC further evaluated the documents for additional discretionary release as well

as comparing the documents obtained through the supplemental manual search performed by the

custodians to the documents obtained in the centralized electronic supplemental search. This

ensured that all responsive documents were located and fully reviewed. As a result of this

supplemental search and review, on March 1, 2018, EPA produced 133 additional records in full,

released 25 additional records in part, and withheld 43 additional records in full.

      12.     *Segregating Non-exempt Material* - As more fully described in the *Vaughn* index,

EPA staff also conducted a review of each responsive record for segregability of non-exempt

material. EPA staff performed redactions where non-exempt material could be reasonably

segregated and released non-exempt portions. Following review of both the previously produced

records and records located through the supplemental search, EPA has now released all

reasonably segregable, non-exempt information to CBD. The documents withheld in their

entirety contain no meaningful portion that could be redacted and released.

13.     *Revised Vaughn Index* – Attached to this Motion, in accordance with the Court's

September 28, 2017 Memorandum Opinion and Order, EPA has provided a final revised *Vaughn*

Index that accounts for the eleven information elements prescribed by the Court. The *Vaughn*

index describes 138 documents that have been withheld in full or in part. Documents identified

with a "*" are one of the 43 records identified by Plaintiff to no longer be challenged.

Additionally, documents identified with a "**" are four documents that EPA has determined to

be a near duplicate to one of the 43 documents Plaintiff identified as no longer challenged that

were added to the *Vaughn* index after EPA's most recent communication with Plaintiff. This

amounts to approximately 91 documents withheld in full or in part remaining at issue. This final

*Vaughn* Index is intended to fully replace and supersede all *Vaughn* indices previously provided

to Plaintiff.

14.     *FOIA Exemption 5 Deliberative Process Privilege* – A declaration from Dr.

Sujatha Sankula, Branch Chief of the Environmental Fate and Effects Division ("EFED") of OPP

is attached to EPA's Renewed Motion for Summary Judgment in support of the EPA's

application of the deliberative process privilege.

15.     *FOIA Exemption 5 Attorney-Client Privilege* – EPA's revised *Vaughn* Index

explains the Agency's application of the attorney-client privilege. Each withheld document or

portion of a document was not shared with any person outside of the Agency attorneys and their

clients in the Office of Pesticide Programs. The withheld text in each reflects candid advice from

the Agency attorneys to their clients during the ongoing consideration of the proposed

registration and the questions asked relates to legal advice solicited by OCSPP. For example,

OCSPP solicited OGC advice concerning the potential legal ramifications of phrasing used in the

ten-state Addendum, to decide the appropriate legal definition of "buffer limit," to ensure the

correct terminology was used in the ten-state Addendum to avoid Administrative Procedure Act issues, and, more broadly, provide OGC input on briefings to discuss potential legal issues involving the ESA and ongoing litigation.

16.     The basis for withholding for each document under the attorney-client privilege is more particularly described in the attached *Vaughn* Index. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid advice about sensitive legal issues within the Agency and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

17.     *Scientific Studies* – By e-mail on April 11, 2018, EPA communicated to Plaintiff that all responsive scientific studies had been produced and the Agency is not aware of any additional studies responsive to Plaintiff's request. My office confirmed that 48 studies have been produced to Plaintiff, including one from the March 1, 2018 supplemental search. They are as follows: Studies released on March 12, 2015 under Request #EPA-HQ-2015-000652:   49384801; 48260701; 48208302; 41767701; 42018301; 41345701; 44517306; 41158301; 41429003; 41505903; 48892401; 48892404; 48892405; 42712204; 41644401; 41644402; 41644403; 45336401; 41413501; 42416801; 47106004; 48862903; 48897101; 48897102; 48844001; 48911801; 49426301; 43982101; 42389501; 47106002.   Studies released on March 13, 2015 under FOIA Request #EPA-HQ-2014-007846:   42018303; 49163301; 48844001; 49199101; 49199102; 48862901; 48862902; 48912102; 47417901; 47417902; 45020113; 45652001; 46784601; 45538206; 46123914; 00130407. Studies released on May 1, 2015 under FOIA Request #EPA-HQ-2015-000652: 00150557; 00163996. Study released on March 1, 2018 via certified mail receipt #7008323000094747882: 00055212.

18.     *Inter- and Intra-Agency Records* – In my February 23, 2017 declaration, I withdrew the fifth sentence from Paragraph 29 of my November 23, 2016 declaration and superseded that sentence with an assertion that my previous statement regarding "state" agencies was incorrect. *See* Feb. 23, 2017 Ingram Decl. ¶12 and Nov. 23, 2016 Ingram Decl. ¶29. I further stated that EPA staff had reviewed the withheld responsive records, and none were shared with state agencies. Feb. 23, 2017 Ingram Decl. ¶12. I now re-assert that the fifth sentence from Paragraph 29 of my November 23, 2016 declaration referring to "deliberative communications among staff, or between EPA and its state and federal partner agencies..." was incorrect. I also re-assert that Paragraph 12 of my February 23, 2017 declaration was correct.

19.     I further clarify that none of the documents produced or withheld indicate that any documents responsive to Plaintiff's FOIA request were shared with state agencies. In addition, none of the documents produced or withheld reflect any communications with state agencies concerning the two refined risk assessments at issue in Plaintiff's FOIA requests.

20.     Beyond the searches conducted, I am not aware of any additional location to search for any additional which would be responsive to Plaintiff's FOIA requests. Therefore, the searches, as conducted, would have located any communications with any state agencies concerning the two refined risk assessments at issue in Plaintiff's FOIA requests, had any such communications occurred.

21.     The document shared with the U.S. Department of Agriculture discussed in the February 23, 2017 declaration has now been released in full.

Pursuant to 28 U.S.C. § 1746, I hereby affirm under penalty of perjury that the forgoing

declaration is true and correct.

Executed this 6th day of June 2018.

Earl G. Ingram, Jr.
Chief, Public Information and Records Integrity
Branch of the Office of Pesticide Programs
U.S. Environmental Protection Agency

# Center for Biological Diversity v. United States Environmental Protection Agency
Case No. 1:16-cv-00175, United States District Court for the District of Columbia
Environmental Protection Agency Vaughn Index

This Vaughn Index is submitted by EPA per the Court's October 23, 2017 Order. It provides explanations for each document in the December 4, 2017 and March 1, 2018 productions that EPA has reviewed and decided to withhold in full or in part under FOIA Exemption 5. The column "Exact Duplicate of (entry applies to)" identifies the Bates Number range of a duplicate document of that entry that the explanation made in the entry fully applies to. The column "Part of (entry relates to)" identifies the Bates Number of the first page of a near duplicate document that the references that entry.

## Acronyms & Definitions:

| | |
|---|---|
| OCSPP | Office of Chemical Safety and Pollution Prevention, EPA |
| OPP | Office of Pesticide Programs within the Office of Chemical Safety and Pollution Prevention, EPA |
| OGC | Office of General Counsel, EPA |
| PTSLO | Pesticide and Toxic Substances Law Office within the Office of General Counsel, EPA |
| EFED | Environmental Fate and Effects Division within the Office of Chemical Safety and Pollution Prevention, EPA |
| BEAD | Biological and Economic Analysis Division within the Office of Chemical Safety and Pollution Prevention, EPA |
| RD | Registration Division within the Office of Chemical Safety and Pollution Prevention, EPA |
| PRD | Pesticide Re-Evaluation Division within the Office of Chemical Safety and Pollution Prevention, EPA |
| APHIS | Animal and Plant Health Inspection Service, USDA |
| ESA | Endangered Species Act |
| EIS | Environmental Impact Statement |

## Identification of Relevant Personnel:

### EPA Personnel

Daniel Kenny, Branch Chief, Herbicide Branch, RD, OCSPP (BC/D)
Sujatha Sankula, Branch Chief ERB1, EFED, OCSPP (BC/D)
Edward Odenkirchen, Acting Branch Chief, EFED, OCSPP (SenS)
Megan Radtke, Acting Risk Assessment Process Leader, EFED, OCSPP (StfS)
Lois Rossi, Director, RD, OCSPP (BC/D)
Faruque Khan, Senior Scientist, EFED, OCSPP (SenS)
Kathryn Montague, Risk Manager, RD, OCSPP (SenS)
Daniel Rosenblatt, EPA Deputy Director, RD, OCSPP (BC/D)
Emily Schmid, EPA, Herbicide Branch, RD, OCSPP (StfS)
Michele Knorr, Attorney-Advisor, PTSLO, OGC
Benjamin Wakefield, Attorney-Advisor, PTSLO, OGC
Arnet Jones, Herbicide Branch, RD, OCSPP
William Phillips, Biological Analysis Branch, OCSPP
Kristin Hendricks, RD, OCSPP
Kevin McLean, Associate General Counsel, PTSLO, OGC
Robert Perlis, Assistant General Counsel, PTSLO, OGC
James Cowles, EFED, OCSPP (UM)
Monica Wait, Chemical Review Manager, PRD, OCSPP (SenS)
Grant Rowland, Deputy Director, HED, OCSPP (BC/D)
Greg Orrick, Environmental Scientist, EFED, OCSPP (SenS)
William Jordan, Deputy Director, Programs, OCSPP (UM)
Kristina Garber, EFED, OCSPP (SenS)

Elizabeth Donovan, EFED, OCSPP (SenS)
Yu-Ting Guilaran, Director, BEAD, OCSPP (BC/D)
Jonathan Becker, Staff Biologist, BEAD, OCSPP (SenS)
William Chism, Senior Biologist, BEAD, OCSPP (SenS)
Donald Brady, Former Director, EFED, OCSPP (BC/D)
Anita Pease, Associate Director, EFED, OCSPP (BC/D)
Debra Rate, RD, OCSPP (StfS)
Freeborn Jewett, PRD, OCSPP (StfS)
Avi Garbow, Former General Counsel
Stacey Mitchell, Former Deputy General Counsel
Derek Berwald, Economist, BEAD, OSCPP (StfS)
Michael Walsh, Environmental Protection Specialist, RD, OCSPP (StfS)
Robert McNally, Director, BPPD, OCSPP (BC/D)
Timothy Kiely, Economist, BEAD, OCSPP (BC/D)
Diann Sims, Environmental Protection Specialist, BEAD, OCSPP (BC/D)
Alan Reynolds, Biologist, BPPD, OCSPP (StfS)
Steven Bradbury, Director, OPP (UM)
Sarah Meadows, Environmental Scientist, RD, OCSPP (StfS)
Alexandra LaMay, HED, OCSPP (StfS)
Edom Seifu, Environmental Scientist Trainee, EFED, OCSPP (StfS)
Kaythi Han, Biologist, EFED, OCSPP(StfS)
Linda Strauss, Public Affairs Specialist, IO, OCSPP (Stf)

**NOTE:** Where applicable above, OCSPP staff members have been identified as falling within four categories: (1) Staff Scientist (StfS); (2) Senior Scientist (SenS); (3) Branch Chief or Director (BC/D), and; (4) Upper Management (UM). Branch chiefs or directors are middle level managers with limited final decision-making abilities. Each of the names appearing above represent an EPA employee that was party to one or more emails in this Vaughn Index. Listing of their name here does not indicate that they were actively involved in any communications, only that they were party to an email in some manner.

**NOTE**: The "Document Number" (ED_000832_PSTs_…) is the document's number in EPA's document review program, Relativity. The "Bates Numbers" in this Vaughn were created after the Court's 9/28/17 Order from the original production file to enable each document to have its own reference number. This column also includes the reference number in the second Vaughn Index submitted on February 23, 2017.

**NOTE**: Use of the term "EPA EFED Staff" in the "Author" column means that the document was collaboratively created by staff members of the Environmental Fates and Effects Division – Edward Odenkirchen, Meghan Radtke, Sujatha Sankula, Kristina Garber, and Faruque Khan. None of these individuals have singular decision-making authority for the underlying Agency actions. Use of the term "OCSPP Staff" in the "Author" section means that the document was created collaboratively by staff members of multiple OCSPP divisions, including EFED, RD, and BEAD. Individual authors are identified when possible, but use of these more general identifiers are used to accurately reflect the input of multiple authors when individual authors cannot be accurately attributed.

**NOTE:** All discussion of released but redacted email chains are ordered by the time they were sent (meaning, the "first" email will be the oldest in time).

\* Indicates a document CBD no longer challenges.
\*\* Indicates a document EPA presumes is no longer challenged due to it being an additional Vaughn entry that is a near duplicate of a document CBD no longer challenges.

| Entry No. 1 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0000007 - 0000045 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00000497 (previously PRD 89 – Attachment) | **Total Pages**: 38 | **Pages Redacted/Withheld**: 38 |
| **Exact Duplicate of (entry applies to)**: ED_Vaughn3_0004049 - 0004086 (previously WIF#9) | **Part of (entry relates to):** | |
| **Document Type | Subject/Title** | **Date** | **Attachments** |
| Draft Document | "Update on 2,4D Choline Salt Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean" (24-D choline Listed Species 2_6_14 MR KG.docx) | 3/26/2014 (2/6/14 document version) | Attached to released email beginning at ED_Vaughn3_0000005 |
| **Author** | **Recipients** | |
| EPA EFED Staff | Daniel Kenny | |
| **Document Description** | | |
| This document is a very early rough draft of the final Ten State Addenda from September 2014 that has been released to the public. This developmental draft was intended to begin the collaborative process in EFED to develop what would become the Ten State Addenda. This version contains less than half of the text of the final version, is unformatted, and contains deliberative text that was further developed and heavily edited by staff in the following months. | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process: EPA EFED staff created this document to initially develop the Discussion sections and Appendices 1 and 2 of what became the final "Ten State Addendum" that is released in full as document ED_Vaughn3_0002753. It contains comments and edits from EPA staff scientists, and rough drafts of text to | | |

initiate further addition and review. In the comments, EPA staff provide their opinions and interpretations of the methodologies referenced throughout the working draft document. Many of the comments make suggestions on selection or organization of facts. The document was developed collaboratively with no primary author, with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addresses the legal requirements of ESA assessments. This draft document represents an initial effort by EFED staff to develop the Ten State Addendum through give and take deliberations circulated between staff prior to sending the document through the management chain for ultimate approval. Release of this document in draft form would have a chilling effect on Agency staff's ability to have open and frank discussions weighing, considering, and evaluating scientific data, studies, reports, and other relevant information in order to assist management with finalizing a decision document. Further, release of this document in draft form would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the draft version. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability: The document is an early draft of the final document that has been released. There is no segregable factual information in the document that is not reflected in the final version of the Ten State Addendum (ED_Vaughn3_0002751). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text, rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 39 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

## Entry No. 2

| Bates Number | | Exemption(s) | Release/Withholding Status |
|---|---|---|---|
| ED_Vaughn3_0000096 - 0000097 | | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00001159 (Previously PRD 000142) | | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002429 – 0002430 | | **Part of (entry relates to)**: | |
| **Document Type | Subject** | | **Date** | **Attachments** |
| email | RE: 2,4D ESA Summary for Jim | | 1/6/2014 | 2,4D Listed Species update 1-6-13.docx (Entry 3) (ED_Vaughn3_0000098) |
| **Author** | | **Recipients** | |
| Meghan Radtke | | Ed Odenkirchen, Sujatha Sankula, Monica Wait, Faruque Khan | |

### Document Description

This is an email string containing two emails, one of which is redacted. The redacted portion of the email is from Megan Radtke to other EFED staff discussing her comments to the attached document intended to present issues on the development of the assessment to OCSPP Assistant Administrator Jim Jones for further deliberation.

### Exemption Justification

Ex. 5 Deliberative Process

First email: The originating email of this string was sent by Meghan Radtke to her EFED colleagues, and references her comments and impressions of the attached document intended to be forwarded for consideration by OCSPP Assistant Administrator, Jim Jones. This intra-agency communication describes deliberative aspects of the document, specifically regarding the document's treatment of a certain reviewed species. Three sentences concerning this issue are redacted as deliberative. The redacted

sentences deliberate the necessity of a more thorough explanation of an issue in the document based on ongoing deliberations concerning the section among EFED staff. This withheld information is deliberative, because it reflects Meghan Radtke's personal insight on the nature of the document, and offers questions and insights for her colleagues to consider in the document before it is sent up the management chain for further consideration. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA assessment it discusses, or any action that may have resulted from the meeting. The underlying document was a very early draft version of the Six State addenda that was later released to the public. The reason for why Meghan Radtke felt that any changes to the document were justified did not directly result in any final agency action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

The second email is released in its entirety.

Segregability: All segregable information in the email chain has been released. Four sentences in one email have been redacted, any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482).

## Entry No. 3

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0000098 - 0000108 | Ex. 5—Deliberative Process | Withheld in Full |

| **Document Number**: ED_000832_PSTs_00001160 (Previously Attachment to PRD 000142) | **Total Pages**: 10 | **Pages Redacted/Withheld**: 10 |
|---|---|---|
| **Exact Duplicate of (entry applies to)**:  ED_Vaughn3_0002431 - 0002440; | **Part of (entry relates to):** ED_Vaughn3_0001506 - 1515; ED_Vaughn3_0001522 - 0001531; ED_Vaughn3_0002399 - 0002408; ED_Vaughn3_0002410; ED_Vaughn3_0002422; ED_Vaughn3_0003068; | |

| Document Type | Subject/Title | Date | Attachments |
|---|---|---|
| Draft Document | Update on 2,4D Choline Salt Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean (24-D choline Listed species update 1-6-13.docx) | 1/6/2014 | Attached to released email ED_Vaughn3_0000096 (Entry 2) |

| Author | Recipients |
|---|---|
| EPA EFED Staff | Sujatha Sankula; Monica Wait; Edward Odenkirchen; Faruque Khan |

## Document Description

This is a 10-page early developmental draft document of the Discussion sections for assessed species in the Six State Addendum that has been released. This version is a very rough draft of the Six State Addenda intended to begin the collaborative development of the Six State Addenda that evolved to 44 pages in its final version.

## Exemption Justification

Exemption 5—Deliberative Process: EPA EFED staff created this document to initially develop the Background, Animal Effects Determination sections of what became the final "Six State Addendum" that is released in full as document ED_Vaughn3_0000482. This document is a very early draft (the precursor to the 38-page document ED_Vaughn3_0000007) of what became the Agency's final ESA assessment in the Six State Addendum. It contains comments and edits from EPA staff scientists, and rough drafts of text to initiate further addition and review. In the comments, EPA staff provide their opinions and interpretations of the methodologies and explanations referenced throughout the working draft document. Many of the comments make suggestions on selection or organization of facts. This document was

developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addresses the legal requirements of ESA assessments, while being understandable to the reader. This draft document represents an initial effort by EFED staff to develop the Six State Addendum through give and take deliberations circulated between staff prior to sending the document through the management chain for ultimate approval. It consists largely of rough text inserted initially paraphrasing the works cited by the assessment to be further refined and developed. This version is very preliminary and roughly formatted.

Release of this document in draft form would have a chilling effect on Agency staff's ability to have open and frank discussions among its staff weighing, considering, and evaluating scientific data, studies, reports, and other relevant information in order to assist management with finalizing a decision document. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 34 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

## Entry No. 4

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0000530 - 0000531 | Ex. 5—Deliberative Process, Attorney Client | Release redacted |
| **Document Number**: ED_000832_PSTs_00001597 (Previously PRD 000517) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | URGENT: ESA issues in 2,4-D | 10/9/2014 | |
| **Author** | **Recipients** | |
| Kevin McLean | Stacey Mitchell; Robert Perlis; Michele Knorr; Benjamin Wakefield; Avi Garbow | |
| **Document Description** | | |

This document contains one email from Kevin McLean, Associate General Counsel for the Pesticides and Toxic Substance Law Office, Office of General Counsel, to the General Counsel, a Deputy General Counsel, and two of Mr. McLean's staff attorneys.  The email has been redacted in part for the deliberative process and attorney client privileges. The redacted portion of the email discusses Mr. McLean's comments and impressions of legal issues concerning a question from OCSPP. The email describes the legal issue for OGC management to deliberate, provides some potential solutions to the issue, and requests a meeting to further deliberate the issue.

| Exemption Justification |
|---|

**Ex. 5 Deliberative Process**
The redacted portion of the email discusses Mr. McLean's comments and impressions of legal issues involved from a policy question asked by the management of OCSPP. This intra-agency communication describes a question posed and discusses possible solutions to the issue concerning the legal scope of the ESA assessment in the registration action. All of the email's text apart from the last sentence discuss this issue and are redacted. The redacted text deliberates on options to describe the scope of the ESA assessment in the Enlist Duo registration. This withheld information is deliberative, because it reflects Mr. McLean's personal opinion on the nature of the issue, and offers questions and insights for his superiors to consider before a meeting OGC and OCSPP management. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration of Enlist Duo, or any action that may have resulted from the meeting. The reasoning used by Mr. McLean describing the issues and potential solutions did not directly encompass the Agency's reasoning for its final decision and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys. Further, the legal office only provides advice to its program clients on such issues and is not the final decision-maker for the Agency.

**Ex. 5 Attorney Client Privilege:**
The email reflects direct attorney communication from Mr. McLean in OGC, to his OGC management describing an issue presented for legal deliberation by the program office client, OCSPP. This communication was confidential and was only shared with those that had a need to know within OGC. The statements gave OGC's impression of the suggested questions and positions of the Agency for OCSPP to consider prior to finalizing the language used in the final registration of Enlist Duo. The withheld text reflects deliberation among Agency attorneys concerning what advice they would provide to their clients during the ongoing registration. The entirety of the redacted text discusses the legal ramifications of potential OCSPP positions. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

**Segregability**: All segregable information in the email has been released. The entirety of the redacted text discusses the legal ramifications of potential policy positions taken by OCSPP. Any factual information is inextricably intertwined with the legal advice and deliberative discussion.  Any final decision made by the Agency on the redacted information is reflected in the final version of the Final Registration of Enlist Duo released to the public.

| Entry No. 5 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0000637 - 0000638 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00001889 (Previously PRD 000624) | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | Points for Conversation with Dow for Meeting with Steve – 2,4D/Enlist | 2/12/2014 | Points for Conversation with Dow.docx; Background for Conversation with Dow.docx (Entries 6 and 7 - ED_Vaughn3_0000639 and 0000640) |
| **Author** | **Recipients** | |
| Daniel Kenny | Daniel Rosenblatt; Kathryn Montague; Emily Schmid; Meghan Radtke; Edward Odenkirchen; Faruque Khan; Arnet Jones; William Phillips | |
| Document Description | | |

This is an email string containing three emails, one of which is redacted. The redacted portion of the email is from Daniel Kenny to other EFED staff discussing the contents of the attached documents that are withheld as deliberative. Three sentences in the first email are redacted under Ex. 5 for deliberative process.

**Exemption Justification**

Ex. 5 Deliberative Process
First email: The originating email of this string was sent by Daniel Kenny to his EFED colleagues, and describes his impressions of the attached draft document intended to be used by EPA staff in an upcoming meeting with Dow. Three sentences concerning this issue are redacted as deliberative. This intra-agency communication describes deliberative portions of the attached documents, specifically regarding their scope and requests input from EFED staff. The redacted sentences deliberate the necessity of a more thorough explanation issues for the meeting in the document based on ongoing deliberations concerning the section among EFED staff. This withheld information is deliberative, because it reflects Daniel's personal opinion on the nature of the document, and offers questions and insights for his colleagues to consider in the documents before they sent up the management chain for further consideration and ultimately used in the meeting with Dow. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA assessment it discusses, or any action that may have resulted from the meeting. The underlying documents discussed deliberative aspects of EPA's ongoing ESA assessment for Enlist Duo. The reason Daniel Kenny felt that any changes to the document were justified did not directly result in any final agency action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

The second and third emails are released in their entirety.

Segregability: All segregable information in the email chain has been released, two emails were released in full, four sentences in one email have been redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482).

| **Entry No. 6** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0000639 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00001890 (previously Attachment to PRD 000624) | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| Points for Conversation with Dow (Points for Conversation with Dow.docx) | 2/20/2014 | Attached to redacted released email ED_Vaughn3_0000637 (Entry No. 5) |
| **Author** | **Recipients** | |
| EPA EFED Staff, OCSPP Staff | Benjamin Wakefield; Michele Knorr; Kathryn Montague; Lois Rossi | |
| **Document Description** | | |
| This is an internal document of talking points for EPA staff that discussed the Enlist Duo registration with Dow Chemical. | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process: This is an internal agency document that considers language for a potential agency statements and questions for Dow representatives in a meeting regarding ongoing consideration of an application for registration of Dow's Enlist Duo pesticide. The content of the document is withheld as deliberative | | |

because it reflects intended to assist staff in discussing policy issues and concerns with Dow representatives. The content reflects language that may have been used to describe the Agency's decision-making process internally at that point in time, but did not represent final decisions on any of the underlying issues. It was solely intended to assist Agency staff raise issues of concern or ask questions intended to elicit information from Dow that could assist EPA's ongoing review. The content is pre-decisional because no determination on the ESA assessment or corresponding registration management program had been made at that time. Further, no final decision on talking points used had been made, nor does this document represent a final Agency approved statement or questions on the matter. All text in the document reflect EPA's impressions of the information it possessed in the development stages of its review of the Enlist Duo application and deliberations about the adequacy of the information the Agency currently possessed. The document does not reflect what was ultimately said at the meeting and was intended to assist staff at the meeting in coming up with questions and coordinating the agency's position on the matter at the time of the meeting. The goal of the document was to organize EPA staff's approach to the meeting with Dow to negotiate the terms of the mitigation measures a potential registration would be predicated on. The mitigation measures under negotiation had a direct effect on the deliberations that simultaneously taking place with the ESA assessment. The points list out potential information that could assist the Agency in its review but were not known to exist. The document's text does not reflect what information was ultimately used in the Agency's final decision making process. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document could have a chilling effect on the ability to have open and frank conversations within the Agency about communicating with third party entities could negatively affect the Agency's ability to have productive and coordinated conversations and negotiations with regulated entities in the future.

Segregability:
No part of this document is segregable from any factual information it contains. To the extent there are facts in this document, the selection of those facts are an integral part of the deliberations, and the factual information contained therein is inextricably intertwined with the deliberative discussion concerning this document. Release of any part of this draft document would expose what occurred in the deliberative process between the meeting and the issuance of Agency's final decision.

### Entry No. 7

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0000640 - 0000642 | Ex. 5—Deliberative Process; Attorney Client Privilege | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00001891 (previously Attachment to PRD 000624) | **Pages**: 3 | **Pages Withheld/Redacted**: 3 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Document / Background (Background for Conversation with Dow.docx) | 2/20/2014 | Attached to redacted released email ED_Vaughn3_0000637 (Entry No. 5) |
| **Author** | **Recipients** | |
| OCSPP Staff, OGC PTSLO Staff | Daniel Rosenblatt; Kathryn Montague; Emily Schmid; Megan Radtke; Edward Odenkirchen; Faruque Khan; Arnet Jones; William Phillips; Grant Rowland; Lois Rossi; Benjamin Wakefield; Michele Knorr | |

**Document Description**

This is a document intended to be an informal paper for EPA staff to prepare for a meeting with Dow during EPA's development of the Proposed Registration of Enlist Duo. It is split into three sections "ESA/Drift" "Resistance Management" and "Ensuring Only Choline Salt Use." Each of these three sections is split into three sub-sections, "Nailed down" "Questions/Issues for Dow" and "Feedback from OGC."

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal agency document that provides background for Agency staff developing the ESA Addendum, considers potential agency questions and questions for Dow representatives in a meeting regarding ongoing consideration of an application for registration, and provides attorney client advice to the EFED program from OGC. The content of the document was intended to assist staff in discussing policy issues and concerns with Dow representatives.  The content of the document is withheld as deliberative because it reflects language that may have been used to describe the Agency's decision-making process internally at that point in time, but did not represent final decisions on any of the underlying issues. It was solely intended to assist Agency staff raise issues of concern or ask questions intended to elicit information from Dow that could assist EPA's ongoing review. The content is pre-decisional because no determination on the registration action had been reached, nor did this document represent the final agency approved statement or questions on issues potentially raised in the meeting. It also encapsulates EPA staff's development of the addendum and proposed registration at this preliminary stage, all of which was ongoing at that time. All statements in the document reflect EPA staff's impressions of the information they possessed in the development stages of its review of the Enlist Duo application, issues about the adequacy of the information the Agency currently possessed, and information the Agency would try to obtain from Dow. The goal of the document was to provide context for EPA staff's coordinated approach to the meeting with Dow. All positions stated in the document were pre-decisional, as no mitigation measures had been agreed upon at the time that could adequately ensure the protection of endangered species and public health. Therefore, the mitigation measures under negotiation had a direct effect on the development simultaneously taking place with the Ten State ESA Addendum. The document only reflects the impressions of EPA staff had at the time on policy decisions to eventually be made in the process by management. The document does not reflect what was ultimately said at the meeting and was intended to assist staff at the meeting in coming up with questions and coordinating the agency's position on the matter at the time of the meeting. The document points out EPA staff's view of potential information Dow may have possessed that could assist the Agency in its review, but were not known to exist. The document's text does not reflect what information was ultimately used in the Agency's final decision-making process. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the ongoing development of the Proposed Registration.

Release of this document would have a chilling effect on the ability to prepare for third party meetings and to have open and frank conversations within the Agency about communicating with third party entities.

Exemption 5 – Attorney Client Privilege – The "Feedback from OGC" sub-sections in the document reflect direct attorney communication from Benjamin Wakefield and Michele Knorr in OGC, to their client, EFED staff. This communication was confidential and was shared only with those that had a need to know within OGC and EFED. The statements gave OGC's impression of the suggested questions and positions of the Agency for EFED staff to consider prior to their meeting with Dow. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the proposed options and questions as they relate to statutes and EPA regulations. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

**Segregability**

No part of this draft document is segregable from any factual information it contains. To the extent there are facts in this document, the selection of those facts are an integral part of the deliberations, and the factual information contained therein is inextricably intertwined with the deliberative discussion concerning this document. Release of any part of this draft document would expose what occurred in the deliberative process between the meeting and the issuance of Agency's final decision.

| Entry No. 8 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0000643 - 0000646 | Ex. 5—Deliberative Process, Attorney Client | Release redacted |
| **Document Number**: ED_000832_PSTs_00002110 (Previously PRD 000626) | **Pages**: 3 | **Pages Withheld/Redacted**: 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | Last Draft of 2,4-D Enlist – 4 Remaining Minor Items Before Finalizing | 4/29/2014 – 4/30/2014 | |
| **Author** | **Recipients** | |
| Jonathan Becker; Michele Knorr; Edward Odenkirchen; Daniel Kenny | Michele Knorr, Edward Odenkirchen; Benjamin Wakefield; Jonathan Becker | |

**Document Description**

This is a string of seven emails between EFED and BEAD staff and OGC attorneys. The first three emails were released in full. The last four emails were redacted. The fourth and seventh emails released one sentence each and the remaining two emails (the fifth and sixth) were redacted in full aside from salutations. The redacted portions of the emails are staff deliberation about defining buffer limits in the draft ESA assessment. The email requests legal advice about the definition and further reflects OCSPP staff policy insight into the effectiveness of various options.

**Exemption Justification**

The first three emails are released in full.

Ex. 5 Deliberative Process
Fourth email: This email is from Jonathan Becker of BEAD to Michele Knorr of OGC. The redacted portion of the email provides Mr. Becker's impressions concerning the buffer limit definition in the draft document and provides his opinion on buffer limits, as opposed to wind direction/8, . This intra-agency communication describes a policy question posed by the client office and discusses possible solutions to the issue, specifically regarding how the scope of a buffer limit can be legally defined in the ESA assessment. All of the email's text reflects the internal discussion about this issue. This withheld information is deliberative, because it reflects Jonathan's personal opinion on the nature of the issue, and offers questions and insights for OGC to consider prior to presenting the issue to management. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration of Enlist Duo, or any final terms for the definition of buffer and drift requirements, entirely a policy issue. The reasoning used by Jonathan describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

Fifth email: This email is from Michele Knorr of OGC responding to Jonathan Becker of BEAD. The email responds to the information provided by Mr. Becker and provides additional impressions and suggestions from Ms. Knorr. This intra-agency communication describes a policy question posed by the client office and deliberates interpretations of the issue, specifically regarding how the scope of a buffer limit can be legally defined in the ESA assessment. All of the email's text deliberates this issue. The redacted text describes Ms. Knorr's impressions on the legal definition of a buffer limit. This withheld information is deliberative, because it reflects Ms. Knorr's personal opinion on the nature of the issue, and offers further advice for EFED staff to further consider. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration of Enlist Duo, or any final terms for the definition of buffer and drift requirements, entirely a policy issue. The reasoning used by Ms. Knorr describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorney. Further, the legal office only provides advice to its program clients on such issues and is not the final decision-maker for the Agency.

**Sixth email**: This email is from Jonathan Becker of BEAD to Michele Knorr of OGC. Four sentences are redacted. The email responds to the information to the earlier email from Ms. Knorr, and provides additional impressions of the buffer issue from Jonathan and describes his discussion with Ed Odenkirchen on the issue. This intra-agency communication concerns a question for the program office and deliberates interpretations of the issue, specifically regarding how the scope of a buffer limit can be legally defined in the ESA assessment. All of the email's text discusses this issue. The redacted text describes Jonathan's impressions of EFED staff's view on the buffer definition, Mr. Odenkirchen's insight on the issue, and potential paths forward. This withheld information is deliberative, because it reflects Jonathan's professional opinion on the nature of the issue, and offers further insights for EFED staff and OGC attorneys to further consider. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration of Enlist Duo, or any final terms for the definition of buffer and drift requirements, entirely a policy issue. The reasoning used by Jonathan describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

**Seventh email**: This email is from Michele Knorr of OGC responding to Jonathan Becker of BEAD and requests input from Ed Odenkirchen of EFED. The email responds to the information provided by Jonathan, provides additional impressions from Ms. Knorr and requests Mr. Odenkirchen develop a potential solution to the issue in the ongoing consideration of the application for the Enlist Duo registration. This intra-agency communication describes a policy question posed by the client office and deliberates interpretations of the issue, specifically regarding how the scope of a buffer limit can be legally defined in the ESA assessment. All of the email's text deliberates this issue. The redacted text describes Ms. Knorr's legal opinion concerning the buffer limit. This withheld information is deliberative, because it reflects Ms. Knorr's personal opinion on the nature of the issue, and offers further insights for EFED staff to further consider. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration of Enlist Duo, or any final terms for the definition of buffer and drift requirements, entirely a policy issue. The reasoning used by Ms. Knorr describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorney. Further, the legal office only provides advice to its program clients on such issues and is not the final decision-maker for the Agency

**Ex. 5 Attorney Client Privilege**:
The fifth and seventh emails also reflect direct attorney communication from Michele Knorr in OGC, providing legal advice to her clients in OCSPP. This communication was confidential and was not to be shared with anyone outside of OGC and OCSPP that had a need to know. The statements gave OGC's impression of the suggested questions and positions of the Agency for OCSPP to consider prior to finalizing the definition language used in the final version of the proposed registration of Enlist Duo. The entirety of the redacted text discusses the legal implications of potential policy options taken by OCSPP. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

**Segregability**: All segregable information in the email chain have been released. The entirety of the redacted text discusses the legal ramifications of potential policy positions taken by OCSPP. Any final decision made by the Agency on the redacted information is reflected in the final version of the Proposed Registration of Enlist Duo released to the public for comment.

| Entry No. 9* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0000648 – 0000679 | Ex. 5—Deliberative Process; Attorney Client Privilege | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002112 (previously Attachment to PRD 000630) | **Pages**:32 | **Pages Withheld/Redacted**: 32 |

| Exact Duplicate of (entry applies to): ED_Vaughn3_0000681 - 0000712; ED_Vaughn3_0000714 - 0000745; ED_Vaughn3_0003440 - 0003471; ED_Vaughn3_0003473 - 0003504 | Part of (entry relates to): ED_Vaughn3_0000747; ED_Vaughn3_0001624; ED_Vaughn3_0001648; ED_Vaughn3_0003407 (released final version); ED_Vaughn3_0003507 | |
|---|---|---|
| **Document Type | Subject** | **Date** | **Attachments** |
| Document / Proposed Registration of Enlist Duo Herbicide (24-D Enlist Duo Proposed Decision Draft 04 29 14 evening ogc.docx) | 4/30/2014 | Attached to released email beginning at ED_Vaughn3_0000647 |
| **Author** EPA EFED Staff, edits from Michele Knorr and Ben Wakefield | **Recipients** Daniel Kenny, Daniel Rosenblatt, Lois Rossi, William Jordan | |

**Document Description**

This document is a 32-page draft of the Proposed Registration of Enlist Duo that has been released in final form as document ED_Vaughn3_0003409. It includes large amount of edited text and extensive comments concerning legal issues from OGC attorneys Michele Knorr and Benjamin Wakefield.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal draft version of the Proposed Registration Decision on Enlist Duo.  This draft version reflects numerous edits and comments from OGC on the ongoing registration review, and provides attorney client advice from OGC for deliberation by EFED program staff. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency lawyers for the consideration of EFED staff.  The content is pre-decisional because the language of the proposed registration had not been finalized at the point it was drafted, nor did the agency attorneys have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the addendum, all of which was deliberative at that time. The comments made by the Mr. Wakefield and Ms. Knorr ask questions for the EFED staff drafting the document to deliberate and respond to. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately and clearly addresses the legal requirements of ESA assessments. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination.

Exemption 5 – Attorney Client Privilege – The edits and comments in the document reflect direct attorney communication from Benjamin Wakefield and Michele Knorr in OGC, to their client, the EFED staff. This communication was confidential and was not to be shared with anyone outside of OGC and EFED. The comments and edits provided OGC's legal interpretation of the draft text, provided advice to program staff, and recommendations on issues to consider before final adoption. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the proposed registration and the questions asked relate to applicable statutes and EPA regulations. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

**Segregability**
The document is a draft used for legal review of the final document that has been released. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. There is no segregable information in the

document that is not reflected in the final version of the Proposed Registration of Enlist Duo Herbicide (ED_Vaughn3_0003407). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and cannot be further segregated.

## Entry No. 10*

| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
|---|---|---|
| ED_Vaughn3_000747 – 000775 | Ex. 5—Deliberative Process; Attorney Client Privilege | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002122 (previously Attachment to PRD 000633) | **Pages**:29 | **Pages Withheld/Redacted**: 29 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** ED_Vaughn3_00003407 – 0003438 (final version) | |

| **Document Type | Subject** | **Date** | **Attachments** |
|---|---|---|
| Document / Proposed Registration of Enlist Duo Herbicide (24-D Enlist Draft – Dan's Response to OGC Comments – 4-23-14 bjw 04 24 14 mlk.docx) | 4/24/2014 | Attached to released email beginning at ED_Vaughn3_0000746 |
| **Author** EPA EFED Staff, edits from Michele Knorr, Ben Wakefield, and Dan Kenny | **Recipients** Benjamin Wakefield | |

**Document Description**

This document is a 29-page draft of the Proposed Registration of Enlist Duo that has been released in final form as document ED_Vaughn3_0003407. It is an earlier draft version of the document described in Entry 9. It includes numerous edits and extensive comments from OGC attorneys Michele Knorr and Benjamin Wakefield. It also includes program (Dan Kenny) responses to initial comments and advice provided by OGC.

**Exemption Justification**

Exemption 5—Deliberative Process – Please see Entry No. 9 as this document is an earlier version of that document.

Exemption 5 – Attorney Client Privilege – Please see Entry No. 9 as this document is an earlier version of that document.

**Segregability**

The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Proposed Registration of Enlist Duo Herbicide that was released to the public (also, ED_Vaughn3_0003407). Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and not reasonably segregable. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.

### Entry No. 11

| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
|---|---|---|
| ED_Vaughn3_0000777 - 0000778 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002137 (previously Attachments to PRD 000634) | **Pages**: 2 | **Pages Withheld/Redacted**: 2 |
| **Exact Duplicate of (entry applies to)**: ED_Vaughn3_0003340 | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| Document / AA Briefing for Enlist, March 05, 2014 @ 10-11 AM (3130A-WJC-East) (AA Briefing – Enlist Agenda 3-5-14.docx) | 3/4/2014 | Attached to released email ED_Vaughn3_0000776 |
| **Author** EPA EFED Staff, OGC PTSLO Staff | **Recipients** Kevin McLean; Robert Perlis; Benjamin Wakefield; Lois Rossi; Daniel Rosenblatt; Arnet Jones; Kathryn Montague; Kristen Hendricks; William Phillips | |

**Document Description**

This document is an internal annotated agenda for a briefing of the Assistant Administrator for OCSPP by EPA EFED staff and OGC attorneys. The briefing concerned the development of the registration review of Enlist Duo. The document consists of six sections on Background, Main Issues with Review, Proposed Decision, Current Work and Status of Dialogue with Dow, EPA Notice of Receipts (NORs) and USDA Environmental Impact Statement (EIS) – public comment, and Next Steps/Schedule. Each section includes subcategories and annotation.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal agency document that provides an agenda and context for the development of the Ten State Addendum and Registration of Enlist Duo. The content of the document is withheld as deliberative because it reflects the status of internal deliberations of EPA staff for the consideration of the Assistant Administrator. The ESA review process being undertaken by EPA with Enlist Duo differed from past actions and new processes were in place to guide staff through the process. In turn, many briefings with management occurred to deliberate potential policy approaches as staff discovered them. This briefing served to present issues faced and potential solutions to the Assistant Administrator for further deliberation. The issues faced were focused on potential policy approaches to the review process. The content is pre-decisional because no determination by the Assistant Administrator had yet been reached, the document was solely intended for management's deliberation. The withheld material encapsulates EPA staff's development of the registration review at this preliminary stage, all of which was deliberative and subject to change at that time. All points listed in the document reflect staff's opinions and impressions of the information it possessed in the development stages of its review of EnlistDuo for registration and presented information for the Assistant Administrator to deliberate and consider as the Agency's appropriate course of action going forward. The document does not reflect what was ultimately covered in the briefing and was intended to organize and provide context to staff participating in to address. The text of the document provides options for the Assistant Administrator to consider and presents potential timelines for future actions in the review. The document's text does not reflect what information was ultimately used in the Agency's final decision making process. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the Assistant Administrator's consideration.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about the development of the new ESA review process and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with management in the future.

**Segregability:**
No part of this draft document is segregable from any factual information it contains. To the extent there are facts in this document, the selection of those facts are an integral part of the deliberations, and the factual information contained therein is inextricably intertwined with the deliberative discussion concerning this document. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time. The document potential policy approaches to the review process and was not intended to entail any decisions on facts.

**Entry No. 12**

| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
|---|---|---|
| ED_Vaughn3_0000779 - 0000800 | Ex. 5—Deliberative Process | Withheld in Full |

| **Document Number**: ED_000832_PSTs_00002138 (previously Attachment to PRD 000634) | **Pages**: 22 | **Pages Withheld/Redacted**: 22 |
|---|---|---|

| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to)**: | |
|---|---|---|
| **Document Type \| Subject** | **Date** | **Attachments** |
| Document / Use of 2,4-D on Genetically Modified Corn and Soybeans (2,4-D ENLIST AA-Briefing 3-5-14.docx) | 3/4/2014 | Attached to released email ED_Vaughn3_0000776 |
| **Author** | **Recipients** | |
| EPA EFED Staff, OGC PTSLO Staff | Kevin McLean; Robert Perlis; Benjamin Wakefield; Lois Rossi; Daniel Rosenblatt, Arnet Jones; Kathryn Montague; Kristen Hendricks; William Phillips | |

**Document Description**

This document is an internal PowerPoint presentation for a briefing of the Assistant Administrator for OCSPP by EPA EFED staff and OGC attorneys involved the development of the registration review of Enlist Duo. The powerpoint presentation reflects EPA staff's identification of issues concerning the consideration of an application for registration of EnlistDuo, the policy decisions being considered, and presents potential solutions for consideration by management.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal agency PowerPoint presentation that provides background, context and issues faced by staff during the early development of the ESA State Addendum and Registration of Enlist Duo for consideration by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff for the consideration of OCSPP management. The ESA review process being undertaken by EPA with Enlist Duo was a new process subject to intense internal and external interest which presented novel issues for consideration, and staff regularly conferred with Agency management to ensure a cohesive path forward. In turn, many briefings with management occurred to deliberate potential policy approaches as staff discovered them. This briefing served to present issues faced with stipulations in the registration process for protection of endangered species and provided potential solutions to management for further deliberation. The issues faced were focused on potential policy approaches to the ESA review process.

The withheld information is pre-decisional because it was prepared for the purpose of and contributed to assisting the EPA decision-making regarding the review, analysis, and synthesis of information relevant to the ESA Addenda and application for registration of EnlistDuo. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA staff working to develop the ESA Addenda and registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by Agency management had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This

presentation encapsulates EPA staff's discussion of the registration application for EnlistDuo, which was in its preliminary stages. The issues discussed and options for consideration was subject to change at that time. All slides in the presentation reflect EPA staff impressions and opinions of the information it possessed in the development stages of its review of EnlistDuo. This information was presented to Agency management to assist them in determining the appropriate course of action going forward on this matter. The text of the presentation presents outstanding issues for management to consider, goals to achieve, presents potential timelines for future actions, and provides preliminary staff views on evidentiary data. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the consideration of Agency management.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document.

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

## Entry No. 13

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0000804 - 0000896 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002502 (previously Attachment to PRD 000637) | **Total Pages**: 93 | **Pages Redacted/Withheld**: 93 |
| **Exact Duplicate of (entry applies to):** ED_Vaughn3_0002016 - 0002108; ED_Vaughn3_0002831 - 0002923; ED_Vaughn3_0003897 - 0003989 | **Part of (entry relates to):** ED_Vaughn3_0000897; ED_Vaughn3_0001042; ED_Vaughn3_0001206; ED_Vaughn3_0001310; ED_Vaughn3_0001397; ED_Vaughn3_0001741; ED_Vaughn3_0001823; ED_Vaughn3_0001919; ED_Vaughn3_0002110; ED_Vaughn3_0002507; ED_Vaughn3_0002590; ED_Vaughn3_0002669; ED_Vaughn3_0002751 (Final Version); ED_Vaughn3_0002927; ED_Vaughn3_0003076; ED_Vaughn3_0003157; ED_Vaughn3_0003730; ED_Vaughn3_0003811 | |

| Document Type | Subject/Title | Date | Attachments |
|---|---|---|
| Draft Document | "Addendum to 2,4-D Choline Salt Section 3 Risk assessment: refined Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean 2,4D" (24-D choline Listed Species 2_6_14 MR KG.docx) | 9/5/2014 | Attached to released email ED_Vaughn3_0000803 |

| Author | Recipients |
|---|---|
| EPA EFED Staff | Sujatha Sankula; Megan Radtke; Kristina Garber |

**Document Description**

This document is an early working draft of the final Ten State Addenda from September 2014 that has been released to the public. This version contains 12 additional pages of rough draft text that was later pared down in throughout the text of the final version.

**Exemption Justification**

Ex. 5 Deliberative Process: EPA EFED staff created this document to develop what became the final "Ten State Addendum" that is released in full as document ED_Vaughn3_0002751. This is one of the earliest drafts that was placed in the memorandum format used in the final version, but contained preliminary and un-formatted developmental text. It contains comments and edits from EPA staff scientists, and rough drafts of text to initiate further addition, discussion, and review. It also contains approximately 12 pages in excess text from the final version, mainly due to the inclusion of the information found in "Appendix 3" in the final version incorporated in the analysis text of this draft version. In the comments, EPA staff provide their opinions and interpretations of the methodologies referenced and explained throughout the working draft document. Many of the comments make suggestions on selection or organization of information. The document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addressed the legal requirements of ESA assessments. This version was heavily edited and pared down when compared to the final version, consisting of changes for clarity of explanation rather than changes in the underlying factual information relied upon. This draft document represents an initial working draft for EFED staff to develop the Ten State Addendum through give and take deliberations circulated between staff prior to sending the document through the management chain for ultimate approval. None of the drafters had final decision-making authority and was created through collaborative drafting and editing. Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Ten State Addendum released to the public (also ED_Vaughn3_0002751). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text, rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, 12 additional pages of text that were further edited and reduced through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 14 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0000897 - 0000898 | Ex. 5—Deliberative Process, Attorney Client | Release redacted |
| **Document Number**: ED_000832_PSTs_00002560 (Previously PRD 000638) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| RE: comments incorporated to 2,4D document | 9/9/2014 | Expanded 2 4 D choline ESA incorporates KG and SS MR.docx (Entry No. 13 - ED_Vaughn3_0000804) |
| **Author** | **Recipients** | |
| Meghan Radtke | Edward Odenkirchen; Sujatha Sankula; Kristina Garber | |
| **Document Description** | | |
| This is a string of two emails between Meghan Radtke and Edward Odenkirchen. A portion of one of the two emails is redacted. The redacted portion of the email recaps staff deliberation on the structure of the ESA based on feedback they received from OGC and suggests a potential path forward for developing the ESA assessment. | | |
| | | |
| **Exemption Justification** | | |
| The first email is released in full. | | |

Ex. 5 Deliberative Process
Second email: This email is from Meghan Radtke to Edward Odenkirchen. The redacted portion of the email provides a summary of a meeting with OGC that resulted in some suggestions on re-formatting the ESA assessment to address potential legal vulnerabilities. The intra-agency communication describes a question posed by OGC and provides a solution that could alleviate a legal issue related to the ESA assessment for the program office to consider. Only the portion of text discussing this issue is redacted. The redacted text provides Ms. Radtke's impression and suggests that Mr. Odenkirchen to explore a possible solution. This withheld information is deliberative, because it reflects OGC's and Ms. Radtke's opinion, and offers questions and insights for Mr. Odenkirchen to consider and evaluate. The information is also pre-decisional, because it preceded the final completed version of the ESA assessment for Enlist Duo, including its physical scope and format, which is entirely a policy issue. The reasoning used by Ms. Radtke describing the issue and insight provided by her did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

Attorney-Client privilege

The text also reflects OGC's impression of potential legal vulnerabilities for the draft ESA in its form at the time of the email. OGC does not have final decision-making authority on policy question and the advice suggestions it provided did not constitute final agency decisions on the development of the ESA assessment.

Segregability: All segregable information in the email chain have been released. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Ten State Addendum released to the public (also, ED_Vaughn3_0002751).

| Entry No. 15 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0000899 - 000992 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002561 (previously Attachment to PRD 000638) | **Total Pages**: 94 | **Pages Redacted/Withheld**: 94 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject/Title** | **Date** | **Attachments** |
| Draft Document \| "Addendum to 2,4-D Choline Salt Section 3 Risk assessment: refined Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean 2,4D" (Expanded 2 4 D choline ESA incorporates KG and SS MR.docx) | 9/9/2014 | Attached to released email ED_Vaughn3_0000897 |
| **Author** | **Recipients** | |
| EPA EFED Staff, Meghan Radtke | Edward Odenkirchen; Sujatha Sankula; Kristina Garber | |
| **Document Description** | | |
| This document is working draft of the final Ten State Addenda from September 2014 that has been released to the public. It is very similar to the document described in Entry 13, with the addition of approximately half a page of text in the analysis section and deliberative comments from Sujatha Sankula. | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process: Please see explanation in Entry No. 13 as this document is almost exactly the same as the one described in that entry, with the addition of half a page of draft text cumulatively throughout the document.<br><br>Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Ten State Addendum released to the public (also ED_Vaughn3_0002751). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, 13 additional pages of text that were further edited and reduced through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document. | | |

| Entry No. 16 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0000993 - 0000996 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00002571 (Previously PRD 000640) | **Pages**: 4 | **Pages Withheld/Redacted**: 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| 2,4-D revised endangered species risk assessment | 2/6/2014 – 2/10/2014 | |

| Author | Recipients |
|---|---|
| Meghan Radtke; Donald Brady; James Cowles; Sujatha Sankula; Edward Odenkirchen; Kristina Garber | Meghan Radtke; Donald Brady; James Cowles; Sujatha Sankula; Edward Odenkirchen; Kristina Garber; Anita Pease |

| **Document Description** |
|---|
| This is a string of eleven emails between EFED staff concerning the ongoing development of the ESA assessment. Four emails are released in full and seven emails are redacted in part. The redacted portions of the emails constitute a give and take discussion amongst staff concerning the ESA assessment's development. The emails describe staff's opinion and identification of potential options on various issues encountered during their review and edits of the draft assessment. |

| **Exemption Justification** |
|---|
| The second, fourth, fifth, and sixth emails are released in full.<br><br>Ex. 5 Deliberative Process<br>First email: This email is from Meghan Radtke to Anita Pease, Jim Cowles, and Donald Brady providing a draft of the assessment and describing developmental comments made in the document. The redacted portion of the email provides Ms. Radtke's impressions of the issues faced in the development of draft document and provides her insight into the reasoning behind some comments. This intra-agency communication describes additions made to the draft as a policy matter and describe portions of the draft document for the recipients to review and develop further for EPA management. The withheld information is deliberative, because it reflects Ms. Radtke's opinion on the nature of the draft document, and providers her suggested questions and insights for her colleagues to consider prior to presenting the issue to management for final decision. The information is also pre-decisional, because it preceded the completion of the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. The reasoning used by Ms. Radtke describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.<br><br>Third email: This email is from James Cowles to Kristina Garber of EFED. The email provides context on the development of the draft document, and provides direction to Ms. Garber for further development. Two sentences in the email are redacted. This intra-agency communication describes a policy question concerning the strategy for Ms. Garber's portion of the review. This withheld information is deliberative, because it reflects James's opinion on the strategy and review needs for Ms. Garber going forward regarding a specific species. The information is also pre-decisional, because it because it preceded the completion of the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees<br><br>Seventh email: This email is from Kristina Garber to Ed Odenkirchen and Meghan Radtke. The email provides insight into Kristina's comments and additions made to the draft document in development, raises issues for further deliberates, and poses a question for Mr. Odenkirchen and Ms. Radtke to respond to. Three sentences in the email are redacted. This intra-agency communication describes a policy question concerning the strategy for Kristina's portion of the review. This withheld information is deliberative, because it reflects Ms. Garber's opinion on her portion of the draft and requests information and insight from other staff Ms. Garber needed to move forward with her review. The information is predecisional because it preceded the completion of the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.<br><br>Eighth email: This email is from Ed Odenkirchen to Kristina Garber. The email provides Mr. Odenkirchen's insight into Ms. Garber's comments and questions Ms. Garber asked. Two sentences in the email are redacted. This intra-agency communication describes Mr. Odenkirchen's reasoning for an addition he made and provides clarification for Ms. Garber to further consider. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Mr. Odenkirchen's insight into an interpretation he made and points Ms. Garber to information needed to move forward with her review. The information is also pre-decisional, because it because it preceded the completion of the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. |

**Ninth email**: This email is from Kristina Garber to Ed Odenkirchen. The email provides clarification from Ms. Garber about an error in comments and specifies a specific portion Mr. Odenkirchen should review. Two sentences in the email are redacted. This intra-agency communication describes a portion of the draft that required further review. This withheld information is deliberative, because it reflects Ms. Garber's opinion on her portion of the draft and requests information and insight from other staff Ms. Garber needed to move forward with her review. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employee

**Tenth email**:  This email is from Kristina Garber to Ed Odenkirchen. The email provides further clarification from Ms. Garber about her comments and provides a question for Mr. Odenkirchen to consider. Two sentences in the email are redacted. This intra-agency communication describes a portion of the draft that required further review. This withheld information is deliberative, because it reflects Ms. Garber's opinion on her portion of the draft and requests information and insight from other staff to assist with further review. The information is also pre-decisional, because it preceded the completion of the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employee

**Eleventh email**: This email is from Ed Odenkirchen to Kristina Garber. The email provides Mr. Odenkirchen's opinion on Ms. Garber's comments and questions Ms. Garber asked. Two sentences in the email are redacted. This intra-agency communication describes Mr. Odenkirchen's opinion concerning an addition he made and provides clarification for Ms. Garber to consider as the ESA assessment is further developed. The withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion and suggestions concerning the review of the ESA assessment before it was passed up the management chain for further consideration. The information is also pre-decisional, because it preceded the completion of the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document.

**Segregability**: All segregable information in the email chain have been released. EPA released four emails in full and redacted the text in the first email, two sentences in the third email, three sentences in the seventh email, and two sentences each in emails eight, nine, ten and eleven.  The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Registration of Enlist Duo released to the public.

| Entry No. 17 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0001126 - 0001204 (previously Attachment to PRD 000647) | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002756 | **Total Pages**: 79 | **Pages Redacted/Withheld**: 79 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002590 - 0002669; ED_Vaughn3_0003730 - 0003808 | **Part of (entry relates to)**: | |
| **Document Type | Subject/Title** | **Date** | **Attachment** |
| Draft Document | "Addendum to 2,4-D Choline Salt Section 3 Risk assessment: refined Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean for AR, KS, LA, MN, MS, MO, NE, ND, OK, TN" (051505_421678_422714_10 State ESA Assessment MR SS ewo MR.docx) | 9/19/2014 | Attached to released email ED_Vaughn3_0001125 |

| Author | Recipients |
|---|---|
| EPA EFED Staff | Edward Odenkirchen; Megan Radtke |

**Document Description**

This document is working draft of the final Ten State Addenda from September 2014 that has been released to the public. It is a later iteration of, but very similar to, the document described in Entry 13. Compared to the document in Entry 13, some draft text was removed in the analysis section, the contents of "Appendix 3" were removed from the analysis section to be made an Appendix, and it includes additional extensive deliberative comments and edits from Sujatha Sankula and Meghan Radtke.

**Exemption Justification**

Ex. 5 Deliberative Process: See explanation in Entry 13 as the substantive reasons for withholding this document do not differ from those described in that entry. This document is only a later draft in the development of the document described in Entry 13.

Segregability: The document is a developmental draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Ten State Addendum released to the public (also ED_Vaughn3_0002751). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text, rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, 2 additional pages of text interspersed throughout the document were added through the development process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 18 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001205 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00002763 (Previously PRD 000648) | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | 10 state addendum, my comments | 9/9/2014 | 051505_421678_422714_10 state ESA assessment MR.docx (Entry No. 19 - ED_Vaughn3_0001206) |
| **Author** | **Recipients** | |
| Sujatha Sankula | Edward Odenkirchen; Meghan Radtke | |

**Document Description**

This document is an email from Sujatha Sankula to Meghan Radtke and Edward Odenkirchen. A portion of the email is redacted. The redacted portion of the email recaps Sujatha's comments and provides a potential option for moving forward.

| Exemption Justification |
|---|

Ex. 5 Deliberative Process
This email is from Sujatha Sankula to Meghan Radtke and Edward Odenkirchen providing a draft of the assessment and describing developmental comments made in the document. The redacted portion of the email provides Ms. Sankula's opinions and impressions of issues for the development of the draft document and provides her advice on how to move forward. The internal communication provides Ms. Sankula's impressions of the comments made at the time and an opinion on moving forward with the ESA assessment. This withheld information is deliberative, because it reflects Ms. Sankula's opinion on the nature of the draft document. The information is also pre-decisional, because it preceded the final decision by agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. The reasoning used by Ms. Sankula describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain have been released. Two sentences are redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Ten State Addendum released to the public (also, ED_Vaughn3_0002751).

## Entry No. 19

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0001206 - 0001287 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002764 (Previously Attachment to PRD 000648) | **Total Pages**: 82 | **Pages Redacted/Withheld**: 82 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0001823 - 0001904; ED_Vaughn3_0001919 - 0002001; ED_Vaughn3_0003811 - 0003892 | **Part of (entry relates to)**: | |

| Document Type \| Subject/Title | Date | Attachment |
|---|---|---|
| Draft Document \| "Addendum to 2,4-D Choline Salt Section 3 Risk assessment: refined Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean for AR, KS, LA, MN, MS, MO, NE, ND, OK, TN" (051505_421678_422714_10 State ESA Assessment MR.docx) | 9/11/2014 | Attached to release in part email ED_Vaughn3_0001205 (Entry No. 18) |

| Author | Recipients |
|---|---|
| EPA EFED Staff | Edward Odenkirchen; Meghan Radtke; Sujatha Sankula |

| Document Description |
|---|

This document is working draft of the final Ten State Addenda from September 2014 that has been released to the public. It is a later iteration of, but very similar to, the document described in Entry 13. Compared to the document in Entry 13, some unformatted text was removed from the analysis section and it includes additional deliberative comments and edits from Megan Radtke.

| Exemption Justification |
|---|

Ex. 5 Deliberative Process: Because this document is a working draft and a similar, but later iteration to the document described in Entry 13, please see explanation in Entry 13.

Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Ten State Addendum released to the public (also ED_Vaughn3_0002751). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, 4 additional pages of text that were further edited and reduced through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 20 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001288 - 0001292 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00002779 (Previously PRD 000649) | **Pages**: 5 | **Pages Withheld/Redacted**: Portions of 5 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | RE: comments incorporated to 2,4-D document | 9/5/2014 – 9/10/2014 | |
| **Author** | **Recipients** | |
| Meghan Radtke; Sujatha Sankula; Edward Odenkirchen; Kristina Garber; Freeborn Jewett | Meghan Radtke; Sujatha Sankula; Edward Odenkirchen; Kristina Garber; Freeborn Jewett, Elizabeth Donovan | |

**Document Description**

This is a string of eleven emails between EFED staff concerning the ongoing development of the ESA assessment. Five emails were released in full and six emails are redacted in part. The redacted portions of the emails constitute a give and take discussion amongst staff involved in the ESA Assessment's development. The emails describe various issues encountered by staff through their review and edits of the draft assessment, including many insights and potential policy positions taken during the development process.

**Exemption Justification**

The first, sixth, seventh, ninth, and eleventh emails are released in full.

Ex. 5 Deliberative Process
Second email: This email is from Meghan Radtke to Edward Odenkirchen. The redacted portion of the email provides a summary of a meeting with OGC that resulted in some suggestions on re-formatting the ESA assessment to address potential legal vulnerabilities. The intra-agency communication describes a question posed by OGC and provides a solution that could alleviate a legal issue related to the ESA assessment for the program office to consider. Only the portion of text discussing this issue is redacted. The redacted text provides Ms. Radtke's impression and suggests that Mr. Odenkirchen to explore a possible solution. This withheld information is deliberative, because it reflects OGC's and Ms. Radtke's opinion, and offers questions and insights for Mr. Odenkirchen to consider and evaluate. The information is also pre-decisional, because it preceded the final completed version of the ESA assessment for Enlist Duo, including its physical scope and format, which is entirely a policy issue. The reasoning used by Ms. Radtke describing the issue and insight provided by her did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

Third email: This email is from Ed Odenkirchen to Meghan Radtke. The email responds to the information provided by Ms. Radtke, and requests additional information Mr. Odenkirchen needs to continue development of the draft. Only one sentence in the email is redacted. This intra-agency communication describes a policy question concerning scope of the 10 state assessment. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Mr. Odenkirchen's insight into the requirements of the assessment and the strategy going forward and within the broader discussion in the email chain. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Fourth email: This email is from Meghan Radtke to Ed Odenkirchen. The email responds to Mr. Odenkirchen's question, and provides information to Mr. Odenkirchen for further development. Two sentences in the email are redacted. This intra-agency communication describes a policy question concerning the strategy for Ms. Garber's portion of the review. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Ms. Radtke's opinion on the review strategy and development needs for assessment at that time and discusses the physical scope of the assessment, a policy decision. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Fifth email: This email is from Ed Odenkirchen to Elizabeth Donovan. This email builds on the information provided by Meghan in the previous email and requests additional information and input from Ms. Donovan concerning the scope of the draft assessment. Two sentences in the email are redacted. This intra-agency communication describes a policy question concerning scope of the draft assessment. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion on the review scope, format, and development needs for assessment at that time and discusses the strategy for further developing the draft, a policy decision. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Eighth email: This email is from Meghan Radtke to Freeborn Jewett. The email provides Meghan's insight into the information provided by Ms. Donovan and Mr. Odenkirchen and directs Freeborn to re-format the scope of the draft assessment. Two sentences in the email are redacted. This intra-agency communication describes Mr. Odenkirchen's reasoning for an addition he made and provides clarification for Ms. Garber to further consider. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Ms. Radtke's opinion on the scope of the draft and requests information and insight from other staff to continue with the development of the draft. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Tenth email:  This email is from Meghan Radtke to Freeborn Jewett. The email provides additional input and direction from Ms. Radtke to Mr. Jewett about re-formatting the scope of the draft assessment. Two sentences in the email are redacted. This intra-agency communication describes a portion of the draft that required further review. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Ms. Radtke's opinion on the scope of the draft and requests information and insight from other staff to continue with the development of the draft. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employee

Segregability: Five emails were released in full and six emails are redacted in part. All segregable information in the email chain has been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any final decision made by the Agency on the redacted information is reflected in the final version of the Ten State Addendum of the Enlist Duo registration released to the public.

| Entry No. 21 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0001310 - 0001395 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002781 (previously Attachment to PRD 000654) | **Total Pages**: 86 | **Pages Redacted/Withheld**: 86 |
| **Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject/Title** | **Date** | **Attachment** |
| Draft Document \| "Addendum to 2,4-D Choline Salt Section 3 Risk assessment: refined Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean 2,4D" (10 State Expanded ESA Assessment fgj.docx) | 9/10/2014 | Attached to release in part email ED_Vaughn3_0001288 |
| **Author** EPA EFED Staff, Freeborn Jewett | **Recipients** Edward Odenkirchen; Meghan Radtke; Sujatha Sankula | |
| **Document Description** | | |
| This document is working draft of the final Ten State Addenda from September 2014 that has been released to the public. It is a later iteration of, but very similar to, the document described in Entry 13. Compared to the document in Entry 13, it is the next iteration where some initial unformatted text used for staff reference was removed, the working draft was reformatted to encompass the 10 states reviewed, and the list of species applicable to the 10 applicable states was added. This version was created and reformatted so that EFED Staff scientists could continue to develop the draft in light of the determination to expand the assessment to those particular 10 states. | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process: Because this document is a working draft and a similar, but later iteration to the document described in Entry 13, please see explanation in Entry 13.

Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Ten State Addendum released to the public (also ED_Vaughn3_0002751). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, 7 additional pages of text that were further edited and reduced through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document. | | |

| Entry No. 22 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0001397 - 0001485 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002791 (previously Attachment to PRD 000671) | **Total Pages**: 89 | **Pages Redacted/Withheld**: 89 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002110 - 0002198 | **Part of (entry relates to)**: | |
| **Document Type \| Subject/Title** | **Date** | **Attachment** |
| Draft Document \| "Addendum to 2,4-D Choline Salt Section 3 Risk assessment: refined Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean in 16 US States" (051505_421678_422714_10 State ESA Assessment MR.docx) | 9/11/2014 | Attached to release in part email ED_Vaughn3_0001396 |
| **Author** EPA EFED Staff, Sujatha Sankula; Kristina Garber | **Recipients** Edward Odenkirchen; Meghan Radtke; Sujatha Sankula; Kristina Garber; Elizabeth Donovan | |
| **Document Description** | | |

This document is a very early working draft of the final Ten State Addenda from September 2014 that has been released to the public. It is an earlier iteration of, but very similar to, the document described in Entry 13. Compared to the document in Entry 13, it is a prior iteration that initially combined the original six states addenda and the additional ten states into one document. Later drafts only encompassed the ten additional states. Therefore, this draft was later reformatted to encompass only the 10 states reviewed, and represents a very early iteration consisting largely of un-refined and deliberative material. It includes comments by Sujatha Sankula and Kristina Garber asking questions about various points in the text for other staff members to deliberate and further develop, and also encompasses their own thoughts and opinions about particular portions of the assessment. This version was created to initiate the drafting process of the Ten State addenda by EFED Staff scientists to continue to develop and deliberate the draft.

**Exemption Justification**

Ex. 5 Deliberative Process: Because this document is a working draft and a similar, but later iteration to the document described in Entry 13, please see explanation in Entry 13 as the substantive reasons for withholding do not differ.

Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Ten State Addendum released to the public (also ED_Vaughn3_0002751). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, 10 additional pages of text that were further edited and reduced through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 23 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001505 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00002859 (Previously PRD 000691) | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| Listed species 2,4D choline | 12/26/2013 | |
| **Author** | **Recipients** | |
| Edward Odenkirchen | Sujatha Sankula; Meghan Radtke | |

**Document Description**

This is a string of three emails between Edward Odenkirchen, Meghan Radtke and Sujatha Sankula. A portion of one of the three emails is redacted. The redacted portion of the email describes a policy based edit Mr. Odenkirchen made to the draft of the Six State Addenda for deliberation by his colleagues that was still being developed at the time.

**Exemption Justification**

The second and third emails are released in full.

Ex. 5 Deliberative Process
First email: This email is from Edward Odenkirchen to Meghan Radtke and Sujatha Sankula. One sentence in the email is redacted. The redacted sentence provides Mr. Odenkirchen opinion and explanation to his colleagues concerning a proposed edit he made on the working draft Six State Addenda. This withheld information is deliberative, because it reflects Ed's opinion on the nature of the issue and was provided to other staff to discuss. The information is also pre-decisional, because it preceded the final version of the Six State ESA assessment for Enlist Duo, and the edits only dealt with a policy issue. The withheld sentence did not represent the Agency's reasoning for its final action, and disclosure of this internal staff discussion would likely have a chilling effect on open and frank consultations among EPA employees working on similar draft documents.

Segregability: This email string contains three emails. Two emails were released in full and one email was partially redacted by withholding a sentence.  All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482).

| Entry No. 24 | | |
| --- | --- | --- |
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0001506 - 0001515 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002860 (Previously attachment to PRD 000691) | **Total Pages**: 10 | **Pages Redacted/Withheld**: 10 |
| **Exact Duplicate of (entry applies to)**:  ED_Vaughn3_0003998 - 0004006 (Previously WIF #2) | **Part of (entry relates to):** | |
| **Document Type | Subject/Title** | **Date** | **Attachments** |
| Draft Document | 2,4D Choline Endangered Species Concerns (2,4-D choline Listed species MLW 12-30-13.docx) | 12/30/2013 | Attached to released email ED_Vaughn3_0001505 |
| **Author** | **Recipients** | |
| EPA EFED Staff, Monica Wait | Sujatha Sankula; Megan Radtke | |
| **Document Description** | | |

This is a 10-page early draft document of the Background and some of the Effects Determination Discussion sections of assessed species in the Six State Addendum that was released to the public. This is an earlier version of the document described in Entry No. 3. It is an earlier iteration of the working document described in Entry No. 3, with many sections including questions asking others to make specific additions and edits to further develop the document. This document later evolved into the 44 page "Six State Addendum."

| **Exemption Justification** | | |
| --- | --- | --- |

Exemption 5—Deliberative Process:  Because this document is a working draft and a similar, but earlier iteration to the document described in Entry 3, please see explanation in Entry 3.

Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 34 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 25 | | |
| --- | --- | --- |
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001516 - 0001517 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00002863 (Previously PRD 000692) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |

| Document Type | Subject | Date | Attachments |
|---|---|---|
| email | RE: 2,4-D choline salt – EFED comments on label | 1/13/2014 | ENLIST OPP Agenda for meeting on Tue 01142014 (2).docx (Entry 26 - ED_Vaughn3_0001518 - 0001519) |

| Author | Recipients |
|---|---|
| Daniel Kenny | Daniel Rosenblatt; Kathryn Montague; Emily Schmid; Meghan Radtke; Edward Odenkirchen; Faruque Khan; Arnet Jones; William Phillips; Donald Brady; Grant Rowland; Yu-Ting Guilaran; William Chism; Monica Wait; Lois Rossi |

**Document Description**

This is an email string containing two emails, both of which are redacted in part. The first email is from Meghan Radtke to Kathryn Montague, Emily Hartman, Daniel Kenny, and Grant Rowland and discusses specific comments made by EFED to the draft label for Enlist Duo. The second email is from Daniel Kenny to 17 EPA staff members. The redacted portion of the second email discusses the contents of the attached document that is withheld as deliberative and discusses general strategy for staff members in preparation for a meeting with Dow.

**Exemption Justification**

Ex. 5 Deliberative Process

First email: The originating email is from Meghan Radtke to Registration Division (RD) staff concerning a draft label for Enlist Duo. One sentence in the email is redacted. The redacted sentence describes comments and suggested changes to the draft label made by EFED staff for RD staff deliberation. The internal communication describes a section of the draft label for RD colleagues to further deliberate. Only the portion of text discussing this issue is redacted. This withheld information is deliberative, because it reflects Ms. Radtke's opinion on a particular policy issue being discussed in the development of the draft label, and provides her thoughts an area for having further staff discussion. The information is also pre-decisional, because it preceded the final version of the label and had to do with the ongoing development of the ESA assessment for Enlist Duo, and the edits only dealt with a policy issue. The reasoning used by Ms. Radtke describing the issue and insight she provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would likely have a chilling effect on open and frank consultations among EPA employees.

Second email: The second email of this string was sent by Daniel Kenny to OSCPP colleagues, and describes his impressions of the attached draft document intended to be used by EPA staff in an upcoming meeting with Dow. It does not have to do with the label issue discussed in the previous email. Four sentences concerning the strategy for the meeting are redacted as deliberative. This intra-agency communication describes deliberative portions of the attached documents, specifically regarding negotiation strategy and alludes to ongoing issues that needed to be resolved. The redacted sentences deliberate the necessity of a more thorough explanation issues for the meeting in the document based on ongoing deliberations concerning the section among EFED staff. This withheld information is deliberative, because it reflects Mr. Kenny's personal opinion on the nature of the document, and offers questions and insights for his colleagues to consider in the documents before they sent it up the management chain for further consideration and ultimately used in the meeting with Dow. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA assessment it discusses, or any action that may have resulted from the meeting. The underlying documents discussed deliberative aspects of EPA's ongoing ESA assessment for Enlist Duo. The reason Mr. Kenny felt that any changes to the document were justified did not directly result in any final agency action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: The email string contains two emails, which were partially redacted. One sentence was redacted from the first email and four sentences were redacted from the second email. All segregable information in the email chain has been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482).

| Entry No. 26 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0001518 - 0001519 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002502 (previously Attachment to PRD 000692) | **Total Pages**: 2 | **Pages Redacted/Withheld**: 2 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0004010 - 0004011 (Previously WIF #4) | **Part of (entry relates to)**: | |
| **Document Type | Subject/Title** | **Date** | **Attachment** |
| Draft Document | "Agenda – DAS and OPP Meeting on Enlist" (ENLIST OPP Agenda for meeting on Tue 01142014 (2).docx) | 1/14/2014 | Attached to released redacted email Entry No. 25 |
| **Author** Daniel Kenny | **Recipients** Megan Radtke; Kathryn Montague; Emily Schmid; Rowland Grant' Sujatha Sankula; Monica Wait; Daniel Rosenblatt; Yu-Ting Guilaran; Arnet Jones; William Phillips; William Chism; Donald Brady. | |
| **Document Description** | | |
| This is an internal document of talking points and background for EPA staff to prepare for a meeting with Dow Chemical on January 14, 2014. | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process: This is an internal agency document that considers language for potential issues to raise and questions to ask Dow representatives in a meeting regarding ongoing registration review of Dow's EnlistDuo pesticide, prior to the release of the Six-State Addendum. The document was not shared outside of the Agency employees present at the meeting. While entitled Agenda, the document was not intended to be read aloud or structure the meeting. Rather, the document was intended to assist staff in discussing policy issues and concerns with Dow representatives.  The content of the document is withheld as deliberative because it reflects language that may have been used to describe the Agency's decision-making process internally at that point in time, but did not represent final decisions on any of the underlying issues. It was solely intended to assist Agency staff raise issues of concern or ask questions intended to elicit information from Dow that could assist EPA's ongoing review.  The content is pre-decisional because no determination on the underlying policy concerns surrounding the review of Dow registration application had been made final prior to or resulting from the meeting, nor was this the final agency approved statement or questions on the matter. All text set forth in the document reflect EPA's impressions of the information it possessed in the development stages of its review of the EnlistDuo registration application and deliberations about the adequacy of the information the Agency possessed at the time. The document does not reflect what was ultimately said at the meeting or what, if any, outcomes were reached. The document's text does not reflect what information was ultimately used in the Agency's final decision-making process for the registration of Enlist Duo. The document was collaboratively drafted and no single author had final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review at the time.<br><br>Release of this document will have a chilling effect on the Agency staff's ability to have open and frank communications when preparing to communicate with a registrant and would negatively affect the Agency's ability to have productive and internally coordinated conversations with regulated entities in the future.<br><br>Segregability:<br>Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. | | |

**Entry No. 27**

| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
|---|---|---|
| ED_Vaughn3_0001522 - 0001531 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002866 (Previously PRD 000694) | **Total Pages**: 10 | **Pages Redacted/Withheld**: 10 |
| **Exact Duplicate of (entry applies to)**: ED_Vaughn3_0002399 - 0002409; ED_Vaughn3_0002410 - 0002419 | **Part of (entry relates to):** | |

| **Document Type \| Subject/Title** | **Date** | **Attachments** |
|---|---|---|
| Draft Document \| Update on 2,4D Choline Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean (2,4-D choline Listed species update 1_23_2014 MP.docx) | 1/23/2014 | Attached to released email ED_Vaughn3_0001522 |

| **Author** | **Recipients** |
|---|---|
| EPA EFED Staff, Melissa Panger | Edward Odenkirchen; Megan Radtke |

**Document Description**

This is a 10-page early draft document of some Discussion sections of assessed species in the Ten State Addendum that was released to the public. It is a later iteration of the working document described in Entry No. 3, including comments and edits from EFED staff for deliberation and further development by other EFED staff members. This document later evolved into the 44 page "Six State Addendum."

**Exemption Justification**

Exemption 5—Deliberative Process: Because this document is a working draft and a similar, but later iteration to the document described in Entry 3, please see explanation in Entry 3. The substantive reasons for withholding the two documents do not differ.

Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 34 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 28**

| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
|---|---|---|
| ED_Vaughn3_0001535 – 0001574 | Ex. 5—Deliberative Process | Withheld in full |
| **Document Number:** ED_000832_PSTs_00002868 (Previously Attachment to PRD 000696) | **Total Pages:** 40 | **Pages Redacted/Withheld**: 40 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002357 - 0002397 | **Part of (entry relates to):** | |

| Document Type | Subject | Date | Attachments |
|---|---|---|
| Draft Document | 2,4D Choline Salt Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean (Listed Species 24D Choline 1_30_2014.docx) | 1/31/2014 | Attached to released email ED_Vaughn3_0001532 |

| Author | Recipients |
|---|---|
| EPA EFED Staff | Donald Brady; Steven Bradbury; Lois Rossi; Anita Pease; Sujatha Sankula; Meghan Radtke; Edward Odenkirchen |

**Document Description**

This document is a very early working draft of the final Six State Addenda that was later released to the public.

**Exemption Justification**

Ex. 5 Deliberative Process: EPA EFED staff created this draft document to initially develop the discussion section and portions of what became Appendices 1 and 2 of the final "Six State Addendum" that is released in full as document ED_Vaughn3_0000482. This is an unformatted version of the addendum compiled by EPA staff scientists, and includes rough drafts of text for review and comment. In this working draft, EPA staff provide their first cut at the text of analysis sections for each ESA species reviewed, including opinions and interpretations of the scientific methodologies for feedback and discussion from their colleagues. Many comments reflect staff suggestions on selection or organization of facts in the working draft. The document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addresses the legal requirements of ESA assessments. This draft document represents an initial effort by EFED staff to develop the Six State Addendum through internal staff discussions and review prior to providing the document through the management chain for ultimate approval. Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination. Release of the document would also cause public confusion. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Six State Addendum (ED_Vaughn3_0000482). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this version contains 4 less pages of text that were further edited and refined through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 29 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001573 - 0001576 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00002878 (Previously PRD 000697) | **Pages**: 4 | **Pages Withheld/Redacted**: 3 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002344 – 0002349 | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | 2,4-D revised endangered species risk assessment | 2/6/2014 – 2/10/2014 | |
| **Author** | **Recipients** | |
| Meghan Radtke; Donald Brady; James Cowles; Sujatha Sankula; Edward Odenkirchen; Kristina Garber | Meghan Radtke; Donald Brady; James Cowles; Sujatha Sankula; Edward Odenkirchen; Kristina Garber; Anita Pease | |
| **Document Description** | | |
| This is a string of eleven emails between EFED staff concerning the ongoing development of the ESA assessment that is almost entirely the same string as the one described in Entry 16. Six of the eleven emails are redacted in part, only the tenth and eleventh emails differ from Entry 37. The redacted portions of the emails constitute a give and take discussion amongst staff involved in the Assessment's development. The emails describe various issues encountered by staff through their review and edits of the draft assessment, including many insights and potential policy positions taken during the development process. | | |
| **Exemption Justification** | | |
| The second, fourth, fifth, sixth and eleventh emails are released in full.<br><br>Ex. 5 Deliberative Process<br><br>Because the first, third, seventh eighth and ninth emails are the same as emails in Entry 16, please see Entry 16 for the redacted material within those emails, as follows.<br><br>First email: Please see first email in Entry 16.<br><br>Third email: Please see third email in Entry 16.<br><br>Seventh email: Please see seventh email in Entry 16.<br><br>Eighth email: Please see eighth email in Entry 16.<br><br>Ninth email: Please see ninth email in Entry 16.<br><br>Tenth email:  This email is from Ed Odenkirchen to Kristina Garber. Mr. Odenkirchen responds to comments made by Ms. Garber and clarifies his reasoning for making changes to a particular portion of the assessment under development. Two sentences in the email are redacted. This intra-agency communication describes a portion of | | |

the draft that required further review. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion and comments on this portion of the draft, and reflects a back and forth discussion with Ms. Garber on the draft development. The information is also pre-decisional, because it preceded the final decision by agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would likely have a chilling effect on open and frank consultations among EPA employee.
<u>Segregability</u>: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum of Enlist Duo released to the public.

| Entry No. 30 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001623 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00002890 (Previously PRD 000703) | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| my comments on 2,4D doc attached | 2/26/2014 | 24D dec doc.docx (Entry No. 31 - ED_Vaughn3_0001625) |
| **Author** | **Recipients** | |
| Sujatha Sankula | Meghan Radtke | |
| **Document Description** | | |
| This one email from Sujatha Sankula to Meghan Radtke. A portion of the email is redacted for Ex. 5 and for Ex. 6. Plaintiff has not challenged the Ex. 6 redaction so it is not addressed. The redacted portion of the email recaps Sujatha's comments, her impressions on the development of the draft at that time, and provides potential direction forward for the recipients | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process<br>This email is from Sujatha Sankula to Meghan Radtke providing a draft of the registration document, her impressions on its development, and describes developmental comments made in the draft registration document. The redacted portion of the email provides Ms. Sankula's opinion and impressions of certain issues faced in the development of the draft document and provides her views on how the development should proceed. This intra-agency communication describes Ms. Sankula's impressions of the comments made at the time and her views on proceeding. This withheld information is deliberative, because it reflects Ms. Sankula's opinion and impressions on the nature of the draft document. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. The reasoning used by Ms. Sankula describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would likely have a chilling effect on open and frank consultations among EPA employees. | | |

Segregability: All segregable information in the email has been released, only one sentence has been redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Proposed Registration Decision released to the public.

## Entry No. 31*

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0001624 – 0001645 | Ex. 5—Deliberative Process; | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00002891 (previously Attachment to PRD 000703) | **Pages**:22 | **Pages Withheld/Redacted**: 22 |
| **Exact Duplicate of (entry applies to)**: ED_Vaughn3_0001648 - 0001669; ED_Vaughn3_0002262 - 0002283; ED_Vaughn3_0003507 - 0003537 | **Part of (entry relates to):** ED_Vaughn3_0003407 (final version) | |
| **Document Type | Subject** | **Date** | **Attachments** |
| Draft Document / Proposed Registration of Enlist Duo Herbicide (24D dec doc.docx) | 2/26/2014 | Attached to released redacted email Entry No. 30 (ED_Vaughn3_0001623) |
| **Author** EPA EFED Staff, edits from Sujatha Sankula | **Recipients** Meghan Radtke | |

**Document Description**

This document is a very early 22-page rough draft of the Proposed Registration of Enlist Duo that has been released in final form as document ED_Vaughn3_0003407. It is an earlier iteration of the document described in Entry No. 9. This version is an early working draft intended to be added to and undertake extensive revisions. It includes comments and questions from Sujatha Sankula to other EFED staff to deliberate and further develop.

**Exemption Justification**

Exemption 5—Deliberative Process – Because this document is a working draft and a similar, but much earlier iteration of the document described in Entry 9, please see explanation in Entry 9 as the substantive reasons for withholding do not differ.

**Segregability**

The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Proposed Registration of Enlist Duo Herbicide that has been released to the public (also, ED_Vaughn3_0003407). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Compared to the final version, 10 additional pages of text that were added and further edited through the development process and are inextricably interspersed throughout the document. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

*CBD v. EPA, 1:16-cv-00175 Vaughn Index*                                                                                              *June 6, 2018*

| Entry No. 32* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001646 - 0001647 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00002560 (Previously PRD 000704) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| ENLIST proposed decision ROUGH DRAFT for your review/comment | 2/20/2014 | |
| **Author** | **Recipients** | |
| Kathryn Montague | Edward Odenkirchen; Sujatha Sankula; Daniel Rosenblatt; Debra Rate; Lois Rossi; Benjamin Wakefield; Michele Knorr; Faruque Khan; Michael Metzger; Arnet Jones; William Phillips; William Chism; Emily Schmid | |

| **Document Description** |
|---|
| This is a string of five emails between Kathryn Montague and OCSPP staff. Four emails were released in full. One email was released in part with a two-sentence portion redacted. The redacted portion of the email recaps staff's ongoing deliberation on the development of the draft registration document, describes deliberative comments, and provide insight into potential developments. |

| **Exemption Justification** |
|---|
| The second, third, fourth, and fifth emails are released in full. |

Ex. 5 Deliberative Process
First email: This email is from Kathryn Montague to OCSPP staff. The redacted portion of the email provides insight into deliberative comments made to the attached rough draft and provides insight into potential further development of the draft proposed decision document. Two sentences in the email are redacted. The internal communication reflects internal discussion about on-going policy decisions related to the development of the draft and discusses specific needs of the proposed decision's scope and developmental needs at that time. The redacted text also provides Ms. Montague's impression on the issue and staff to further deliberate and develop the draft. This withheld information is deliberative, because it reflects Ms. Montague's opinion on the nature of the issue, and suggests potential issues for further discussion and development. The information is also pre-decisional, because it preceded the final version of the proposed registration decision for Enlist Duo, including its formatting and potential inclusion of additional descriptions of reviewed information, which is entirely a policy issue. The reasoning used by Ms. Montague describing the issue and insight provided by her did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: Of the five emails in this email string, four emails were released in full and one email was released in part and contained a two-sentence redaction. All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the proposed registration decision released to the public for comment in 2014.

| Entry No. 33 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001670 - 0001675 | Ex. 5—Deliberative Process; Attorney client | Release redacted |
| **Document Number**: ED_000832_PSTs_00002779 (Previously PRD 000706) | **Pages**: 6 | **Pages Withheld/Redacted**: Portions of 6 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | RE: Last Draft of 2,4-D Enlist – 4 Remaining Minor Items Before Finalizing | 4/29/2014 – 4/30/2014 | |
| **Author** | **Recipients** | |
| Daniel Kenny, Jonathan Becker, Michele Knorr, Edward Odenkirchen | Daniel Kenny, Jonathan Becker, Michele Knorr, Edward Odenkirchen | |

**Document Description**

This is a string of thirteen emails between OCSPP staff and Michele Knorr in OGC concerning the ongoing development of the proposed registration decision. Four emails were released in full. Nine of the emails are redacted in part. This email string overlaps with the emails described in Entry No. 8. The redacted portions of the emails constitute a give and take discussion amongst staff involved in the proposed decision's development. The emails describe various issues encountered by staff through their review and edits of the draft assessment, including many insights and potential policy positions taken during the development process.

**Exemption Justification**

The first, second, third, and thirteenth emails are released in full.

Ex. 5 Deliberative Process
Because the fourth, fifth, sixth, and seventh emails are the same as emails that appear in Entry 8, please see Entry 8 for the justification for the redacted material within those emails, as follows

Fourth email: See fourth email in Entry No. 8.

Fifth email: See fifth email in Entry No. 8.

Sixth email: See sixth email in Entry No. 8.

Seventh email: See seventh email in Entry No. 8.

Eighth email: This email is from Edward Odenkirchen to Michele Knorr. The email provides Mr. Odenkirchen's opinion and evaluation into the information provided by Ms. Knorr at that point and asks a question of Ms. Knorr concerning the process for how the Agency should develop the draft of the proposed registration decision for public comment. One sentence in the email is redacted. This intra-agency communication describes Mr. Odenkirchen's understanding of the review process and requests further information from Ms. Knorr. This withheld information is deliberative, because it reflects Mr. Odenkirchen's understanding of a process he was not sure of and needed further input for. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

<u>Ninth email</u>: This email is from Michele Knorr to Edward Odenkirchen. The email provides Ms. Knorr's response to Mr. Odenkirchen's question but continues to discuss the overall procedural issue. One sentence in the email is redacted and reflects Ms. Knorr's status in the review process and provides a responds to Mr. Odenkirchen's question. All of the text redacted responds with advice to Mr. Odenkirchen's question. This withheld information is deliberative, because it reflects Ms. Knorr's understanding of the overall review process that was still continuing in its development. The information is also pre-decisional, because it preceded the final discussion with agency management on the proposed registration decision for Enlist Duo, and only discusses procedural issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

<u>Tenth email</u>:  This email is from Edward Odenkirchen to Michele Knorr. The email provides Mr. Odenkirchen's insight into the information provided by Ms. Knorr at that point and asks a question of Ms. Knorr about a particular issue being discussed among staff in the current draft. Two sentences in the email are redacted. This intra-agency communication describes Mr. Odenkirchen's understanding of the policy issue involving appropriate mitigation measures and requests further information from Ms. Knorr. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Ed Odenkirchen's understanding of a policy issue that was still being considered at that time and required further deliberation to come to a conclusion. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses procedural issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

<u>Eleventh email</u>: This email is from Michele Knorr to Edward Odenkirchen. The email provides Ms. Knorr's response to Mr. Odenkirchen's question but continues to deliberate the overall the mitigation measures issue and asks two questions from Mr. Odenkirchen to further deliberate. Three sentences in the email are redacted. This intra-agency communication describes Ms. Knorr's understanding of the development of the mitigation measures at the time and provides a response to Mr. Odenkirchen's policy question concerning mitigation measures. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Ms. Knorr's understanding of the policy issue at hand that was still continuing in its development, as she did not have decision making authority for the issue. The information is also pre-decisional, because it preceded the final discussion with agency management on the proposed registration decision for Enlist Duo, and only discusses procedural issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

<u>Twelfth email</u>: This email is from Edward Odenkirchen to Michele Knorr. The email Mr. Odenkirchen's insight into the information provided by Ms. Knorr at that point and responds to Ms. Knorr's question involving mitigation measures being evaluated by staff in the current draft. Two sentences in the email are redacted. This intra-agency communication describes Mr. Odenkirchen's understanding of the policy issue involving appropriate mitigation measures and an additional question to Ms. Knorr. This withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion and ideas provided to other staff on issues being discussed and developed concerning the development of the ESA Assessment.  The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses procedural issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

<u>Ex. 5 Attorney Client Privilege</u>:
The fifth, seventh, ninth, tenth, eleventh, and twelfth emails also reflect direct attorney communication from Michele Knorr in OGC, providing insight and advice to her clients in OCSPP. This communication was confidential and was not to be shared with anyone outside of OGC and OCSPP. The statements gave OGC's impression of the suggested questions and positions of the Agency for OCSPP to consider prior to finalizing the definition language used in the final version of the proposed registration of Enlist Duo. The entirety of the redacted text discusses the legal implications of potential policy options taken by OCSPP. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future

<u>Segregability</u>: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable

without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Ten State Addendum of the Enlist Duo registration released to the public.

| **Entry No. 34*** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001676 - 0001678 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003093 (Previously PRD 000712) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| ENLIST proposed decision ROUGH DRAFT for your review/comment | 2/20/2014 | |
| **Author** | **Recipients** | |
| Kathryn Montague | Edward Odenkirchen; Sujatha Sankula; Daniel Rosenblatt; Debra Rate; Lois Rossi; Benjamin Wakefield; Michele Knorr; Faruque Khan; Michael Metzger; Arnet Jones; William Phillips; William Chism; Emily Schmid | |
| **Document Description** | | |
| This is a string of five emails between Meghan Radtke and Edward Odenkirchen. A two-sentence portion of one of the five emails is redacted and is the same email as described in Entry 32. The redacted portion of the email recaps staff deliberation on the development of the draft registration document, describes deliberative comments, and provide insight into potential developments. | | |
| **Exemption Justification** | | |
| The second, third, fourth, and fifth emails are released in full.<br><br>Ex. 5 Deliberative Process<br>First email: Because this is the same email and redaction that appears in Entry 32, please see Entry 32<br><br>Segregability: All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the proposed registration decision released to the public for comment in 2014. | | |

| **Entry No. 35*** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001679 - 0001681 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003097 (Previously PRD 000715) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |

| email | ENLIST proposed decision ROUGH DRAFT for your review/comment | 2/20/2014 | |
|---|---|---|
| **Author** | **Recipients** |
| Kathryn Montague | Edward Odenkirchen; Sujatha Sankula; Daniel Rosenblatt; Debra Rate; Lois Rossi; Benjamin Wakefield; Michele Knorr; Faruque Khan; Michael Metzger; Arnet Jones; William Phillips; William Chism; Emily Schmid |

**Document Description**

This is a string of five emails between OCSPP staff, originating with Kathryn Montague. Four of the five emails are released in full. A two sentence portion of one of the five emails is redacted and is the same email as described in Entry 32. The redacted portion of the email recaps staff deliberation on the development of the draft registration document, describes deliberative comments, and provide insight into potential developments.

**Exemption Justification**

The second, third, fourth, and fifth emails are released in full.

Ex. 5 Deliberative Process
First email: Because this is the same email and redaction that appears in Entry 32, please see Entry 32.

Segregability: All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the proposed registration decision released to the public for comment in 2014.

| **Entry No. 36** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001683 – 0001685 | Ex 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00003116 (Previously Attachment to PRD 000718) | **Pages**: 3 | **Pages Redacted/Withheld**: 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type | Subject** | **Date | Time** | **Attachments** |
| Draft Document | Addendum to 2,4-D Choline Salt Section 3 Risk Assessment: Refined terrestrial Plant Exposure Estimates and Effects Determination (051505_421678_422714_Runoff Addendum ESA Assessment.docx) | 10/10/2014 | Attached to released email ED_Vaughn3_0001684 |
| **Author** | **Recipients** | |
| EPA EFED Staff | Sujatha Sankula; Faruque Khan; Meghan Radtke | |
| **Document Description** | | |
| Draft document of the Addendum concerning plant exposures from the terrestrial runoff of EnlistDuo. | | |

**Exemption Justification**

Exemption 5—Deliberative Process Privilege
EPA EFED staff created this document to develop the analysis document for the effects of terrestrial runoff of EnlistDuo into what became the final "Runoff Addendum" that was a supplement to the Ten State Addendum dated September 26, 2014. EPA staff scientists created and worked on the draft version of the addendum. The draft document includes rough drafts of text being circulated for further addition, comment, and review. In this draft, EPA staff provide a version of the text of the scientific methodologies and evidence to be presented review by Agency management. The document was developed as part of the process to allow EPA EFED staff to review the appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addressed the legal requirements of ESA assessments. This draft document represents an effort by EFED staff to further develop the Runoff Addendum through give and take discussions circulated between staff prior to sending the document through the management chain for ultimate approval. Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination. Further, release of this early draft document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the draft version. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability:
   The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Runoff Addendum that was publicly released. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 37 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001686 - 0001687 | Ex. 5—Deliberative Process; Attorney Client | Release redacted |
| **Document Number**: ED_000832_PSTs_00003123 (Previously PRD 000719) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| FW: Edits to the Response to Comments Document – EFED area- species specifically | 10/9/2014 | Response to Comments Document 10-9-14 mlk.docx |
| **Author** | **Recipients** | |
| Emily Schmidt | Michael Metzger; Sujatha Sankula | |
| **Document Description** | | |
| This is a string of three emails between Michele Knorr and OCSPP staff. A one sentence portion of one of the emails is redacted. The redacted portion of the email discusses a staff member's opinion and impression of inputs and the nature of that input in the overall review process. | | |

| Exemption Justification |
|---|

The first and third emails are released in full.

Ex. 5 Deliberative Process
Second email: This email is from Emily Schmid to Mike Metzger and Sujatha Sankula. The redacted sentence provides Ms. Schmid's comments on legal advice provided by Ms. Knorr and presents an issue about where that input fits into the overall ESA review process. The redacted sentence reflects Ms. Schmid's understanding of the review process and provide input to the recipients for further review. This withheld information is deliberative, because it reflects Ms. Schmid's understanding of the ESA review process and requested further input for. The information is also pre-decisional, because it preceded the final discussion with agency management on the proposed registration decision for Enlist Duo, and only discusses policy considerations posed to OCSPP by OGC during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Exemption 5 – Attorney Client Privilege – The redacted text also reflects attorney communication from Michele Knorr in OGC, to her client, the EFED staff. This communication was confidential and was only shared with those that have a need to know within OGC and EFED. Ms. Schmid was commenting on the advice and edits provided by OGC on the draft text of the attached document, which provided legal advice to program staff, and highlighted issues to consider before final adoption. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the response to comments document, which involves many legally sensitive issues. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future

Segregability: Two emails are released in full and one email is released in part with one sentence redacted.  All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the proposed registration decision released to the public for comment in 2014.

| Entry No. 38 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001688 – 0001722 | Ex. 5 Deliberative Process; Attorney Client Privilege | Withheld in Full |
| **Document Number:** ED_000832_PSTs_00003124 (previously Attachment to PRD 000719) | **Pages**:35 | **Pages Withheld or Redacted**: 35 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| Response to Public Comments Received Regarding New Uses of 2,4-Dichlorophenoxyacetic acid (2,4-D) on Corn and Soybeans. (Response to Comments Document 10-9-14 mlk.docx) | 10/9/2014 | Attached to released email ED_Vaughn3_0001686 |
| **Author** | **Recipients** | |
| EPA EFED Staff, Michele Knorr | Meghan Radtke | |

| Document Description |
| --- |

Early working draft of the Response to Comments document with comments, additions, and edits from EPA OGC. The final version of this document was released to the public on October 14, 2014.

| Exemption Justification |
| --- |

Exemption 5—Deliberative Process - This is an internal draft version of the Response to Comments following the proposed decision to register Enlist Duo.  The final, approved Response to Comments was released to the public on October 14, 2014. This version reflects many edits and comments to staff from OGC attorneys on the Agency's responses to a wide array of comments made by the public after the proposed decision. The edits and comments provide suggestions and questions to consider during the development of the response to comments.  The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency lawyers for the consideration of EFED staff.  The content is pre-decisional because the Agency's official response to comments had not been finalized at the point this document was drafted, nor did the agency attorneys have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the responses. This draft document was developed to allow EPA EFED staff to work on and evaluate Agency's response to comments. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Exemption 5 – Attorney Client Privilege – The edits and comments in the document also reflect direct attorney communication from Michele Knorr in OGC, to her client, the EFED staff. This communication was confidential and was only shared with those that have a need to know within OGC and EFED. The comments and edits provided OGC's legal interpretation of the draft text, provided legal advice to program staff, and highlighted issues to consider before final adoption. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the response to comments document, which involves many legally sensitive issues. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

Segregability
The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document.

| Entry No. 39 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001725 – 0001739 | Ex. 5 Deliberative Process; Attorney Client Privilege | Withheld in full |
| **Document Number**: ED_000832_PSTs_00003141 (previously Attachment to PRD 000721) | **Pages**:15 | **Pages Withheld/Redacted**: 15 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_0001906 - 0001917; ED_Vaughn3_0002003 - 0002014; ED_Vaughn3_0002204 - 0002215; ED_Vaughn3_0002217 - 0002228 | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| 2,4-D Choline Salt Comments Pertaining to EFED (EFED Response to Public Comments EFED Draft – revised-FK.docx) | 9/26/2014 | Attached to released email ED_Vaughn3_0001723 |
| **Author** | **Recipients** | |
| EFED Staff, Michele Knorr | Meghan Radtke; Edward Odenkirchen; Sujatha Sankula | |
| **Document Description** | | |

Early working draft of the Response to Comments document with comments and edits from EFED Staff and OGC. This is an earlier working version of the document in Entry 38. The final version of this document was released to the public on October 14, 2014.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an early internal draft version of the Response to Comments following the proposed decision to register Enlist Duo.  The final version of this document was released to the public on October 14, 2014. This version is not formatted and provides many edits and comments from EFED Staff and OGC on the Agency's responses to a wide array of comments made by the public in response to the proposed decision. The comments and edits provide attorney client advice from OGC to assist EFED program staff in their work on the draft Agency's response to comment document. They also include extensive comments from EFED staff deliberating the description and use of evidence in various responses. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency lawyers and staff for the further consideration of EFED staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one early stage of EPA staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made by the public. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Exemption 5 – Attorney Client Privilege – The edits and comments in the document reflect direct attorney communication from Michele Knorr in OGC, to her client, the EFED staff. This communication was confidential and was only shared with those that had a need to know within OGC and EFED. The comments and edits provided OGC's legal interpretation of the draft text, provided advice to program staff, and highlighted issues to consider before final adoption. The withheld text reflects candid legal advice from the Agency attorneys to their clients during the ongoing consideration of the response to comments document, which involves many legally sensitive issues. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 40**

| **Bates Number** | | **Exemption(s)** | | **Release/Withholding Status** | |
|---|---|---|---|---|---|
| ED_Vaughn3_0001740 | | Ex. 5—Deliberative Process | | Release redacted | |
| **Document Number**: ED_000832_PSTs_00003147 (Previously PRD 000723) | | **Pages**: 1 | | **Pages Withheld/Redacted**: 1 | |
| **Exact Duplicate (entry applies to):** | | **Part of (entry relates to)**: | | | |
| **Document Type | Subject** | | **Date** | | **Attachments** | |
| email | RE: Comments on revised 2,4D addendum | | 9/23/2014 | | 051505_421678_422714_10 state ESA assessment MR.docx (ED_Vaughn3_0000804) | |
| **Author** | | **Recipients** | | | |
| Edward Odenkirchen | | Meghan Radtke; Sujatha Sankula | | | |
| **Document Description** | | | | | |

This is a string of two emails between Ed Odenkirchen, Meghan Radtke, and Sujatha Sankula. A two-sentence portion of one email is redacted. The redacted portion of the email discusses a specific portion of the assessment to review and provides potential reasons that section should be scrutinized.

| Exemption Justification |
|---|

The first email is released in full.

Ex. 5 Deliberative Process
Second email: This email is from Ed Odenkirchen to Meghan Radtke and Sujatha Sankula. This intra-agency communication describes Mr. Odenkirchen's review of the draft assessment and his impression of the status of a particular issue that required further review and evaluation. The redacted sentences provide Mr. Odenkirchen's opinion and insight into a particular portion of the assessment for Ms. Sankula and Ms. Radtke to review.  Mr. Odenkirchen identifies and discusses a potential reason for an issue with the assessment portion. This withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion and insight on an issue under development provided to other EPA staff. The information is also pre-decisional, because it preceded the final decision by agency management on the final ten State Addendum for Enlist Duo, and only discusses specific issues to be reviewed prior to finalization of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: One email was released in full and the second email was released in part. All segregable information in the email chain has been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the final Ten State Addendum released to the public.

| Entry No. 41* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0001906 – 0001917 | Ex. 5 Deliberative Process | Withheld in full |
| **Document Number**: ED_000832_PSTs_00003162 (previously Attachment to PRD 000725) | **Pages**:12 | **Pages Withheld/Redacted**: 12 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002003 - 0002014; ED_Vaughn3_0002204 - 0002215; ED_Vaughn3_0002217 - 0002228 | **Part of (entry relates to)**: ED_Vaughn3_0001725 | |
| **Document Type | Subject** | **Date | Time** | **Attachments** |
| Draft Document | 2,4-D Choline Salt Comments Pertaining to EFED (EFED Response to Public Commentsdb.docx) | 9/10/2014 | Attached to released email beginning at ED_Vaughn3_0001905 |
| **Author** | **Recipients** | |
| EFED Staff, Donald Brady | Sujatha Sankula, Meghan Radtke, James Cowles; Anita Pease | |
| **Document Description** | | |

Early working draft of the Response to Comments document with comments and edits from EFED Staff. This is an earlier version of the document in Entry 39. This is the EFED staff working version of the document prior to the OGC reviewed version in Entry 39. This document includes additions and comments from Donald Brady, but is in an early form that was later added to and revised. The final version of this document was released to the public on October 14, 2014.

| Exemption Justification |
|---|

Exemption 5—Deliberative Process – Because this document is a working draft and a similar, but earlier iteration to the document described in Entry 39, please see explanation in Entry 39.

Segregability

The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

## Entry No. 42*

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0002199 - 0002201 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003177 (Previously PRD 000730) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002202 | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| Draft 2,4-D RTC | 8/28/2014 | |
| **Author** | **Recipients** | |
| Meghan Radtke | Faruque Khan, Ed Odenkirchen, Sujatha Sankula | |

### Document Description

This is a string of four emails between Meghan Radtke, and her EFED colleagues. Three emails were released in full.  A two sentence portion of one email is redacted. The redacted portion of the email discusses a specific portion of the assessment to review and suggests potential reasons that section should be scrutinized.

### Exemption Justification

The second, third, and fourth emails are released in full.

Ex. 5 Deliberative Process

First email: This email is from Meghan Radtke to her EFED colleagues. The redacted sentences provide Ms. Radtke's concern on a particular portion of the assessment for other staff to review and evaluate. The sentence also describes potential solutions for the team to consider and utilize when further developing the document. This intra-agency communication describes Ms. Radtke's review of the draft assessment and his impression of the status of a particular issue that required further review and deliberation, the issue is a solely policy issue involving the overall ESA review procedures. This withheld information is deliberative, because it reflects Ms. Radtke's opinion on an issue under development provided to her colleagues for further evaluation.  The information is also pre-decisional, because it preceded the final discussion with agency management on the final response to public comments for Enlist Duo, and only discusses specific issues to be reviewed prior to finalization of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

*June 6, 2018*

| Segregability: All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the final response to public comments released to the public with the final registration action by EPA. |
|---|

**Entry No. 43\***

| Bates Number | | Exemption(s) | Release/Withholding Status |
|---|---|---|---|
| ED_Vaughn3_0002202 - 0002203 (Previously PRD 000733) | | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003179 | | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | | **Date** | **Attachments** |
| email \| Draft 2,4-D RTC | | 8/28/2014 | |
| **Author** | | **Recipients** | |
| Meghan Radtke | | Faruque Khan, Ed Odenkirchen, Sujatha Sankula | |

| **Document Description** |
|---|
| This is a string of two emails between Meghan Radtke, and her EFED colleagues. A two sentence portion of one email is redacted and is identical to Entry No. 42. The redacted portion of the email discusses a specific portion of the assessment to review and provides potential reasons that section should be scrutinized. |

| **Exemption Justification** |
|---|
| The second email is released in full. |
| Ex. 5 Deliberative Process<br>First email: This email is a duplicate of the email described in Entry No. 42. |
| Segregability: All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the final response to public comments released to the public with the final registration action by EPA. |

**Entry No. 44\***

| Bates Number | | Exemption(s) | Release/Withholding Status |
|---|---|---|---|
| ED_Vaughn3_0002230 – 0002243 | | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00003184 (previously Attachment to PRD 000736) | | **Pages**: 14 | **Pages Withheld/Redacted**: 14 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002246 | | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | | **Date \| Time** | **Attachments** |
| Draft Document\| Enlist Duo Comment Summary (attached as 24-D Enlist OD-AA Briefing – August 2014) | | 8/25/2014 | Attached to released email ED_Vaughn3_0002229 |

| Author | Recipients |
|---|---|
| EPA EFED Staff | Daniel Kenny; Michael Metzger; Arnet Jones; Jonathan Becker; William Chism; Sujatha Sankula; Meghan Radtke; Kathryn Montague |

**Document Description**

Very early working draft of the Response to Comments document. This is a preliminary working version of the document in Entry 21, intended to summarize some comments made and provide some initial thoughts on potential Agency response. The final version of this document was released to the public on October 14, 2014.

**Exemption Justification**

Exemption 5—Deliberative Process Privilege

  EFED Staff drafted this early internal version of the Agency's Response to Comments in preparation for a briefing for Agency management after the comment period for the Enlist Duo proposed decision had closed.  This document was the first draft of a document used to develop the Agency's official responses to comments released to the public on October 14, 2014. This version provides EFED Staff's opinions, impressions and analysis of comments received, summarizes comments for further analysis, and provides EFED Staff's initial thoughts on potential Agency responses. The document groups comments received into particular topic areas, provides a brief summary of comments for each topic area, and provides a draft, potential Agency response for review and discussion with Agency management. The document summarizes the wide array of comments made by the public after the proposed decision, and represents the Agency staff's initial interpretation of the comments made, rather than restating them. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency staff on the Agency's comment responses for the further consideration of EFED staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one very early stage of EPA staff's development of the responses. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts, opinions, and recommendations of EPA staff engaged in the review.
Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. Further, release of this document in draft form would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the draft version. All final decisions made based on the discussions in this draft document are reflected in the final released document

Segregability
The document is an initial working draft of the final document that has been released. There is no segregable information in the document that is not reflected in either the publicly available comments made to the proposed decision or the final version of the Response to Comments posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document. Lastly, portions of the draft reflect staff's review and selection of facts among many comments and disclosure would disclose the deliberative process.

| Entry No. 45 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002244- 0002245 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003187 (Previously PRD 000737) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | Draft Briefing Document for 2,4-D/Enlist AA/OD Briefing | 8/21/2014 | |
| **Author** | **Recipients** | |
| Daniel Kenny | Michael Metzger; Arnet Jones; William Chism; Jonathan Becker; Alexandra LaMay; Sujatha Sankula; Meghan Radtke; Emily Schmid; Sarah Meadows; Kathryn Montague | |

| Document Description |
|---|
| This is an email from Dan Kenny to his OSCPP colleagues. A three sentence portion of is redacted. The redacted portion of the email discusses the strategy for the briefing and deliberates what emphasis should be given to specific topics. |

| Exemption Justification |
|---|
| The second email is released in full.<br><br>Ex. 5 Deliberative Process<br>First email: Daniel Kenny sent the originating email to his OCSPP colleagues, and provides his opinions and impressions of the attached draft document intended to be used by EPA staff in an upcoming briefing of EPA management. Three sentences concerning this issue are redacted as deliberative. The withheld portion reflects Mr. Kenny's views on the information to present to EPA management concerning the on-going work on Enlist Duo registration. This withheld information is deliberative, because it reflects Mr. Kenny's personal opinion on the identification of the import of issues related to the registration process and offers suggestions for his colleagues to consider before they brief the management chain for further consideration. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration action it discusses and EPA's decision on the registration.  The underlying documents discussed the Agency staff's work on EPA's ongoing registration action for Enlist Duo, and the redacted text only discusses policy issues. The reason Mr. Kenny felt that any changes to the document were justified did not directly result in any final agency action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.<br><br>Segregability: This email chain contains two emails.  One email was released in full and a second email was partially redacted.  A three sentence portion was redacted. All segregable information in the email chain have been released. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the final response to public comments released to the public with the final registration action by EPA. |

| Entry No. 46* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002260 - 0002261 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003509 (Previously PRD 000739) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | ENLIST proposed decision ROUGH DRAFT for your review/comment | 2/20/2014 | ENLIST Proposed Registration of the 24-D for Enlist Corn Soybean 02202014 rough draft.docx (Entry No. 31) |
| **Author** | **Recipients** | |
| Kathryn Montague | Edward Odenkirchen; Sujatha Sankula; Daniel Rosenblatt; Debra Rate; Lois Rossi; Benjamin Wakefield; Michele Knorr; Faruque Khan; Michael Metzger; Arnet Jones; William Phillips; William Chism; Emily Schmid | |
| **Document Description** | | |
| This is one email that is a duplicate of the redacted email in Entry No. 32. A two sentence portion the email is redacted. The redacted portion of the email recaps staff deliberation on the development of the draft registration document, describes deliberative comments, and provide insight into potential developments. | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process<br>Please see Entry No. 32.<br><br>Segregability: All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the proposed registration decision released to the public for comment in 2014. | | |

| Entry No. 47 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002338 - 0002343 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003523 (Previously PRD 000745) | **Pages**: 6 | **Pages Withheld/Redacted**: Portions of 5 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | RE: 2,4-D revised endangered species risk assessment | 2/6/2014 – 2/10/2014 | |

| Author | Recipients |
|---|---|
| Meghan Radtke; Donald Brady; James Cowles; Sujatha Sankula; Edward Odenkirchen; Kristina Garber | Meghan Radtke; Donald Brady; James Cowles; Sujatha Sankula; Edward Odenkirchen; Kristina Garber; Anita Pease |

**Document Description**

This is a string of nine emails between EFED staff concerning the ongoing development of the ESA assessment that is almost entirely the same string as the one described in Entries 16 and 29. Five emails were released in full.  Four of the nine emails are redacted in part, only the eighth email differs from Entries 16 and 29. The redacted portions of the emails constitute a give and take discussion amongst staff involved in the Assessment's development. The emails describe various issues encountered by staff through their review and edits of the draft assessment, including many insights and potential policy positions taken during the development process.

**Exemption Justification**

The second, fourth, fifth, sixth and eleventh emails are released in full.

Ex. 5 Deliberative Process

Because the first, third, and seventh emails are the same as emails that appear in Entry 16, please see Entry 16 for the justification for the redacted material within those emails, as follows

First email: Please see first email in Entry No. 16.

Third email: Please see third email in Entry No. 16.

Seventh email: Please see seventh email in Entry No. 16.

Eighth email: This email is from Ed Odenkirchen to Kristina Garber. The email provides further clarification from Mr. Odenkirchen responding to her comments and explains his response to her comments on a section Mr. Odenkirchen drafted. Five sentences in the email are redacted. This intra-agency communication describes a portion of the draft that was undergoing further review. The redacted text reflects staff discussion and opinion concerning the utilization of certain information and modeling. This withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion provided to other staff for comment and assistance on this portion of the draft. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum of Enlist Duo released to the public.

| Entry No. 48 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002344 - 0002349 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003524 (Previously PRD 000751) | **Pages**: 4 | **Pages Withheld/Redacted**: 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_0001573 | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | 2,4-D revised endangered species risk assessment | 2/6/2014 – 2/10/2014 | |
| **Author** | **Recipients** | |
| Meghan Radtke; Donald Brady; James Cowles; Sujatha Sankula; Edward Odenkirchen; Kristina Garber | Meghan Radtke; Donald Brady; James Cowles; Sujatha Sankula; Edward Odenkirchen; Kristina Garber; Anita Pease | |

 **Document Description**

This is a string of eleven emails between EFED staff concerning the ongoing development of the ESA assessment is entirely the same string as the one described in Entry 42. The redacted portions of the emails constitute a give and take discussion amongst staff involved in the Assessment's development. The emails describe various issues encountered by staff through their review and edits of the draft assessment, including many insights and potential policy positions taken during the development process.

 **Exemption Justification**

The second, fourth, fifth, sixth and eleventh emails are released in full.

Ex. 5 Deliberative Process
For all emails redacted see Entry No. 29.

Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum of Enlist Duo released to the public.

| Entry No. 49 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002350 - 0002351 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003523 (Previously PRD 000757) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |

| Document Type | Subject | Date | Attachments |
|---|---|---|
| email | RE: 2,4-D revised endangered species risk assessment | 2/6/2014 – 2/7/2014 | 24-D choline Listed Species 2_6_14 MR_ap.docx |

| Author | Recipients |
|---|---|
| Donald Brady | Meghan Radtke; James Cowles; Anita Pease |

| Document Description |
|---|
| This is a string of three emails between EFED staff concerning the ongoing development of the ESA assessment that is almost entirely the same string as the one described in Entries 16 and 29. Two of the three emails are redacted in part, the second and third differs from Entries 16 and 29. The redacted portions of the emails constitute a give and take discussion amongst staff involved in the Assessment's development. The emails describe various issues encountered by staff through their review and edits of the draft assessment, including many insights and potential policy positions taken during the development process. |

| Exemption Justification |
|---|
| The third email is released in full.<br><br>Ex. 5 Deliberative Process<br>First email: Please see first email in Entry 16.<br><br>Second email: This email is from Donald Brady to Meghan Radtke, Anita Pease, and James Cowles. The email reflects Mr. Brady's comments and proposed path forward for further development of the draft document. Two sentences in the email are redacted. This intra-agency communication describes a portion of the draft that required further review. The redacted text reflects discussion on a policy issue concerning the timing and the review process for the development of the draft. This withheld information is deliberative, because it reflects Mr. Brady's opinion and deliberation involved on the appropriate review process for further development of the draft document. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.<br><br>Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum of Enlist Duo released to the public. |

| Entry No. 50 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002352 - 0002353 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003536 (Previously PRD 000759) | **Pages**: 2 | **Pages Withheld/Redacted**: 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |

| Document Type | Subject | Date | Attachments |
|---|---|---|
| email | FW: 2,4D/Enlist Team Meeting – Remaining Items | 1/30/2014 | Released USDA EIS Documents |

| Author | Recipients |
|---|---|
| Daniel Kenny | Kathryn Montague; Emily Schmid; Meghan Radtke; Arnet Jones; William Phillips; Grant Rowland; Yu-Ting Guilaran; William Chism; Sujatha Sankula |

**Document Description**

This is an email string containing four emails, which are each redacted in part. The first email is from Daniel Kenny to OCSPP staff involved in the development of the registration review. The emails discuss the procedural development of the review process and the potential use of certain information from USDA that required review from EPA staff.

**Exemption Justification**

Ex. 5 Deliberative Process

First email: The originating email in this chain is from Daniel Kenny to OCSPP staff concerning the USDA Environmental Impact Statement (EIS) for the de-regulation of Enlist Duo genetically modified corn and soy and EPA's review based on the corresponding registration action. Two sentences in the email are redacted. The redacted text discusses the status documents in need of review and presents the group with questions regarding a potential path forward.  The intra-agency communication describes the potential need for EPA to evaluate the information and to what extent further discussion was necessary. This withheld information is deliberative, because it reflects Mr. Kenny's insight on a particular policy issue being deliberated, and points others to an area of the assessments where further deliberation was necessary. The information is also pre-decisional, because it preceded the final feedback on the EIS from USDA and had to do with the ongoing development of the ESA assessment for Enlist Duo. The discussion concerned the policy issues surrounding EPA's obligations to review and evaluate the information and ultimately deciding how it would review and utilize the information in the EIS for the genetically modified plants that work with the pesticide under consideration by EPA. The reasoning used by Mr. Kenny describing the issue and opinion and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Second email: The second email of this string was sent by Daniel Kenny to OSCPP colleagues, and is an exact duplicate of the first email with the exception of providing an additional sentence on the context of the meeting from management.

Third email: The third email is from Derek Berwald to members of the OSCPP team concerning the USDA EIS and provides Mr. Berwald's impressions of the contents of the documents. Two sentences in the email are redacted. The redacted text deliberates the status of the documents in need of review and provides Derek's impressions of the document's contents in relation to EPA's equities.  The intra-agency communication describes the potential need for EPA to evaluate the information and to what extent further deliberation was necessary. Only text discussing this issue is redacted. This withheld information is deliberative, because it reflects Mr. Berwald's insight on the EIS documents being deliberated and opinion on the structure of the documents. The information is also pre-decisional, because it preceded the final feedback on the EIS from USDA and had to do with the ongoing development of the ESA assessment for Enlist Duo. The discussion concerned the policy issues surrounding EPA's obligations to review and evaluate the information, ultimately deciding how it would review and utilize the information. The reasoning used by Mr. Berwald describing documents and any insights provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Fourth email: This email is from Meghan Radtke to members of the OSCPP team concerning the USDA EIS and provides her opinion and impressions of the contents of the documents and provides insight into how the review process should proceed. Nine sentences in the email are redacted. The redacted text deliberates the status of the documents in need of review and provides specific impressions of the documents and their analysis of the crops relevant to EPA's ongoing registration decision. The intra-agency communication also describes specific portions of the documents that required scrupulous review and presented reviewers with a potential strategy for proceeding

with further deliberation and review. Only text discussing this issue is redacted. This withheld information is deliberative, because it reflects Ms. Radtke's opinion and insight on the quality and substance of the EIS documents and her opinion on where they fit into EPA's equities in the review. The information is also pre-decisional, because it preceded the final feedback from EPA on the USDA EIS and EPA's ongoing development of the ESA assessment for Enlist Duo. The discussion concerned the policy issues surrounding EPA's obligations to review and evaluate the information, ultimately deciding how it would review and utilize the information. The reasoning used by Ms. Radtke describing documents and any insights provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain has been released, in addition to the attached EIS documents discussed. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content.

| **Entry No. 51** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002420 - 0002421 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003557 (Previously PRD 000767) | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to): ED_Vaughn3_0003066** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| Request for 2,4D choline salt information | 1/6/2014 | 2,4D choline Listed species update 1-6-13.docx (Entry 2) |
| **Author** | **Recipients** | |
| Meghan Radtke | Edward Odenkirchen | |

**Document Description**

This document consists of one email between Meghan Radtke and Edward Odenkirchen concerning the ongoing development of the ESA assessment. The redacted portion of the email discusses specific information Meghan requested from Mr. Odenkirchen to review.

**Exemption Justification**

Ex. 5 Deliberative Process
First email: This email is from Meghan Radtke to Ed Odenkirchen. The email describes portions of the draft assessment in development that required further review and addition and provides Mr. Odenkirchen with questions related to the development of the draft assessment. Two sentences in the email are redacted. This intra-agency communication describes a portion of the draft that required further review and provides specific insight into material that was deliberative at the time. All of the text redacted deliberates this policy issue concerning how the review process should consider certain information, which was deliberative at the time. This withheld information is deliberative, because it reflects Ms. Radtke's opinion on the appropriate review for further development of the draft document. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable

without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum of Enlist Duo released to the public.

### Entry No. 52

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0002422 - 0002428 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00003558 (Previously Attachment to PRD 000767) | **Total Pages**: 7 | **Pages Redacted/Withheld**: 7 |
| **Exact Duplicate of (entry applies to)**:  ED_Vaughn3_0003070; | **Part of (entry relates to):** ED_Vaughn3_0000098 | |
| **Document Type | Subject/Title** | **Date** | **Attachments** |
| Draft Document | Update on 2,4D Choline Salt Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean (24-D choline Listed species update 1-6-13.docx) | 1/6/2014 | Attached to released email ED_Vaughn3_0002420 |
| **Author** | **Recipients** | |
| EPA EFED Staff | Edward Odenkirchen | |

**Document Description**

This is a 7-page early draft document of the Discussion sections of assessed species in the Six State Addendum that was released to the public. This is an earlier version of the document described in Entry No. 3. It includes comments and suggestions from Meghan Radtke to Ed Odenkirchen to deliberate and make additions to. The document later received substantial additions and edits.

**Exemption Justification**

Exemption 5—Deliberative Process Please see Entry No. 3.

Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). Compared to the final version, this document contains 37 fewer pages of text that were further developed and added to through the editing process. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document.

### Entry No. 53

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0002429 - 0002430 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00003564 (Previously PRD 000769) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |

| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_0000096 | |
|---|---|---|
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| RE: 2,4D ESA Summary for Jim | 1/6/2014 | 2,4D Listed Species update 1-6-13.docx (Entry 2 - ED_Vaughn3_0000098) |
| **Author** | **Recipients** | |
| Meghan Radtke | Ed Odenkirchen, Sujatha Sankula, Monica Wait, Faruque Khan | |
| **Document Description** | | |
| This is an email string containing two emails, one of which is redacted. The redacted portion of the email is from Megan Radtke to other EFED staff discussing her comments to the attached document intended to provide an update to OCSPP Assistant Administrator Jim Jones. | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process<br><br>First email: Please see first email Entry No. 2.<br><br>The second email is released in its entirety.<br><br>Segregability: This email string contains two emails.  One email was released in full and one email was released in part. All segregable information in the email chain has been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). | | |

| **Entry No. 54** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002442 – 0002457 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00003589 (previously Attachment to PRD 000771) | **Pages**: 16 | **Pages Withheld/Redacted**: 16 |
| **Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Document \| 2,4-D Choline Salt Registration on Enlist Corn and Soybean – EFED Briefing for Steve Bradbury (ESA Briefing.pptx) | 11/21/2013 | Attached to released email ED_Vaughn3_0002241 |
| **Author** | **Recipients** | |
| EFED Staff | Edward Odenkirchen | |

| Document Description |
|---|
| This is an internal PowerPoint presentation prepared for a briefing of the Director of EPA Office of Pesticide Programs, Steve Bradbury, early in the review of the application for registration and ESA assessment process. The presentation sets out issues EPA staff were facing at that point in the registration review of EnlistDuo and presents issues to be considered by management. |

| Exemption Justification |
|---|
| Exemption 5—Deliberative Process - This is an internal agency PowerPoint presentation that provides background, context and issues faced by staff during the early development of the ESA State Addendum and Registration of Enlist Duo for consideration by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff for the consideration of the OCSPP management. The ESA review process being undertaken by EPA with Enlist Duo was a new process subject to intense internal and external interest which presented novel issues for consideration, and staff regularly conferred with Agency management to ensure a cohesive path forward. In turn, many briefings with management occurred to deliberate potential policy approaches as staff discovered them. This briefing served to present issues faced with stipulations in the registration process for protection of endangered species and provided potential solutions to management for further deliberation. The issues faced were focused on potential policy approaches to the ESA review process.

The withheld information is pre-decisional because it was prepared for the purpose of and contributed to assisting the EPA decision-making regarding the review, analysis, and synthesis of information relevant to the ESA Addenda and application for registration of EnlistDuo. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA staff working to develop the ESA Addenda and registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by the Director had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This presentation encapsulates EPA staff's discussion of the registration application for EnlistDuo, which was in its preliminary stages. The issues discussed and options for consideration was subject to change at that time. All slides in the presentation reflect EPA staff impressions and opinions of the information it possessed in the development stages of its review of EnlistDuo. This information was presented to the Director to assist him in determining the appropriate course of action going forward on this matter. The presentation does not necessarily reflect what was ultimately covered in the briefing and was intended to organize and provide context to staff participating in the meeting to provide to the Director for deliberation. The text of the presentation presents outstanding issues for the Director to consider, goals to achieve, presents potential timelines for future actions, and provides preliminary staff views on evidentiary data. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the consideration of Agency management.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document.

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time. |

| Entry No. 55 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002588 - 0002589 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00004126 (Previously PRD 000821) | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | Please look over the math | 1/6/2014 | |
| **Author** | **Recipients** | |
| Edward Odenkirchen | Sujatha Sankula; Meghan Radtke | |
| **Document Description** | | |
| This is a string of four emails between Edward Odenkirchen, Meghan Radtke and Sujatha Sankula concerning the ongoing development of the ESA assessment. The redacted portion of the email discusses specific information Ed wanted the recipients to further review and deliberate. | | |
| **Exemption Justification** | | |

The second, third, and fourth emails are released in full

Ex. 5 Deliberative Process
First email: This email is from Ed Odenkirchen to his EFED colleagues. The withheld portion of the email describes portions of the draft assessment in development that required further review and addition and Mr. Odenkirchen's impression of the appropriate method of calculating certain information compared to other branch offices within OCSPP. Three sentences in the email are redacted. The withheld portion of the email reflects Mr. Odenkirchen's opinion on the draft work of other EPA divisions, identification of specific issues, and seeks feedback on the suitability of changes.  The withheld text reflects internal policy issue concerning how certain content should be utilized and assimilated into the assessment. This withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion and deliberation involved on the appropriate review for further development of the draft document. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Ten State Addendum of Enlist Duo released to the public.

| Entry No. 56 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0003066 - 0003067 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00004854 (Previously PRD 000829) | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| Request for 2,4D choline salt information | 1/6/2014 | 2,4D choline Listed species update 1-6-13.docx (Entry 2) |
| **Author** | **Recipients** | |
| Meghan Radtke | Edward Odenkirchen | |
| **Document Description** | | |
| This is one email between Meghan Radtke and Edward Odenkirchen concerning the ongoing development of the ESA assessment. The redacted portion of the email discusses specific information Meghan requested from Ed to review and deliberate. It is a duplicate of the email described in Entry No. 58. | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process Please see Entry No. 51<br><br>Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum of Enlist Duo released to the public. | | |

| Entry No. 57 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0003362 - 0003364 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00004126 (Previously PRD 000887) | **Pages**: 3 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| Bat data will be submitted by Dow. RE: 2,4D choline – info on Indiana Bat | 11/26/2013 | |
| **Author** | **Recipients** | |
| Monica Wait | Sujatha Sankula; Kathryn Montague; Michael Walsh | |

| Document Description |
|---|
| This is a string of five emails between Monica Wait, Michael Walsh, Kathryn Montague and Sujatha Sankula concerning the ongoing development of the ESA assessment, specifically the submission of data from Dow on the Indiana Bat. The redacted portion of the email discusses specific information deliberating the strategy for review in light of the reception of additional information. |

| Exemption Justification |
|---|
| The first, second, fourth, and fifth emails are released in full.<br><br>Ex. 5 Deliberative Process<br>Third email: This email is from Monica Wait to OCSPP colleagues. The email describes the potential strategy for completion of the ESA process and requests information from the recipients to provide her for further review. One sentence in the email is redacted. The withheld sentence reflects Ms. Wait's opinion on the process being undertaken and describes a potential agency strategy for completion of the requirements of the ESA. This withheld information is deliberative, because it reflects Ms. Wait's opinion on the appropriate review process for further development of the ESA assessment. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.<br><br>Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues concerning review strategy faced by EFED staff during the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum of Enlist Duo released to the public. |

| Entry No. 58 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0003366 – 0003405 | Ex. 5—Deliberative Process | Withhold in Full |
| **Document Number**: ED_000832_PSTs_00005669 (previously Attachment to PRD 000890) | **Pages**: 40 | **Pages Withheld/Redacted**: 40 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**:<br>ED_Vaughn3_0004014 (Previously WIF #6) | |
| **Document Type | Subject** | **Date | Time** | **Attachments** |
| Draft Document | Ecological and Endangered Species Risk Assessments (2,4-D Technical Briefing EFED.pptx) | 9/12/2014 | Attached to released email ED_Vaughn3_0003365 |
| **Author** | **Recipients** | |
| Faruque Khan; Edward Odenkirchen; Meghan Radtke; Sujatha Sankula | Emily Schmid; Kathryn Montague; Daniel Kenny; Sujatha Sankula; Faruque Khan; Edward Odenkirchen | |

| Document Description |
|---|
| This is a draft of an internal PowerPoint presentation prepared for a briefing of EPA OCSPP management during the review process. The presentation sets out background and issues EPA staff were facing at that point in the registration review of EnlistDuo and presents issues to be deliberated by management. |

| Exemption Justification |
| --- |
| Exemption 5—Deliberative Process - This is an internal agency PowerPoint presentation that provides background, context and issues faced by staff during the early development of the ESA State Addendum and Registration of Enlist Duo for consideration by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff for the consideration of OCSPP management. The ESA review process being undertaken by EPA with Enlist Duo was a new process subject to intense internal and external interest which presented novel issues for consideration, and staff regularly conferred with Agency management to ensure a cohesive path forward. In turn, many briefings with management occurred to deliberate potential policy approaches as staff discovered them. This briefing served to present issues faced with stipulations in the registration process for protection of endangered species and provided potential solutions to management for further deliberation. The issues faced were focused on potential policy approaches to the ESA review process.

The withheld information is pre-decisional because it was prepared for the purpose of and contributed to assisting the EPA decision-making regarding the review, analysis, and synthesis of information relevant to the ESA Addenda and application for registration of EnlistDuo. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA staff working to develop the ESA Addenda and registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by Agency management had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This presentation encapsulates EPA staff's discussion of the registration application for EnlistDuo, which was in its preliminary stages. The issues discussed and options for consideration was subject to change at that time. All slides in the presentation reflect EPA staff impressions and opinions of the information it possessed in the development stages of its review of EnlistDuo. This information was presented to Agency management to assist them in determining the appropriate course of action going forward on this matter. The text of the presentation presents outstanding issues for management to consider, goals to achieve, presents potential timelines for future actions, and provides preliminary staff views on evidentiary data. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the consideration of Agency management.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document.

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time. |

| Entry No. 59 | | |
| --- | --- | --- |
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0003618 – 0003639 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_0005975 (previously Attachment to PRD 000975) | **Pages**: 22 | **Pages Withheld/Redacted**: 22 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |

| Document Type | Subject | Date | Attachments |
|---|---|---|
| Document \| Use of 2,4D on Genetically Modified Crops November 27, 2013 (2,4D ENLIST Briefing – Administrator Briefing Package 11222013 final.pptx) | 11/27/2013 | Attached to released email ED_Vaughn3_0003617 |

| Author | Recipients |
|---|---|
| EPA EFED Staff | Debra Rate; Kristen Hendricks; Emily Schmid |

**Document Description**

This document is an internal PowerPoint presentation for a briefing of the Administrator by OCSPP involved the initial development of the registration review of Enlist Duo. It summarizes the purpose of doing the review, concurrent actions being undertaken by USDA, and sets out issues and concerns EPA staff were facing at that point in the registration review of EnlistDuo and presents issues to be deliberated by management.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal agency PowerPoint presentation that provides context and issues faced by staff during the development of the initial ESA Addendum and proposed registration of Enlist Duo for deliberation by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff as the Enlist Duo ESA Addendum was being developed. This information was presented to the Administrator, who was the ultimate decision-maker. The ESA review process being undertaken by EPA with Enlist Duo was unprecedented because few standard procedures were in place to guide staff through the new process subject to intense internal and external interest which presented novel issues for consideration. In turn, many briefings with upper level management occurred to deliberate potential policy options and approaches for addressing them as they were being developed. This briefing served to present issues faced during the ESA Addendum development and potential solutions to the Administrator for further deliberation with staff. The issues faced were focused on potential policy approaches to the review process.

The withheld information is pre-decisional because it was prepared for the purpose of and contributed to assisting the EPA decision-making regarding the review, analysis, and synthesis of information relevant to the ESA Addenda and application for registration of EnlistDuo. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA staff working to develop the ESA Addenda and registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by the Administrator had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This presentation encapsulates EPA staff discussion of the registration application for EnlistDuo, which was in its preliminary stages. The issues discussed and options for consideration was subject to change at that time. All slides in the presentation reflect EPA's impressions and opinions of the information it possessed in the development stages of its review of EnlistDuo and did not necessarily reflect what was ultimately covered in the briefing. This information was presented to the Administrator to assist her in determining the appropriate course of action going forward on this matter. The text of the presentation presents concerns for the Administrator to consider, goals to achieve, presents potential timelines for future actions, and provides staff impressions about repercussions from the potential result of the review. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the Administrator's consideration.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

## Entry No. 60

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0003893 - 0003895 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832_PSTs_00006460 (Previously PRD 001068) | **Pages**: 3 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | Bat data will be submitted by Dow. RE: 2,4D choline – info on Indian Bat | 11/26/2013 | |
| **Author** | **Recipients** | |
| Monica Wait | Sujatha Sankula; Kathryn Montague; Michael Walsh | |

### Document Description

This is a string of five emails between Monica Wait, Michael Walsh, Kathryn Montague and Sujatha Sankula concerning the ongoing development of the ESA assessment, specifically the submission of data from Dow on the Indiana Bat. Four emails were released in full and one email was released in part. The redacted portion of the email discusses specific information deliberating the strategy for review in light of the reception of additional information. The redacted information is the same as described in Entry 57.

### Exemption Justification

The first, second, fourth, and fifth emails are released in full.

Ex. 5 Deliberative Process
Third email: Please see third email in Entry No. 57.

Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses policy issues concerning review strategy faced by EFED staff during the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Six State Addendum of Enlist Duo released to the public.

| Entry No. 61 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0003896 | Ex. 5—Deliberative Process, Attorney Client | Release redacted |
| **Document Number**: ED_000832_PSTs_00006511 (Previously PRD 001071) | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| FW: comments incorporated to 2,4D document | 9/8/2014 | Expanded 2 4 D choline ESA incorporates KG and SS.docx (ED_Vaughn3_0000804) |
| **Author** | **Recipients** | |
| Sujatha Sankula | Kristina Garber | |

| **Document Description** |
|---|
| This is a string of two emails between Meghan Radtke and Edward Odenkirchen. One email is released in full and a portion of one email is redacted. The redacted portion of the email from Sujatha Sankula reflects discussion on an issue in the development of the ESA assessment and requests further review by Kristina Garber concerning a specific portion of the assessment prior to presenting the draft to management. |

| **Exemption Justification** |
|---|
| The first email is released in full. |

Ex. 5 Deliberative Process
Second email: This email is from Sujatha Sankula to Kristina Garber. Two sentences are redacted. The redacted portion of the email reflects Ms. Sankula's opinion concerning comments and edits she made to a section of the ESA assessment that was under development. Ms. Sankula requests Ms. Garber's evaluation and opinion on a specific portion of the assessment prior to presenting the draft to management. The internal communication reflects a policy question on the adequacy of explanation in a specific section of the draft assessment under development. This withheld information is deliberative, because it reflects Sujatha's opinion on the status of a specific section under development, and identifies potential issue for EPA staff review and comment. The information is also pre-decisional, because it preceded the final version of the ESA assessment for Enlist Duo, including the content of the Agency's descriptions of its review for specific species, entirely a policy issue. Ms. Sankula's opinion on the specific section did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Ten State Addendum released to the public (also, ED_Vaughn3_0002751).

| Entry No. 62 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0003990 - 0003992 | Ex. 5—Deliberative Process, Attorney Client | Release redacted |
| **Document Number**: ED_000832_PSTs_00006626 (Previously PRD 001072) | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| RE: 2,4 D, ESA and bats | 2/3/2014 | |
| **Author** | **Recipients** | |
| Robert McNally; Sujatha Sankula | Timothy Kiely; Yu-Ting Guilaran; Arnet Jones; Diann Sims; James Cowles; Alan Reynolds; Kimberly Nesci | |

**Document Description**

This is a string of five emails between Sujatha Sankula, Robert McNally, and their OCSPP colleagues. A portion of two of the emails is redacted. The redacted portion of the third email from Sujatha Sankula describes a deliberative issue in the development of the ESA assessment and requests further review by Kristina Garber concerning a specific portion of the assessment prior to presenting the draft to management. The redacted portion of the first email from Robert McNally requesting input from colleagues about what potential effects Enlist Duo could have on the 62, na Bat.

**Exemption Justification**

The second, fourth and fifth emails are released in full.

Ex. 5 Deliberative Process
First email: This email is from Robert McNally of the Biopesticides Division to colleagues requesting their input on a species called the Indiana Bat. Three sentences are redacted. The redacted portion of the email reflects internal discussion concerning an issue in the development of the ESA assessment and requests additional information from staff. The internal communication describes a policy question on the review of the Indiana Bat that did not involve data, but rather the scope of the review as it relates to that particular species. Only the portion of text deliberating this issue is redacted. The redacted text also provides Mr. McNally's impression and opinion on the particular issue. This withheld information is deliberative, because it reflects Mr. McNally's opinion on the scope of a specific section under development provided to colleagues for their review and provides staff with potential information for further consideration and review. The information is also pre-decisional, because it preceded the final version of the ESA assessment for Enlist Duo, including the content of the Agency's descriptions of its review and scope of review for a specific species, entirely a policy issue. The reasoning used by Mr. McNally describing the issue and potential solutions he provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Third email: This email is from Sujatha Sankula to OCSPP staff. Three sentences are redacted. The redacted portion of the email describes a deliberative issue in the development of the ESA assessment, requests additional information on the issue, and provides insight into the deliberations on interpretation of data concerning the Indiana Bat. The intra-agency communication describes a policy question on the review of the Indiana Bat that did not involve data, but rather the scope of the review as it relates to that particular species. Only the portion of text deliberating this issue is redacted. The redacted text also provides Ms. Sankula's impression on the particular issue and asks the recipients questions to elicit additional information for further deliberation. This withheld information is deliberative, because it reflects Ms. Sankula's opinion on the scope of a specific section under development, and asks staff questions for further deliberation. The information is also pre-decisional, because it preceded the final version of the ESA assessment for Enlist Duo, including the content of the Agency's descriptions of its review and scope of review for a specific species,

entirely a policy issue. The reasoning used by Ms. Sankula describing issue and potential answer to the question he was posed did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees

Segregability: This email string contains five emails.  Three emails were released in full.  Two emails were released in part and each had three sentences redacted. All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0002751).

---

**Entry No. 63***

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0003995 – 0003996 | Ex. 5—Deliberative Process | Withhold in full |
| **Document Number**: ED_000832_PSTs_00006674 (Previously Attachment to PRD 001075) | **Pages**: 2 | **Pages Withheld/Redacted**: 2 |
| **Exact Duplicate (entry applies to)**: ED_Vaughn3_0004014 - 0004015 (WIF #5) | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| Draft Document | Evaluation of Two Documents Submitted by Dow AgroSciences on 2,4D Choline Salt | 3/18/2013 | Attached to released email ED_Vaughn3_0003993 |
| **Author** | **Recipients** | |
| Megan Radtke, EFED Staff | Edward Odenkirchen; Sujatha Sankula | |

| Document Description |
|---|
| Draft of a memorandum evaluating two documents submitted by Dow in support of the registration of 2,4-D choline salt on herbicide-tolerant corn. The document states that EPA EFED reviewed the studies employed methodologies in comparison with EPA standards and made a preliminary determination on their applicability. The final version of this document has been released. |

| Exemption Justification |
|---|
| Ex. 5 Deliberative Process - EPA EFED created this document to develop what became a memorandum issued by EFED providing an evaluation of two studies submitted by Dow. The final memorandum was released and was drafted in an effort to state the Agency's position on the information provided by Dow. In this working draft, EPA staff provided additional formatting advice and additional content based on their opinions and interpretations of the scientific methodologies utilized. The document was circulated internally for review and comment.  The document is deliberative because the redacted information reflects EFED staff's work on the draft memorandum, which was ultimately finalized and released.  The draft document is deliberative because it represents a working draft for EFED staff to comment and further develop the evaluation through give and take deliberations prior to finalizing the document and provided to management. Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination. |

Segregability:
The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Evaluation Memorandum. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 64**

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0004007 - 0004009 | Ex. 5—Deliberative Process; Attorney Client | Withhold in full |
| **Document Number**: Previously WIF # 3 | **Pages**: 3 | **Pages Withheld/Redacted**: 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| Email | Enlist "no effect" language | 2/26/2014 | |
| **Author** | **Recipients** | |
| Benjamin Wakefield | Michele Knorr | |

 Document Description

This is a two email discussion between Michele Knorr and Benjamin Wakefield, both attorneys in OGC. The first email only includes one sentence from Michele Knorr in the subject line offering to help Ben with the Enlist Duo review that day. The second email is from Mr. Wakefield to Ms. Knorr requesting Ms. Knorr's input on Ms. Wakefield's draft of language describing the appropriate "no effect" standard at issue in the ESA Assessments for Enlist. The email provides Mr. Wakefield's draft description of the No Effect determination and requests Ms. Knorr's input on its adequacy and legal sufficiency.

 Exemption Justification

Ex. 5 Deliberative Process – An EPA OGC attorney created this document to develop language describing legal advice for the ESA's "no effect" standard for use in the Agency's endangered species assessment For Enlist Duo. The redacted email reflects internal discussion between two OGC attorneys concerning the development of the endangered species assessment. This draft was intended to illicit further additional text as well as legal and policy advice from Michele Knorr. The document was developed with the goal of developing an accurate legal description of the Agency's obligations for a "no effect" under the ESA.  At the time it was written, OGC was formulating its advice on this issue.  The framing and application of the legal standard at issue in a particular ESA is a discretionary policy decision for the Agency to determine. This document represents a working draft for further development and evaluation through give and take deliberations circulated between agency lawyers to develop advice to provide to the program office and eventual consideration in the management chain for ultimate approval. The drafters did not have final decision-making authority. Release of this document in would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating policy considerations and legal interpretations for consideration by clients within the Agency.

Exemption 5 – Attorney Client Privilege – The edits and comments in the email reflect direct attorney communication between Benjamin Wakefield and Michele Knorr in OGC, concerning advice prepared for their client, the EFED staff. This communication was confidential and was not to be shared with anyone outside of OGC and EFED.

The comments and edits provided OGC's legal interpretation of the draft text, provided advice to program staff, and recommendations on issues to consider before final adoption. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the proposed registration and the questions asked relate to applicable statutes and EPA regulations. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

Segregability:
The information captured in the document is a draft of the agency's final legal standard utilized in the final ESA addenda. There is no segregable information in the document that is not reflected in the final ESA addenda. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content.

## Entry No. 65*

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0004045 - 0004048 | Exemption 5 – Deliberative Process | Withhold in full |
| **Document Number**: Previously WIF # 8 | **Pages**: 4 | **Pages Withheld/Redacted**: 4 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| Document | Administrator ESA/Cyantraniliprole Briefing | 5/1/2014 | Attached to released email, "Email to WIF#8" (ED_Vaughn3_0004087 – 0004089) |
| **Author** | **Recipients** | |
| EFED Staff, Anita Pease | Daniel Schramm, Robert Perlis, Michele Knorr, Stacey Mitchell | |

### Document Description

This is a document created by EFED staff and PTSLO attorneys to assist them in a briefing for the EPA Administrator describing the ESA review process concerning the pesticide, cyantraniliprole. It includes only one very minor reference to EnlistDuo in a list of new registration actions in the near future. The document provides a description of EPA's work on the registration of cyantraniliprole, describes the scientific methodologies being considered, a description of the ESA related litigation and EPA's ongoing efforts to comply with legal requirements, describes Agency's capacity issues, and provides a proposed legal and policy strategy for Agency management to consider going forward.

*Other than the very minor mention of Enlist Duo in the document in a list of new registration actions, EPA believes this document is not responsive to the request at issue and was mistakenly marked responsive in the Agency's initial production. However, since it was listed in the original Vaughn index, EPA is providing a full withholding explanation for the document.

### Exemption Justification

Ex. 5 Deliberative Process: This is an internal agency document that provides background and proposals for Agency staff to consider and deliberate in a briefing concerning the registration action for a separate chemical, cyantraniliprole. The document considers potential agency policy positions, legal positions, and proposes strategies for the Administrator and other Agency management to consider for a path forward. The document only covers the ongoing registration review of cyantraniliprole and only includes Enlist Duo in a description of other ongoing registration actions. The document provides attorney client advice from OGC to the Administrator and other OCSPP management to consider. The content of the document is withheld as deliberative because it reflects draft language of language the Agency may or may not have used to describe the Agency's decision-making process at that point in time that could shape EPA's decision-making going forward. The

content is pre-decisional because no determination the Agency strategy on this chemical or any others mentioned had been reached, nor was it the final agency action for the underlying registration decision. All points listed in the document reflect EPA staff's impressions of the information they possessed in the development stages of its review of cyantraniliprole and deliberations about the adequacy of the information the Agency currently possessed. The document does not reflect what was ultimately said at the meeting and was intended to assist staff at the meeting better describe the issue at hand and coordinate the Agency management's position on the matter at the time of the meeting. The document's text also does not reflect what information was ultimately used in the Agency's final decision making process. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document would have a chilling effect on the ability to have open and frank conversations among Agency management and staff about legal and policy strategy and could negatively affect the Agency's ability to have productive and coordinated conversations with management in the future.

Exemption 5 – Attorney Client Privilege – The document as a whole describes policy and legal positions that were partially or wholly drafted by Agency attorneys for the consideration of their clients, the Administrator and OCSPP management. Many sub-sections in the document reflect direct attorney communication from OGC attorneys describing legal positions and potential legal strategies. This communication was labeled confidential and was not to be shared with anyone outside of EPA employees with a need to know. The statements gave OGC's impression of the legal status of the review of cyantraniliprole and suggested positions for Agency management to further deliberate. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the proposed options and questions as they relate to statutes and EPA regulations. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

Segregability:
The information captured in the document is demonstrated in the Agency's final registration decision for cyantraniliprole and subsequent legal filings. There is no factual information that is inextricably intertwined with deliberative material in the document, as all points in briefing paper reflect the author's description of ongoing Agency actions and pre-decisional policy positions, rather than describing facts being considered. The document was intended to present descriptions of context and potential policy decisions going forward to Agency management to further deliberate. Accordingly, there is no segregable information in the document that cannot be gathered in the Agency's final registration of cyantraniliprole and litigation positions taken.

**MARCH 1, 2018 PRODUCTION**

| Entry No. 66 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004098 - 0004117 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00019383 | **Pages**: 20 | **Pages Withheld/Redacted**: 20 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_0003618 – 0003639; ED_Vaughn3_0004120 | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| Document \| Use of 2,4D on Genetically Modified Crops November 26, 2013 (2,4D Enlist Briefing – Draft Slides SteveB Briefing – 11-18-13.pptx) | 11/18/2013 | Attached to released email ED_Vaughn3_0004097 |
| **Author** | **Recipients** | |
| EPA EFED and RD Staff | OPP Management | |

| Document Description |
|---|
| This document is an internal PowerPoint presentation for a briefing of the Director of the Office of Pesticide Programs discussing the initial development of the registration review of Enlist Duo. It summarizes the purpose of doing the review, concurrent actions being undertaken by USDA, and sets out issues and concerns identified by EPA staff at that point in the registration review of EnlistDuo and presents issues to be deliberated by management. It is an earlier iteration, but largely identical, version of the PowerPoint for the Administrator Briefing in Entry 59. Therefore, this entry closely follows the withholding justification for Entry 59. |

| Exemption Justification |
|---|
| Exemption 5—Deliberative Process - This is an internal agency PowerPoint presentation that provides context and issues faced by staff during the development of the initial ESA Addendum and proposed registration of Enlist Duo for deliberation by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff as the Enlist Duo ESA Addendum were being developed.  This information was to be presented to the Director of the Office of Pesticide Programs (OPP) to summarize the ongoing registration process for initial mid-level management consideration. The ESA review process being undertaken by EPA with Enlist Duo was unprecedented because few standard procedures were in place to guide staff through the new process subject to intense internal and external interest which presented novel issues for consideration. In turn, briefings with upper level management occurred to deliberate potential policy options and approaches for addressing them as they were being developed. This briefing served to present issues faced during the ESA Addendum development and potential solutions to the Director for further deliberation with staff before further consideration in the management chain. The issues faced were focused on potential policy approaches to the review process.

The withheld information is pre-decisional because it was prepared for the purpose of and contributed to assisting the EPA decision-making regarding the review, analysis, and synthesis of information relevant to the ESA Addenda and application for registration of EnlistDuo. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA staff working to develop the ESA Addenda and registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by the Administrator had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This presentation encapsulates EPA staff discussion of the registration application for EnlistDuo, which was in its preliminary stages. The issues discussed and options for consideration was subject to change at that time. All slides in the presentation reflect EPA's impressions and opinions of the information it possessed in the development stages of its review of EnlistDuo and did not necessarily reflect what was ultimately covered in the briefing. The underlying information was later updated and evolved into another briefing |

presented to the Administrator to assist her in determining the appropriate course of action going forward on this matter. The text of the presentation presents concerns for the Director to consider at the time, goals to achieve, presents potential timelines for future actions, and provides staff impressions about repercussions from the potential result of the review. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the Director's consideration.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

## Entry No. 67

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0004120 - 0004139 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00019444 | **Pages**: 20 | **Pages Withheld/Redacted**: 20 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_0003618 – 0003639; ED_Vaughn3_0004098 | |
| **Document Type | Subject** | **Date** | **Attachments** |
| Document | Use of 2,4D on Genetically Modified Crops November 26, 2013 (2,4-D Tolerant Crops Administrator Briefing review draft 11132013 5pm.pptx) | 11/13/2013 | Attached to released email ED_Vaughn3_0004118 |
| **Author** | **Recipients** | |
| EPA EFED and RD Staff | EPA Management | |
| **Document Description** | | |

This draft document is an internal PowerPoint presentation for a briefing of the EPA Administrator discussing the initial development of the registration review of Enlist Duo. It summarizes the purpose of doing the review, concurrent actions being undertaken by USDA, and sets out issues and concerns EPA staff were facing at that point in the registration review of EnlistDuo and presents issues to be deliberated by management. It is an earlier but nearly identical version of the PowerPoint for the Administrator Briefing in Entry 59, but includes some proposed slides to be further considered for inclusion in the version used in the briefing. Therefore, this entry closely follows the withholding justification for Entry 59.

---

### Exemption Justification

Exemption 5—Deliberative Process - This is a draft internal agency PowerPoint presentation that provides context and issues faced by staff during the development of the initial ESA Addendum and proposed registration of Enlist Duo for deliberation by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff as the Enlist Duo ESA Addendum was being developed.  A later iteration of this information was eventually presented to the Administrator, who was the ultimate decision-maker. The ESA review process being undertaken by EPA with Enlist Duo was unprecedented because few standard procedures were in place to guide staff through the new process subject to intense internal and external interest which presented novel issues for consideration. In turn, briefings with upper level management occurred to deliberate potential policy options and approaches for addressing them as they were being developed. This briefing served to present issues faced during the ESA Addendum development and potential solutions to the Administrator for further deliberation with staff. The issues faced were focused on potential policy approaches to the review process.

The withheld information is pre-decisional because it was prepared for the purpose of and contributed to assisting the EPA decision-making regarding the review, analysis, and synthesis of information relevant to the ESA Addenda and application for registration of EnlistDuo. It also included proposed new slides and edits for further consideration by staff. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA staff working to develop the ESA Addenda and registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by the Administrator had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This presentation encapsulates EPA staff discussion of the registration application for EnlistDuo, which was in its preliminary stages. The issues discussed and options for consideration was subject to change at that time. All slides in the presentation reflect EPA's impressions and opinions of the information it possessed in the development stages of its review of EnlistDuo and did not necessarily reflect what was ultimately covered in the briefing. This information was presented to the Administrator to assist her in determining the appropriate course of action going forward on this matter. The text of the presentation presents concerns for the Administrator to consider, goals to achieve, presents potential timelines for future actions, and provides staff impressions about repercussions from the potential result of the review. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the Administrator's consideration.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

| Entry No. 68 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004187 - 0004189 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00021378 | **Pages**: 3 | **Pages Withheld/Redacted**: portions of 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | dicamba & 2,4-D GMO ESA schedule – updated 9-17-14 | 9/18/2014 | |
| **Author** | **Recipients** | |
| Monica Wait, Mark Corbin | Mark Corbin; James Cowles, Meghan Radtke; Ed Odenkirchen; Mark Donovan; Elizabeth Eckel, William Blankenship; Daniel Kenny; Kathryn Montague; Rowland Grant | |

**Document Description**

This is a string of three emails between Monica Wait, Mark Corbin, James Cowles, and cc's OCSPP colleagues. Three sentences in first email, one sentence in the second email, and three sentences in the third email are redacted. The redacted portion of the first email from Monica Wait describes a pending issue being discussed in the development of another registration action and suggests some possible paths forward for the ESA schedules for each registration. The redacted portion of the second email from Mark Corbin responds to some of the information provided by Ms. Wait. The redacted portion of the third email from Ms. Wait further clarifies her thoughts on the issue and provides other reasoning for potential changes in the schedules.

**Exemption Justification**

Ex. 5 Deliberative Process

First email: This email is from Monica Wait of the Pesticide Re-Evaluation Division to James Cowles and colleagues providing them with updated ESA review schedules for Enlist Duo and Dicamba, another herbicide under review. Three sentences are redacted. The redacted portion of the email reflects internal discussion concerning the development of the ESA assessments and requests additional information from staff to consider with these potential schedules. The internal communication describes a policy question on the review of Enlist Duo and another chemical not responsive to this FOIA request, and points to some anticipated issues that may affect the schedules. The redacted text also provides Ms. Wait's impression and opinion on the progress of the Enlist Duo and Dicamba actions. This withheld information is deliberative, because it reflects Ms. Wait's opinion on the application of one action to another action under development for consideration and review. The information is also pre-decisional, because it refers policy consideration in the ongoing review process of Enlist Duo and another entirely different pesticide registration. The reasoning used by Ms. Wait describing the issues and potential reasoning behind the schedules did not represent the Agency's reasoning for its final action in either action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Second email: This email is from Mark Corbin responding to Monica Wait to clarify some of the information she provided in her first email. One sentence is redacted. The redacted portion of the email reflects internal discussion concerning the development of the ESA assessments and discussed the reasoning behind a potential change in the schedule. The internal communication describes a policy question on the review of Enlist Duo and another chemical not responsive to this FOIA request, and points to some anticipated issues that may affect the schedules. The redacted text also provides Mr. Corbin's impression and opinion on the progress of the Enlist Duo and Dicamba actions. This withheld information is deliberative, because it reflects Mr. Corbin's opinion on the application of one action to another action under development provided to colleagues for further consideration and review. The information is also pre-decisional, because it refers policy consideration in the ongoing review process of Enlist Duo and another entirely different pesticide registration. The reasoning used by Mr. Corbin describing the issues and potential reasoning behind the schedules did not represent

the Agency's reasoning for its final action in either action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees

<u>Third email</u>: This email is from Monica Wait to Mark Corbin responding to him with updated information and explaining her reasoning for changes from the earlier email. Three sentences are redacted. The redacted portion of the email reflects internal discussion concerning the development of the ESA assessments and requests additional information from staff to consider with these potential schedules. The internal communication describes a policy question on the review of Enlist Duo and another chemical not responsive to this FOIA request, and points to some anticipated issues that may affect the schedules. The redacted text also provides Ms. Wait's impression and opinion on the progress of the Enlist Duo and Dicamba actions. This withheld information is deliberative, because it reflects Ms. Wait's opinion on the application of one action to another action under development provided to colleagues for further consideration and review. The information is also pre-decisional, because it refers policy consideration in the ongoing review process of Enlist Duo and another entirely different pesticide registration. The reasoning used by Ms. Wait describing the issues and potential reasoning behind the schedules did not represent the Agency's reasoning for its final action in either action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

<u>Segregability</u>: This email string contains three emails.  Three emails were released in part. One sentence is redacted from one email; the other two emails have three sentences redacted. and each had one sentence redacted. All segregable information in the email chain have been released. Any factual portion of the redacted sentences is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Enlist Duo Registration released to the public.

| **Entry No. 69*** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004190 - 0004191 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00022084 | **Pages**: 2 | **Pages Withheld/Redacted**: portions of 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | Re: Enlist | 5/13/2014 | |
| **Author** | **Recipients** | |
| Monica Wait, Iwona Maher | Mark Corbin; Michael Wagman; Amy Blankenship | |
| **Document Description** | | |
| This is a string of four emails between Monica Wait, Iwona Maher, and their OCSPP colleagues. One sentence in each of the two emails is redacted. The redacted portion of the second email from Monica Wait describes a deliberative issue in the development of another registration action and suggests Iwona consider the 2,4D action for reference. The redacted portion of the third email from Iwona Maher requests further input from the group about suggestions for other helpful information for a different registration action. | | |

| Exemption Justification |
|---|

The first and fourth emails are released in full.

Ex. 5 Deliberative Process
Second email: This email is from Monica Wait of the Pesticide Re-Evaluation Division to colleagues suggesting that portions of the 2,4-D registration action could prove helpful to ongoing work in another registration action. One sentence is redacted. The redacted portion of the email reflects internal discussion concerning an issue in the development of the ESA assessment and requests additional information from staff. The internal communication describes a policy question on the review of another chemical not responsive to this FOIA request, but refers to the Enlist Duo ESA addenda and registration as a good reference point. Only the portion of text discussing this issue is redacted. The redacted text also provides Ms. Wait's impression and opinion on the relevance of the Enlist Duo action. This withheld information is deliberative, because it reflects Ms. Wait's opinion on the application of one action to another action under development provided to colleagues for further consideration and review. The information is also pre-decisional, because it refers policy consideration in the ongoing review process of Enlist Duo and another entirely different pesticide registration. The reasoning used by Ms. Wait describing the issue and potential relevance did not represent the Agency's reasoning for its final action in either action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Third email: This email is from Iwona Maher responding to Monica Wait's earlier email. One sentence is redacted. The redacted portion of the email describes a deliberative issue in the development of another registration action and request additional input from the group about other possible sources to use for reference. The intra-agency communication requests staff input into other useful references in the development of the different registration action Ms. Maher was working on. Only the portion of text deliberating this issue is redacted. The redacted text also provides Ms. Maher's impression on the particular action she was working on and asks the recipients a question to elicit further information. This withheld information is deliberative, because it reflects Ms. Maher's opinion on the interrelation of different ongoing registration actions in OCSPP, and asks staff questions for further deliberation. The information is also pre-decisional, because it preceded the final version of the registration of Enlist Duo, including the content of the Agency's scope of review for a specific registration requirement, entirely a policy issue. The reasoning used by Ms. Maher describing issue and potential application of the Enlist Duo assessment to her work posed did not represent the Agency's final reasoning in either action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees

Segregability: This email string contains four emails. Two emails were released in full. Two emails were released in part and each had one sentence redacted. All segregable information in the email chain have been released. Any factual portion of the redacted sentences is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Enlist Duo Registration released to the public.

| Entry No. 70 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004192 - 4193 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00022120 | **Pages**: 2 | **Pages Withheld/Redacted**: portions of 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | FW: Updated information on 2,4-D Briefing – what information is needed | 11/12/2013 | |

| Author | Recipients |
|---|---|
| Kathryn Montague (First email) Mark Corbin (second email) | Daniel Kenny, Michael Walsh, William Phillips, Sujatha Sankula; Meghan Radtke; Faruque Khan, Edward Odenkirchen; Metzger Michael; Mark Corbin, Elizabeth Riley, Reuben Baris, James Cowles; Greg Orrick |

**Document Description**

This is a string of two emails between Kathryn Montague, Mark Corbin, and cc's their OCSPP colleagues. Nine draft discussion points in the first email are redacted and a portion of one sentence in the second email is redacted. The redacted portion of the first email from Kathryn Montague outlines a proposed structure and discussion points for a briefing of the Administrator on 2,4-D pesticides undergoing review. The redacted portion of the second email from Mark Corbin provides his impression of the possible relevance of the briefing to other pesticide workgroups.

**Exemption Justification**

Ex. 5 Deliberative Process

First email: Kathryn Montague sent the originating email to her OCSPP colleagues, and provides her opinions and impressions on the outline and potential content of an upcoming briefing of EPA management on 2,4-D pesticide actions. Nine bullet points proposing some potential issues to raise at the briefing are redacted as deliberative. The withheld portion reflects Ms. Montague's views on the information to present to EPA management concerning the on-going work on the Enlist Duo registration and underlying ESA work. This withheld information is deliberative, because it reflects Ms. Montague's personal opinion on the identification of the import of issues related to the registration process and offers suggestions for her colleagues to consider before they brief the management chain for further consideration. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration action it discusses and EPA's decision on the registration.  The issues raised by Ms. Montague discussed the Agency staff's work on EPA's ongoing registration action for Enlist Duo, and the redacted text only discusses ongoing policy issues. The unredacted portion of the end of the email clearly states that no finding or final decision had been made concerning the underlying issues at the time, and stressed that further discussion was necessary. Disclosure of this information would have a chilling effect on open and frank consultations among EPA employees.

Second email: Mark Corbin sent the second email in this chain to Greg Orrick, and provides his opinion on the relevance of another registration action to the briefing. Part of one sentence is redacted as deliberative. The withheld portion reflects Mr. Corbin's views on the information to present to EPA management concerning the on-going work on the Enlist Duo registration and its relevance to other work in OCSPP. This withheld information is deliberative, because it reflects Mr. Corbin's personal opinion on the identification of the import of issues related to the registration process and offers suggestions for his colleagues to consider before they brief the management chain for further consideration. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration action it discusses and EPA's decision on the registration.  The underlying documents discussed the Agency staff's work on EPA's ongoing registration action for Enlist Duo, and the redacted text only discusses its relevance to other ongoing actions. The reason that Mr. Corbin felt that any relevance the 2,4-D briefing discussed did or did not have any particular relevance to other agency actions did not reflect any final decision-making on any of the underlying actions, and disclosure of this information would have a chilling effect on open and frank consultations among EPA employees.

Segregability: This email chain contains two emails.  One sentence in second email was partially redacted and nine proposed bullet points for discussion were redacted in the originating email.  All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the final response to public comments released to the public with the final registration action by EPA.

| Entry No. 71* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004219 - 0004219 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00028531 | **Pages**: 1 | **Pages Withheld/Redacted**: portion of 1 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002202 | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| Draft 2,4-D RTC | 8/25/2014 | |
| **Author** | **Recipients** | |
| Jack Housenger | Jordan, William; Vogel, Dana; Guilaran, Yu-Ting; Rossi, Lois; Rosenblatt, Daniel; Kenny, Daniel; Montague, Kathryn V.; Metzger, Michael; Monell, Marty; Brady, Donald Cc: Jones, Arnet; Kiely, Timothy; Sims, Diann; Miller, Wynne; LaMay, Alexandra; Taylor, Linda; Mendez, Elizabeth; Chism, William; Becker, Jonathan | |

**Document Description**

This is a string of two emails from Jack Housenger and, and, OCSPP colleagues. One email is released in full. A two sentence portion of one email is redacted. The redacted portion of the email discusses a specific portion of the assessment to review and suggests potential reasons that section should be scrutinized.

**Exemption Justification**

The second email is released in full.

Ex. 5 Deliberative Process
First email: This email is from Jack Housenger to OCSPP colleagues. The redacted sentences provide Mr. Housenger's opinion on issues raised in comments to potentially be raised to management in an upcoming briefing to discuss potential responses to comments made on the proposed registration for Enlist Duo. The sentence also summarizes particular issues raised in comments and additional information potentially relevant to consider and utilize when further developing the Agency's response to comments document. This intra-agency communication describes Mr. Housenger's review of the draft assessment and his impression of the status of a particular issue that required further review and deliberation, the issue is a solely policy and strategy issue involving the overall registration process. This withheld information is deliberative, because it reflects Mr. Housenger's opinion on an issue under development in the Agency and frames an issue for colleagues to further consider and evaluate. The information is also pre-decisional, because it preceded the final discussion with agency management on the final response to public comments for Enlist Duo, and only discusses specific issues to be reviewed prior to finalization of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the final response to public comments released to the public with the final registration action by EPA.

**Entry No. 72**

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0004240 - 0004249 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00028622 | **Total Pages**: 10 | **Pages Redacted/Withheld**: 10 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** ED_Vaughn3_0001506 – 0001515 (Entry 24) | |

| Document Type \| Subject/Title | Date | Attachments |
|---|---|---|
| Draft Document \| 2,4D Choline Endangered Species Concerns (2,4-D choline sale ESA Work 12-17-13.docx) | 12/17/2013 | Attached to released email ED_Vaughn3_0004239 |
| **Author** | **Recipients** | |
| EPA EFED Staff, Monica Wait | | |

**Document Description**

This is a 10-page early draft document of the Background and some of the Effects Determination discussion sections of assessed species in the Six State Addendum that was later released to the public. This is an earlier version of the document described in Entry No. 24. It is an even earlier iteration of the working document described in Entry No. 3, with various sections including questions asking others to make specific additions and edits to further develop the document. This document later evolved into the 44 page "Six State Addendum."

**Exemption Justification**

Exemption 5—Deliberative Process:  Because this document is a working draft and a similar, but earlier iteration to the document described in Entry 3 and Entry 24, please see explanation in Entry 3.


Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 34 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 73\***

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0004251 - 0004264 | Ex. 5 Deliberative Process; Attorney Client Privilege | Withheld in Full |
| **Document Number:** ED_000832B_00029260 | **Pages**:14 | **Pages Withheld or Redacted**: 14 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |

| Document Type | Subject/File Name | Date | Time | Attachments |
|---|---|---|
| Draft Document | EPA Response to Public Comments – EPA Endangered Species Assessment for 2,4-D Choline Salt in Arkansas, Kansas, Louisiana, Minnesota, Missouri, Mississippi, Nebraska, Oklahoma, Tennessee, and North Dakota (ENLIST RTC for Next 10 States-final round comment review 032515 350PM bjw-03-26-15.docx) | 3/26/2015 | Attached to released email ED_Vaughn3_0004250 |

| Author | | Recipients | |
|---|---|---|---|
| EPA EFED Staff, Michele Knorr, Ben Wakefield | | Meghan Radtke; Sujatha Sankula; James Cowles; Daniel Kenny; Emily Schmid; Susan Lewis | |

**Document Description**

Early working draft of the Response to Comments document for the final 10 State registration action with comments, additions, and edits from EPA OGC. The final version of this document was released to the public on March 31, 2015.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal draft version of the Response to Comments accompanying the amended decision to add 9 States to the registration of Enlist Duo.  The final, approved Response to Comments was released to the public on March 31, 2015. This version reflects many edits and comments to staff from OGC attorneys on the Agency's draft responses to a wide array of public comments submitted after the proposed decision. The edits and comments provide suggestions and questions to consider during the development of the Agency's official response to comments. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency lawyers for the consideration of EFED staff.  As can be seen in the released email from Kathryn Montague, statements and comments in the document still needed to be specifically addressed, and other information potentially needed to be added to the content of the document. The content is pre-decisional because the Agency's official response to comments had not been finalized at the point this document was drafted, nor did the agency attorneys have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the responses. This draft document was developed to allow EPA EFED staff to work on and evaluate Agency's response to comments. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information to assist in developing the Agency's official responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Exemption 5 – Attorney Client Privilege – The edits and comments in the document also reflect direct attorney communication from Ben Wakefield in OGC, to his client, the EFED staff. This communication was confidential and was only shared with those that have a need to know within OGC and EFED. The comments and edits provided OGC's legal interpretation of the draft text, provided legal advice to program staff, and highlighted issues to consider before final adoption. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the response to comments document, which involves many legally sensitive issues. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

**Segregability**

The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments posted publicly on March 31, 2015. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document.

## Entry No. 74

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0004265 - 0004277 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00029274 | **Pages**: 13 | **Pages Withheld/Redacted**: portions of 10 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | 2,4-D assignment! | 3/23/2015 – 3/25/2015 | |
| **Author** | **Recipients** | |
| Meghan Radtke; Sujatha Sankula; Edward Odenkirchen; Edom Seifu | Meghan Radtke; James Cowles; Sujatha Sankula; Edward Odenkirchen; Edom Seifu | |

### Document Description

This is a string of eleven emails between EFED staff concerning the ongoing development of the ESA assessment. Five emails are released in full. The redacted portions of the remaining six emails constitute a give and take discussion amongst staff involved in the Assessment's development and initial thoughts from staff on the applicability of certain species to the ongoing review. The emails describe and summarize the initial reasoning behind the level of review for various species located in states under review for the amended registration of Enlist Duo. Only the deliberative portions of each email are redacted, no email is redacted in its entirety.  This chain is only indirectly responsive to the request at issue since it substantively regards later ESA Addenda, but does mention the reviewed species in the responsive Addenda for reference.

### Exemption Justification

The first, third, fifth, sixth, and ninth emails are released in full.

Ex. 5 Deliberative Process
Second email: This email is from Edom Seifu to Megan Radtke and Sujatha Sankula providing a list of species from the LOCATES system for the additional 10 states under review. Only two sentences in the beginning of the email and the "explanations" column are redacted. The redacted portion of the email provides Ms. Seifu's description of his work and provides his explanation for a potential reason why a given species appeared in his search. This intra-agency communication describes Ms. Seifu's potential explanation and evaluation of certain species as part of the development of the ESA assessment. The explanations provided by Ms. Seifu were intended for further examination and reviewed by EFED staff for accuracy. The withheld information is deliberative, because it reflects Ms. Seifu's opinion on the nature of his review, and provides his potential reasoning for the inclusion of information to be further considered by management for final decision. The information is also pre-decisional, because it preceded the completion of the ESA Assessment for Enlist Duo for the states at issue, and only discusses potential policy issues posed during the

development of the list provided by Ms. Seifu. The reasoning used by Ms. Seifu describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Fourth email: This email is from Ed Odenkirchen to Sujatha Sankula and James Cowles providing a list of species derived from Mr. Seifu's earlier list and describes Mr. Odenkirchen's initial thoughts on the potential for a given species to require further examination by staff for the additional 10 states under review. The redacted portion of the email provides Mr. Odenkirchen's initial impression on the explanations provided by Mr. Seifu, cites information used by Mr. Odenkirchen to reach the conclusion he did, and provides his explanation for a potential reason why a given species could require further review. The explanations provided by Mr. Odenkirchen were intended for further examination and reviewed by EFED staff for accuracy. The withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion on the nature of his review, and provides his potential reasoning for the inclusion of information to be further considered by management for final decision. The information is also pre-decisional, because it preceded the completion of the ESA Assessment for Enlist Duo for the states at issue, and only discusses potential policy issues posed during this stage in the development of the ESA review for Enlist Duo in the listed states. The reasoning used by Mr. Odenkirchen describing potential issues and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Seventh email: This email is from Sujatha Sankula to Ed Odenkirchen. The email provides insight into Sujatha's review of explanations provided in Mr. Odenkirchen's earlier email, raises issues for further consideration, and poses a question for Mr. Odenkirchen to respond to. One sentence in the email is redacted. This intra-agency communication describes a policy question concerning the strategy for the ongoing work on the additional states. This withheld information is deliberative, because it reflects Ms. Sankula's impression of the issue and requests information and insight from Mr. Odenkirchen needed to move forward with the review. The information is pre-decisional because it preceded the completion of the ESA Assessment for Enlist Duo under discussion, and only discusses policy issues posed during the development of the various Addenda. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Eighth email: This email is from Ed Odenkirchen to Sujatha Sankula in response to her question. The email provides Mr. Odenkirchen's insight into Ms. Sankula's initial impressions and provides his initial response to her question. Two sentences in the email are redacted. This intra-agency communication describes Mr. Odenkirchen's insight into potential issues presented by Ms. Sankula and provides clarification of his earlier responses for further consider. All of the text redacted deliberates this issue. This withheld information is deliberative, because it reflects Mr. Odenkirchen's insight into an interpretation he made and points Ms. Sankula to information needed to move forward with her review. The information is also pre-decisional, because it because it preceded the completion of the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document.

Ninth email: This email is from Sujatha Sankula to Ed Odenkirchen. The email provides insight into Sujatha's review of explanations provided in Mr. Odenkirchen's earlier email, raises issues for further consideration, and poses a question for Mr. Odenkirchen to respond to. One sentence in the email is redacted. This intra-agency communication describes a policy question concerning the strategy for the ongoing work on the additional states. This withheld information is deliberative, because it describes Ms. Sankula's impression of the issues presented by Mr. Odenkirchen and requests information and insight from Mr. Odenkirchen needed to move forward with the review. The information is pre-decisional because it preceded the completion of the ESA Assessment for Enlist Duo under discussion, and only discusses policy issues posed during the development of the various Addenda. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Tenth email:  This email is from Meghan Radtke to Ed Odenkirchen and Sujatha Sankula. The email provides further insight from Ms. Radtke the information discussed by Mr. Odenkirchen and Ms., Sankula and provides a potential explanation for them to consider. A portion of one sentence is redacted. This intra-agency communication describes a portion of the draft that required further review. This withheld information is deliberative, because it reflects Ms. Radtke's opinion on the issue being discussed and implies further review and consider from other staff. The information is also pre-decisional, because it preceded the completion of the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employee

Eleventh email: This email is from Sujatha Sankula to Meghan Radtke and Ed Odenkirchen. The email provides Ms. Sankula's response to Ms. Radtke's earlier email and confirms her initial explanation.  One sentence in the email is redacted. This intra-agency communication describes Mr. Odenkirchen's opinion concerning an addition he made and provides clarification for Ms. Radtke to consider as the ESA assessment is further developed. The withheld information is deliberative, because it reflects Ms. Sankula's opinion and suggestions concerning the review of the ESA assessment before it was passed up the management chain for further consideration. The information is also pre-decisional, because it preceded the completion of the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document.

Segregability: All segregable information in the email chain has been released. EPA released five emails in full and redacted one column in the second email, only discussion portions of the third email, one sentence in the seventh email, two sentences in the eighth email, one sentence in the ninth, tenth, and eleventh emails.  The entirety of the redacted text discusses policy issues faced by the EFED staff as the developed the ESA assessment. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the redacted information is reflected in the final version of the Registration of Enlist Duo released to the public and later ESA Addenda not responsive to the request at issue.

| Entry No. 75 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004299 - 0004310 | Ex. 5 Deliberative Process; Attorney Client Privilege | Withheld in full |
| **Document Number**: ED_000832B_00029376 | **Pages**:12 | **Pages Withheld/Redacted**: 12 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_0001725 (Entry 39) | |
| **Document Type | Subject** | **Date | Time** | **Attachments** |
| Draft Document | 2,4-D Choline Salt Comments Pertaining to EFED (EFED Response to Public Comments_ap.docx) | 9/10/2014 | Attached to released email ED_Vaughn3_0004297 |
| **Author** | **Recipients** | |
| EFED Staff, Anita Pease | Meghan Radtke; Donald Brady; James Cowles; Sujatha Sankula | |

| **Document Description** |
|---|

Early working draft of the Response to Comments document with comments and edits from EFED Staff. This is an earlier working version of the document in Entry 39 and immediately prior version of the document in Entry 41 with comments from Anita Pease. The final version of this document was released to the public on October 14, 2014.

| **Exemption Justification** |
|---|

Exemption 5—Deliberative Process - Because this document is a working draft and a similar, but earlier, iteration to the document described in Entry 39, please see explanation in Entry 39.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft

document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

## Entry No. 76

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0004312 - 0004315 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00029385 | **Pages**: 4 | **Pages Withheld/Redacted**: 4 |

| Exact Duplicate of (entry applies to): | Part of (entry relates to): | |
|---|---|---|
| **Document Type \| Subject** | **Date** | **Attachments** |
| Document / Details for Jim Jones ENLIST status update, Monday, September 8, 2014 (Enlist Briefing – September 8 2014 - update.docx) | 9/8/2014 | Attached to released email ED_Vaughn3_0004311 |

| Author | Recipients |
|---|---|
| EPA EFED Staff | Rossi, Lois; Rosenblatt, Daniel; Jordan, William; Fehrenbach, Margie; Guilaran, Yu-Ting; Brady, Donald; Vogel, Dana; Cowles, James; Housenger, Jack |

### Document Description

This document is an internal status report for a briefing of the Assistant Administrator for OCSPP by EPA EFED staff and OGC attorneys.  The briefing concerned the development of the registration review of Enlist Duo. The document consists of five sections on decision status, resistance management/stewardship, ESA process, EFED update, and label status. Each section includes subcategories and annotation.

### Exemption Justification

Exemption 5—Deliberative Process - This is an internal agency document that provides an agenda and context for the development of the Ten State Addendum and Registration of Enlist Duo. The content of the document is withheld as deliberative because it reflects the status of internal deliberations of EPA staff for the consideration of the Assistant Administrator. The ESA review process being undertaken by EPA with Enlist Duo differed from past actions and new processes were in place to guide staff through the process. In turn, many briefings with management occurred to deliberate potential policy approaches as staff discovered them. This briefing served to present issues faced and potential solutions to the Assistant Administrator for further deliberation. The issues faced were focused on potential policy approaches to the review process. The content is pre-decisional because no determination by the Assistant Administrator had yet been reached, the document was solely intended for management's deliberation. The withheld material encapsulates EPA staff's development of the registration review at this preliminary stage, all of which was deliberative and subject to change at that time. All points listed in the document reflect staff's opinions and impressions of the information it possessed in the development stages of its review of EnlistDuo for registration and presented information for the Assistant Administrator to deliberate and consider as the Agency's appropriate course of action going forward. The document does not reflect what was ultimately covered in the briefing and was intended to organize and provide context to staff participating in to address. The text of the document provides options for the Assistant Administrator to consider and presents potential timelines for future actions in the review. The document's text does not reflect what information was ultimately used in the Agency's final decision making process. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the Assistant Administrator's consideration.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about the development of the new ESA review process and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with management in

the future.

Segregability:

No part of this draft document is segregable from any factual information it contains. To the extent there are facts in this document, the selection of those facts are an integral part of the deliberations, and the factual information contained therein is inextricably intertwined with the deliberative discussion concerning this document. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time. The document potential policy approaches to the review process and was not intended to entail any decisions on facts.

**Entry No. 77\***

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0004388 - 0004390 | Ex. 5—Deliberative Process | Withhold in Full |
| **Document Number**: ED_000832B_00029418 | **Pages**: 3 | **Pages Withheld/Redacted**: 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| EFED's Enlist Technical Briefing Outline (EFED's Enlist Technical Briefing Outline.docx) | 9/4/2014 | Attached to released email ED_Vaughn3_0004387 |
| **Author** | **Recipients** | |
| EFED Staff | Montague, Kathryn V; Cowles, James; Kenny, Daniel; Meadows, Sarah; Sankula, Sujatha; Metzger, Michael; Jones, Arnet; Chism, William; Becker, Jonathan; Radtke, Meghan; Odenkirchen, Edward; Khan, Faruque | |

**Document Description**

This is a draft outline for an internal PowerPoint presentation prepared by EFED staff for a technical briefing of EPA OCSPP management during the registration process. The presentation sets out background and issues EFED staff were facing at that point in the registration review of EnlistDuo and presents issues to be deliberated by management.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an annotated outline for development issues to be included in an internal agency PowerPoint presentation on the technical aspects of the Enlist Duo registration. The outline provides background, context and issues faced by staff during the early development of the ESA State Addendum and Registration of Enlist Duo specific to EFED for consideration by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff for the consideration of OCSPP management. The ESA review process being undertaken by EPA with Enlist Duo was a new process subject to intense internal and external interest which presented novel issues for consideration, and staff regularly conferred with Agency management to ensure a cohesive path forward. In turn, many briefings with management occurred to deliberate potential policy approaches as staff discovered them. This briefing served to present issues faced with stipulations in the registration process for protection of endangered species and provided potential solutions to management for further deliberation. The issues faced were focused on potential policy approaches to the ESA review process. This outline was later further developed by staff and combined with information from other OCSPP divisions working on the Enlist Duo registration into a large powerpoint presentation.

The withheld information is pre-decisional because it was a developmental draft of information to assist the EPA decision-making process, analysis, and synthesis of information relevant to the ESA Addenda and application for registration of EnlistDuo. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA EFED staff working to develop the ESA Addenda and registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by Agency management had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This outline encapsulates EPA staff's discussion of the registration application for EnlistDuo, which had not been finalized. The issues discussed and options for consideration was subject to change at that time. The outline reflects EPA EFED staff impressions and opinions of the information it possessed in the development stages of its review of EnlistDuo. This information was further developed and presented to Agency management to assist them in determining the appropriate course of action going forward on this matter. The text of the presentation presents outstanding issues for management to consider, goals to achieve, presents potential timelines for future actions, and provides preliminary staff views on evidentiary data. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the consideration of Agency management.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document.

Segregability:
This draft document was withheld in full because any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

| Entry No. 78* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004391 - 0004391 | Ex. 5—Deliberative Process | Withhold in Full |
| **Document Number**: ED_000832B_00029419 | **Pages**: 1 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date | Time** | **Attachments** |
| Draft Document | Technical Briefing for 2,4D Enlist- Draft BEAD Outline (Enlist Technical Briefing Outline - BEAD.docx) | 9/4/2014 | Attached to released email ED_Vaughn3_0004387 |
| | | |

| Author | Recipients |
|---|---|
| BEAD Staff | Montague, Kathryn V; Cowles, James; Kenny, Daniel; Meadows, Sarah; Sankula, Sujatha; Metzger, Michael; Jones, Arnet; Chism, William; Becker, Jonathan; Radtke, Meghan; Odenkirchen, Edward; Khan, Faruque |

**Document Description**

This is a draft annotated outline for an internal PowerPoint presentation prepared by Biological and Economic Analysis Division (BEAD) staff for a technical briefing of EPA OCSPP management during the registration process. The presentation sets out background and issues BEAD staff were facing at that point in the registration review of EnlistDuo and presents issues to be deliberated by management. BEAD staff did not directly work on the ESA Addenda for the Enlist Duo registration, making the contents of this document at most indirectly responsive.

**Exemption Justification**

Exemption 5—Deliberative Process - This is a one-page annotated outline for development issues to be included in an internal agency PowerPoint presentation on the technical aspects worked on by BEAD for the Enlist Duo registration. The outline provides background, context and issues faced by staff during the early development of the ESA State Addendum and Registration of Enlist Duo specific to BEAD for consideration by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff for the consideration of OCSPP management, mainly concerning weed resistance management. This briefing served to present issues faced with potential mitigation measures in the registration requirements for protection of endangered species and provided potential solutions to management for further deliberation. The issues faced were focused on potential policy approaches to the registration process. This outline was later further developed by staff and combined with information from other OCSPP divisions working on the Enlist Duo registration into a large powerpoint presentation.

The withheld information is pre-decisional because it was a developmental draft of information to assist the EPA decision-making process, analysis, and synthesis of information relevant to the registration of EnlistDuo. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA BEAD staff working to develop the registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by Agency management had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This outline encapsulates EPA staff's discussion of the registration application for EnlistDuo, which had not been finalized. The issues discussed and options for consideration was subject to change at that time. The outline reflects EPA BEAD staff impressions and opinions of the information it possessed in the development stages of their work on the EnlistDuo registration. This information was further developed and presented to Agency management to assist them in determining the appropriate course of action going forward on this matter. The text of the outline presents outstanding issues for management to consider, goals to achieve, presents potential timelines for future actions, and provides preliminary staff views on evidentiary data. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the consideration of Agency management.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document.

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document,

which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

### Entry No. 79*

| **Bates Number** | | **Exemption(s)** | **Release/Withholding Status** |
|---|---|---|---|
| ED_Vaughn3_0004392 - 0004393 | | Ex. 5—Deliberative Process | Withhold in Full |
| **Document Number**: ED_000832B_00029420 | | **Pages**: 2 | **Pages Withheld/Redacted**: 2 |
| **Exact Duplicate (entry applies to):** | | **Part of (entry relates to):** | |
| **Document Type \| Subject** | | **Date \| Time** | **Attachments** |
| Draft Document \| Outline for Enlist/2,4D Technical Briefing (RD Outline.docx) | | 9/4/2014 | Attached to released email ED_Vaughn3_0004387 |
| **Author** | | **Recipients** | |
| RD Staff | | Montague, Kathryn V; Cowles, James; Kenny, Daniel; Meadows, Sarah; Sankula, Sujatha; Metzger, Michael; Jones, Arnet; Chism, William; Becker, Jonathan; Radtke, Meghan; Odenkirchen, Edward; Khan, Faruque | |

### Document Description

This is a draft outline for an internal PowerPoint presentation prepared by Registration Division (RD) staff for a technical briefing of EPA OCSPP management during the registration process. The presentation sets out background and issues RD staff were facing at that point in the registration review of EnlistDuo and presents issues to be deliberated by management. RD staff did not directly work on the ESA Addenda for the Enlist Duo registration, making the contents of this document at most indirectly responsive.

### Exemption Justification

Exemption 5—Deliberative Process - This is a two-page annotated outline for development issues to be included in an internal agency PowerPoint presentation on the technical aspects worked on by RD for the Enlist Duo registration. The outline provides background, context and issues faced by staff during the early development of the ESA State Addendum and Registration of Enlist Duo specific to RD for consideration by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff for the consideration of OCSPP management, mainly concerning the generic risk assessment processes. This briefing served to present issues faced with stipulations in the registration process for protection of endangered species and provided potential solutions to management for further deliberation. The issues faced were focused on potential policy approaches to the registration process. This outline was later further developed by staff and combined with information from other OCSPP divisions working on the Enlist Duo registration into a large PowerPoint presentation.

The withheld information is pre-decisional because it was a developmental draft of information to assist the EPA decision-making process, analysis, and synthesis of information relevant to the registration of EnlistDuo. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA RD staff working to develop the registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to

present for public comment and external peer review. The content is also pre-decisional because no determination by Agency management had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This outline encapsulates EPA staff's discussion of the registration application for EnlistDuo, which had not been finalized. The issues discussed and options for consideration was subject to change at that time. The outline reflects EPA RD staff impressions and opinions of the information it possessed in the development stages of their work on the EnlistDuo registration. This information was further developed and presented to Agency management to assist them in determining the appropriate course of action going forward on this matter. The text of the outline presents outstanding issues for management to consider, goals to achieve, presents potential timelines for future actions, and provides preliminary staff views on evidentiary data. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the consideration of Agency management.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document.

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

| Entry No. 80 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004559 - 0004573 | Ex. 5 Deliberative Process; Attorney Client Privilege | Withheld in full |
| **Document Number**: ED_000832B_00029438 | **Pages**:15 | **Pages Withheld/Redacted**: 15 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**:<br>ED_Vaughn3_0001906 - 0001917;<br>ED_Vaughn3_0002003 - 0002014;<br>ED_Vaughn3_0002204 - 0002215;<br>ED_Vaughn3_0002217 - 0002228 | |
| **Document Type | Subject** | **Date | Time** | **Attachments** |
| Draft Document | 2,4-D Choline Salt Comments Pertaining to EFED (EFED Response to Public Comments EFED Draft – mlk comments.docx) | 9/24/2014 | Attached to released email ED_Vaughn3_0004556 |
| **Author** | **Recipients** | |
| EFED Staff, Michele Knorr | Meghan Radtke; Edward Odenkirchen; Sujatha Sankula; James Cowles; Donald Brady | |
| **Document Description** | | |

Early working draft of the Response to Comments document with comments and edits from EFED Staff and OGC. This is an earlier working version of the document in Entry 38 and 39 with initial comments from OGC. The final version of this document was released to the public on October 14, 2014.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an early internal draft version of the Response to Comments following the proposed decision to register Enlist Duo.  The final version of this document was released to the public on October 14, 2014. This version is not formatted and provides many edits and comments from EFED Staff and OGC on the Agency's draft responses to a wide array of comments made by the public comments provided in response to the proposed decision. The comments and edits provide attorney client advice from OGC to assist EFED program staff in their work on the draft of the Agency's official response to comment document. They also include extensive comments from EFED staff deliberating the description and use of evidence in various responses. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency lawyers and staff for the further consideration of EFED staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one early stage of EPA staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made by the public. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Exemption 5 – Attorney Client Privilege – The edits and comments in the document reflect direct attorney communication from Michele Knorr in OGC, to her client, the EFED staff. This communication was confidential and was only shared with those that had a need to know within OGC and EFED. The comments and edits provided OGC's legal interpretation of the draft text, provided advice to program staff, and highlighted issues to consider before final adoption. The withheld text reflects candid legal advice from the Agency attorneys to their clients during the ongoing consideration of the response to comments document, which involves many legally sensitive issues. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 81 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004574 - 0004576 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00029544 | **Pages**: 3 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | Update on 2,4-D ESA? | 11/25/2014 | |
| **Author** | **Recipients** | |
| Edward Odenkirchen; Meghan Radtke | Sujatha Sankula; Meghan Radtke | |

**Document Description**

This is a string of four emails between Edward Odenkirchen, Meghan Radtke and Sujatha Sankula. A portion of two emails is redacted. The one redacted sentence in the first email from Meghan Radtke is a question that describes an issue Mr. Odenkirchen was in the process of addressing. The one redacted sentence in the second email discusses Mr. Odenkirchen's thoughts on his ongoing work on the ESA addenda in response to Mr. Radtke.

**Exemption Justification**

The third and fourth emails are released in full.

Ex. 5 Deliberative Process
First email: This email is from Meghan Radtke to Edward Odenkirchen. One sentence in the email is redacted. The redacted sentence provides Ms. Radtke's request for an update on some ongoing issues of concern in the development of the ESA assessment for Enlist Duo. This withheld information is deliberative, because it reflects Meghan's opinion on the nature of the issue and requested further discussion from staff on the matter. The information is also pre-decisional, because it preceded the final version of the ESA assessment for Enlist Duo, and the only dealt with a policy issue. The withheld sentence did not represent the Agency's reasoning for its final action, and disclosure of this internal staff discussion would likely have a chilling effect on open and frank consultations among EPA employees working on similar draft documents.

Second email: This email is from Edward Odenkirchen to Meghan Radtke. One sentence in the email is redacted. The redacted sentence provides Mr. Odenkirchen's opinion and explanation to his colleagues of his ongoing work on the final ESA assessment he was still in the process of drafting. This withheld information is deliberative, because it reflects Ed's opinion on the nature of the issue and was provided to other staff as an update of an ongoing process for discussion. The information is also pre-decisional, because it preceded the final version of the ESA assessment for Enlist Duo, and the edits only dealt with a policy issue. The withheld sentence did not represent the Agency's reasoning for its final action, and disclosure of this internal staff discussion would likely have a chilling effect on open and frank consultations among EPA employees working on similar draft documents.

Segregability: This email string contains four emails. Two emails were released in full and two emails were partially redacted by withholding a sentence in each. All segregable information in the email chain has been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the ESA Addenda included in the March 2015 docket.

| Entry No. 82 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004577 - 000454579 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00029557 | **Pages**: 3 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | OK to send now? Gina Talkers on Enlist/Butterflies | 10/16/2014 | |
| **Author** | **Recipients** | |
| Linda Strauss, Ed Odenkirchen | James Cowles; Meghan Radtke; Sujatha Sankula; Debby Sisco; Margie Fehrenbach; Anne Overstreet; Colleen Keltz | |

**Document Description**

This is an email string containing three emails, two of which are redacted. The first email is from Ed Odenkirchen providing some initial draft language to initiate development of talking points for then EPA Administrator Gina McCarthy. The redacted portion of the second email from Linda Strauss proposes some draft talking points for Assistant Administrator Jim Jones to review prior to sending to the Administrator's office for final drafting. Six talking points in the second email and one paragraph in the in the first email are redacted under Ex. 5 for deliberative process.

**Exemption Justification**

Ex. 5 Deliberative Process
The third email is released in entirety.

First email: The originating email of this string was sent by Mr. Odenkirchen to his EFED colleagues and James Cowles, and provides some draft language for use in developing talking points for then Administrator Gina McCarthy on the Enlist Duo registration action and EPA's efforts to protect against negative effects on bees and butterflies. One paragraph describing the issue is redacted as deliberative. The redacted sentences provide Mr. Odenkirchen's draft language to be submitted to the Assistant Administrator's office for further development and was intended to begin the development process of the talking points. This withheld information is deliberative, because it reflects non-final draft language on the nature of the issue, and was intended to be further developed prior to their use by the Administrator. The information is also pre-decisional, because it preceded the final the final version of the talking points used by the Administrator at the event. The underlying documents discussed deliberative aspects of EPA's ongoing ESA assessment for Enlist Duo.

Second email: The second email of this string was sent by Linda Strauss to Assistant Administrator Jim Jones, and provides some draft talking points for him to review before they are sent to the Administrator's office for further development. Six talking points concerning this issue are redacted as deliberative. The redacted bullet points provide Ms. Strauss's opinion of draft language for potential circulation to the Administrator's office for further development and was intended to begin the development process of talking point. This withheld information is deliberative, because it reflects non-final draft language on the nature of the issue, and was intended to be further developed prior to their use by the Administrator. The information is also pre-decisional, because it preceded the final the final version of the talking points used by the Administrator at the event. The underlying documents discussed deliberative aspects of EPA's ongoing ESA assessment for Enlist Duo.

Segregability: All segregable information in the email chain has been released, one email is released in full, six draft talking points in the second email and one paragraph in the first email have been redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the talking provided to the Administrator at the speaking event she planned to attend.

| Entry No. 83 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004583 - 0004586 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00029902 | **Pages**: 3 | **Pages Withheld/Redacted**: portion of 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | RE: 2,4 D, ESA and bats | 2/3/2014 | |
| **Author** | **Recipients** | |
| Robert McNally; Sujatha Sankula; Yu-Ting Guilaran | Timothy Kiely; Yu-Ting Guilaran; Arnet Jones; Diann Sims; James Cowles; Alan Reynolds; Kimberly Nesci | |

**Document Description**

This is a string of five emails between Sujatha Sankula, Robert McNally, Yu-Ting Guilaran and their OCSPP colleagues. A portion of three of the emails are redacted. The redacted portions of the first and third emails are the same as in Entry 62. One sentence in the fifth email from Yu-ting Guilaran is redacted as it describes an issue for further internal discussion.

**Exemption Justification**

The second and fourth emails are released in full.

Ex. 5 Deliberative Process
First email:  Please see explanation for first email in Entry 62.

Third email: Please see explanation for third email in Entry 62.

Fifth email: This email is from Yu-Ting Guilaran to OCSPP staff in his division. One sentence is redacted. The redacted sentence describes a deliberative issue in the development of the registration action, and proposes a question for the staff to further consider and develop concerning the use of Enlist Duo. The intra-agency communication describes a policy question on the registration of the Indiana Bat that did not involve data, but rather the scope of the review as it relates to that particular species. Only the portion of text deliberating this issue is redacted. The redacted text also provides Mr. Guilaran's impression on the particular issue and asks the recipients questions to elicit additional information for further consideration. This withheld information is deliberative, because it reflects Mr. Guilaran's opinion on the scope of a specific section under development, and asks staff questions for further deliberation. The information is also pre-decisional, because it preceded the final version of the ESA assessment for Enlist Duo, including the content of the Agency's descriptions of its review and scope of review for a specific species, entirely a policy issue. The reasoning used by Mr. Guilaran describing issue did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees

Segregability: This email string contains five emails.  Two emails were released in full.  Three emails were released in part and each had three sentences redacted. All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Registration Action and Six State Addendum released to the public (also, ED_Vaughn3_0002751).

| Entry No. 84 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004587 - 0004607 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00029907 | **Pages**: 21 | **Pages Withheld/Redacted**: 21 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_0003618 – 0003639; ED_Vaughn3_0004098 (entry 66) | |
| **Document Type | Subject** | **Date** | **Attachments** |
| Document | Use of 2,4D on Genetically Modified Crops November 26, 2013 (2,4D Enlist Briefing – Draft Slides SteveB Briefing – 11-19-13.pptx) | 11/19/2013 | Attached to released email ED_Vaughn3_0004586 |
| **Author** | **Recipients** | |
| EPA EFED and RD Staff | OPP Management | |
| **Document Description** | | |

This document is an internal PowerPoint presentation for a briefing of the Director of the Office of Pesticide Programs discussing the initial development of the registration review of Enlist Duo. It summarizes the purpose of doing the review, concurrent actions being undertaken by USDA, and sets out issues and concerns EPA staff were facing at that point in the registration review of EnlistDuo and presents issues to be deliberated by management. It is an earlier but nearly identical version of the PowerPoint for the Administrator Briefing in Entry 59 and a day later iteration of the document described in Entry 66. Therefore, this entry closely follows the withholding justification for Entries 59 and 66.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal agency PowerPoint presentation that provides context and issues faced by staff during the development of the initial ESA Addendum and proposed registration of Enlist Duo for deliberation by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff as the Enlist Duo ESA Addendum was being developed. This information was to be presented to the Director of OPP to summarize the ongoing registration process for initial mid-level management consideration. The ESA review process being undertaken by EPA with Enlist Duo was unprecedented because few standard procedures were in place to guide staff through the new process subject to intense internal and external interest which presented novel issues for consideration. In turn, ongoing briefings with upper level management occurred to deliberate potential policy options and approaches for addressing them as they were being developed. This briefing served to present issues faced during the ESA Addendum development and potential solutions to the Director for further deliberation with staff before further consideration in the management chain. The issues faced were focused on potential policy approaches to the review process.

The withheld information is pre-decisional because it was prepared for the purpose of and contributed to assisting the EPA decision-making regarding the review, analysis, and synthesis of information relevant to the ESA Addenda and application for registration of EnlistDuo. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA staff working to develop the ESA Addenda and registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by the Administrator had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This presentation encapsulates EPA staff discussion of the registration application for EnlistDuo, which was in its preliminary stages. The issues discussed and options for consideration was subject to change at that time. All slides in the presentation reflect EPA's impressions and opinions of the information it possessed in the development stages of its review of EnlistDuo and did not necessarily reflect what was ultimately covered in the briefing. This information was presented to the Administrator to assist her in determining the

appropriate course of action going forward on this matter. The text of the presentation presents concerns for the Director to consider, goals to achieve, presents potential timelines for future actions, and provides staff impressions about repercussions from the potential result of the review. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the Director's consideration.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

## Entry No. 85*

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0004610 - 0004635 | Ex. 5—Deliberative Process; | Withheld in Full |
| **Document Number**: ED_000832B_00029909 | **Pages**:26 | **Pages Withheld/Redacted**: 26 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** ED_Vaughn3_0000747; ED_Vaughn3_0001624; ED_Vaughn3_0001648; ED_Vaughn3_0003407 (released final version); ED_Vaughn3_0003507; ED_Vaughn3_0000681 - 0000712; ED_Vaughn3_0000714 - 0000745; ED_Vaughn3_0003440 - 0003471; ED_Vaughn3_0003473 - 0003504 | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| Document / Proposed Registration of Enlist Duo Herbicide (24-D Rough Draft April 9 EFED comments.docx) | 4/9/2014 | Attached to released email beginning at ED_Vaughn3_0004608 |
| **Author** EPA EFED Staff | **Recipients** Daniel Kenny, James Cowles; Sujatha Sankula; Meghan Radtke | |
| **Document Description** | | |
| This document is a 26-page draft of the Proposed Registration of Enlist Duo that has been released in final form as document ED_Vaughn3_0003409. It is an earlier version of the draft document described in Entry 9. | | |

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal draft version of the Proposed Registration Decision on Enlist Duo.  This draft version reflects edits from EFED staff on the ongoing registration review, and provides suggestions for further consideration by EFED program staff. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from EFED staff for the consideration of the Registration Division.  The content is pre-decisional because the language of the proposed registration had not been finalized at the point it was drafted, nor did the EFED commenters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's ongoing work in developing the draft addendum. The comments made by EFED staff ask questions for the EFED staff drafting the document to deliberate and respond to. This document was developed with the goal of initiating EPA RD staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately and clearly addresses the legal requirements of ESA assessments. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination.

**Segregability**
The document is a draft used for initial review and comment for the proposed registration document that has been released. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. There is no segregable information in the document that is not reflected in the final version of the Proposed Registration of Enlist Duo Herbicide (ED_Vaughn3_0003407). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and cannot be further segregated.

**Entry No. 86\***

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0004636 - 0004637 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00029929 | **Pages**: 2 | **Pages Withheld/Redacted**: portion of 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| FW: 2,4-D Proposed Decision Document | 4/10/2014 | ED_Vaughn3_0004638 (Entry No. 87) |
| **Author** | **Recipients** | |
| Edward Odenkirchen | Faruque Khan; Sujatha Sankula; Meghan Radtke | |

| **Document Description** |
|---|
| This is a string of four emails between Meghan Radtke, Faruque Khan, and Edward Odenkirchen. One sentence in one of the four emails is redacted. The redacted portion of the email provides insight to colleagues on some of the feedback provided by Mr. Odenkirchen in the attached draft document. |

**Exemption Justification**

The first, second, and fourth emails are released in full.

Ex. 5 Deliberative Process
Third email: This email is from Edward Odenkirchen to Meghan Radtke and Faruque Khan. The redacted portion of the email provides a description of issues raised by Mr. Odenkirchen in the attached draft registration document. The intra-agency communication describes an issue to be considered by his colleagues and further developed through the intra-agency process. Only the portion of text discussing this issue is redacted. The redacted text provides Mr. Odenkirchen's impression and suggests his opinion on a possible conclusion to evaluate. This withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion, and offers questions and insights for Mr. Odenkirchen to consider and evaluate. The information is also pre-decisional, because it preceded the final completed version of the proposed registration for Enlist Duo, including a description of statements made in the draft, which is entirely a policy issue. The reasoning used by Mr. Odenkirchen describing the issue and insight provided by him did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain has been released. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Proposed Registration of Enlist Duo Herbicide (ED_Vaughn3_0003407).

**Entry No. 87***

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0004638 - 0004663 | Ex. 5—Deliberative Process; | Withheld in Full |
| **Document Number**: ED_000832B_00029930 | **Pages**:26 | **Pages Withheld/Redacted**: 26 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** ED_Vaughn3_0000747; ED_Vaughn3_0001624; ED_Vaughn3_0001648; ED_Vaughn3_0003407 (released final version); ED_Vaughn3_0003507; ED_Vaughn3_0000681 - 0000712; ED_Vaughn3_0000714 - 0000745; ED_Vaughn3_0003440 - 0003471; ED_Vaughn3_0003473 – 0003504; ED_Vaughn3_0004610 | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| Document / Proposed Registration of Enlist Duo Herbicide (24-D Rough Draft April 9 ewo comments.docx) | 4/10/2014 | Attached to released email beginning at ED_Vaughn3_0004636 |
| **Author** EFED Staff, RD Staff | **Recipients** Daniel Kenny, James Cowles; Sujatha Sankula; Meghan Radtke | |

**Document Description**

This document is a 26-page draft of the Proposed Registration of Enlist Duo that has been released in final form as document ED_Vaughn3_0003409. It is an earlier version of the draft document described in Entry 9 with comments from Ed Odenkirchen and only varies slightly from the document in Entry 85.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal draft version of the Proposed Registration Decision on Enlist Duo. This draft version reflects edits from Ed

Odenkirchen staff on the ongoing registration review, and provides suggestions for further consideration by EFED and RD program staff. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Ed Odenkirchen for the consideration of the Registration Division.  The content is pre-decisional because the language of the proposed registration had not been finalized at the point it was drafted, nor did Mr. Odenkirchen have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the registration document, all of which was deliberative at that time. The comments made by Mr. Odenkirchen ask questions for the EFED staff drafting the document to deliberate and respond to. This document was developed with the goal of initiating EPA RD and EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately and clearly addresses the legal requirements of ESA assessments. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination.

**Segregability**
The document is a draft used for initial review and comment for the proposed registration document that has been released. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. There is no segregable information in the document that is not reflected in the final version of the Proposed Registration of Enlist Duo Herbicide (ED_Vaughn3_0003407). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and cannot be further segregated.

| Entry No. 88* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0004665 - 0004690 | Ex. 5—Deliberative Process; | Withheld in Full |
| **Document Number**: ED_000832B_00029934 | **Pages**:26 | **Pages Withheld/Redacted**: 26 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** ED_Vaughn3_0000747; ED_Vaughn3_0001624; ED_Vaughn3_0001648; ED_Vaughn3_0003407 (released final version); ED_Vaughn3_0003507; ED_Vaughn3_0000681 - 0000712; ED_Vaughn3_0000714 - 0000745; ED_Vaughn3_0003440 - 0003471; ED_Vaughn3_0003473 – 0003504; ED_Vaughn3_0004610; ED_Vaughn3_0004638 | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| Document / Proposed Registration of Enlist Duo Herbicide (24-D Rough Draft April 9.docx) | 4/9/2014 | Attached to released email beginning at ED_Vaughn3_0004664 |
| **Author** | **Recipients** | |
| EPA RD Staff, Emily Schmid | James Cowles; Donald Brady | |

**Document Description**

This document is a 26-page draft of the Proposed Registration of Enlist Duo that has been released in final form as document ED_Vaughn3_0003409. It is the initial version of the draft document described in Entry 9.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal draft version of the Proposed Registration Decision on Enlist Duo.  This is the initial draft version of the proposed registration document intended to begin the comment and editing process to develop the final document that has been released to the public. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from RD staff drafters for the consideration and further development by OCSPP staff.  The content is pre-decisional because the language of the proposed registration had not been finalized at the point it was drafted, nor did the drafting staff have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates the initial stage of the development of the registration document, all of which was deliberative at that time. This document was developed with the goal of initiating EPA staff deliberation of all appropriate and relevant information to include in the Agency's final proposed decision document and to ensure that the information was ultimately organized in a way that adequately and clearly addresses the requirements of registration decisions. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination.

**Segregability**

The document is a draft used for initial review and comment for the proposed registration document that has been released. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. There is no segregable information in the document that is not reflected in the final version of the Proposed Registration of Enlist Duo Herbicide (ED_Vaughn3_0003407). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and cannot be further segregated.

**Entry No. 89**

| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
|---|---|---|
| ED_Vaughn3_0004692 - 0004711 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00029943 | **Pages**: 20 | **Pages Withheld/Redacted**: 20 |
| **Exact Duplicate (entry applies to)**: ED_Vaughn3_0004098 | **Part of (entry relates to)**: ED_Vaughn3_0003618 – 0003639; ED_000832B_00019444; | |
| **Document Type | Subject** | **Date** | **Attachments** |
| Document | Use of 2,4D on Genetically Modified Crops November 26, 2013 (2,4D Enlist Briefing – Draft Slides SteveB Briefing – 11-18-13.pptx) | 11/18/2013 | Attached to released email ED_Vaughn3_0004691 |

| Author | Recipients |
|---|---|
| EPA EFED and RD Staff | OPP Management |

| **Document Description** |
|---|
| This document is an internal PowerPoint presentation for a briefing of the Director of the Office of Pesticide Programs discussing the initial development of the registration review of Enlist Duo. It summarizes the purpose of doing the review, concurrent actions being undertaken by USDA, and sets out issues and concerns identified by EPA staff at that point in the registration review of EnlistDuo and presents issues to be deliberated by management. It is an identical version of the PowerPoint for the Administrator Briefing in Entry 66. |

| **Exemption Justification** |
|---|
| Exemption 5—Deliberative Process – This document is a duplicate of the document described in Entry 66. Please refer to the exemption explanation in Entry 66.<br><br>Segregability:<br>Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time. |

## Entry No. 90

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_ 0004714 - 0004724 | Ex. 5—Deliberative Process | Withheld in Full |

| Document Number: ED_000832B_00029989 | Total Pages: 11 | Pages Redacted/Withheld: 11 |
|---|---|---|

| Exact Duplicate of (entry applies to): | Part of (entry relates to): ED_Vaughn3_0001506 - 1515; ED_Vaughn3_0001522 - 0001531; ED_Vaughn3_0002399 - 0002408; ED_Vaughn3_0002410; ED_Vaughn3_0002422; ED_Vaughn3_0003068; ED_Vaughn3_0002431 - 0002440; | |
|---|---|---|

| Document Type \| Subject/Title | Date | Attachments |
|---|---|---|
| Draft Document \| Update on 2,4D Choline Salt Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean (24-D choline Listed species update 1-27-2014_MP Odenkirchen responses_ap.docx) | 1/28/2014 | Attached to released email ED_Vaughn3_0004712 |

| Author | Recipients |
|---|---|
| EPA EFED Staff, Anita Pease | Sujatha Sankula; Meghan Radtke; Edward Odenkirchen; James Cowles; Kristina Garber |

| **Document Description** |
|---|
| This is a 11-page early developmental draft document of the Discussion sections for assessed species in the Six State Addendum that has been released. This version is an early rough draft of the Six State Addenda intended to begin the collaborative development of the Six State Addenda that evolved to 44 pages in its final version. It includes comments, proposed language, and edits by Ed Odenkirchen and Anita Pease. |

| Exemption Justification |
|---|
| Exemption 5—Deliberative Process: EPA EFED staff created this document to initially develop the Background, Animal Effects Determination sections of what became the final "Six State Addendum" that is released in full as document ED_Vaughn3_0000482. This document is an early draft (the precursor to the 38-page document ED_Vaughn3_0000007) of what became the Agency's final ESA assessment in the Six State Addendum. It contains comments and edits from EPA staff scientists, and rough drafts of text to initiate further addition and review. In the comments, EPA staff provide their opinions and their view of the interpretations of the methodologies and explanations referenced throughout the working draft document. Many of the comments make suggestions on selection or organization of facts. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addresses the legal requirements of ESA assessments, while being understandable to the reader. This draft document represents an initial effort by EFED staff to develop the Six State Addendum through give and take deliberations circulated between staff prior to sending the document through the management chain for ultimate approval. The early draft reflects rough text inserted initially paraphrasing the works cited by the assessment to be further refined and developed. This version is very preliminary and roughly formatted.

Release of this document in draft form would have a chilling effect on Agency staff's ability to have open and frank discussions among its staff weighing, considering, and evaluating scientific data, studies, reports, and other relevant information in order to assist management with finalizing a decision document. All final decisions made based on the discussions in this draft document are reflected in the final released document.


Segregability: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 34 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document. |

| Entry No. 91 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004749 - 0004751 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00030261 | **Pages**: 3 | **Pages Withheld/Redacted**: portions of 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| FW: 2,4-D bullets | 1/13/2014 | |
| **Author** | **Recipients** | |
| Meghan Radtke; James Cowles | Sujatha Sankula; Donald Brady; Daniel Kenny; Kathryn Montague | |
| **Document Description** | | |
| This is an email string containing three emails, two of which are partially redacted. The redacted portion of the first email is from Meghan Radtke to Dan Kenny and Kathryn Montague proposing some talking points from EFED for a meeting with Dow on the Enlist Duo registration. The draft issue points redacted are in strikeout edited form in the email body. The redacted portion of the third email from James Cowles to Sujatha Sankula and Donald Brady describes James's proposed edits to the bullets | | |

originally provided by Ms. Radtke, and proposes some issues to discuss before the Dow meeting. Three sentences in the first email are redacted under Ex. 5 for deliberative process.

| Exemption Justification |
| --- |

Ex. 5 Deliberative Process

The second email is released in its entirety.

First email: The originating email of this string was sent by Meghan Radtke to EFED and RD colleagues, and proposes some draft bullets for internal EPA use during an upcoming meeting with Dow. Six bullet points concerning this issue are redacted as deliberative. This intra-agency communication was intended for further review by EPA staff, and even in final form only to be used internally by staff as themes to adhere to in the meeting with Dow. Even in a later form, these points were not intended to be shared with Dow or other members of the public. The redacted points are also deliberative because they are in draft form and contain edits made in the later email by James Cowles. This withheld information is deliberative, because it reflects Meghan's opinion on the strategy for the meeting with Dow, and offers these points for consideration by EPA employees attending the upcoming meeting. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA assessment it discusses, or any action that may have resulted from the meeting. The underlying documents discussed deliberative aspects of EPA's ongoing ESA assessment for Enlist Duo and other issues in the ongoing registration process of Enlist Duo. The draft talking points did not directly result in any final agency action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Third email: The third email of this string was sent by James Cowles to his colleagues, and describes his impressions of the draft bullet points, describes his edits, and sets forth his thoughts on the strategy for the meeting with Dow. Three sentences concerning this issue are redacted as deliberative. This is an intra-agency communication that describes deliberative portions of the bullet points and the underlying registration action. The redacted sentences discuss Mr. Cowles edits to the bullet points in the first email, and describe his thoughts on potential issues and preparation needed for the meeting with Dow. This withheld information is deliberative, because it reflects James' personal opinion on the nature of the meeting and the status of the review. Mr. Cowles offers questions and insights for his colleagues to consider in the points and the preparation for the meeting before they discuss further up the management chain for issues to further consider and internally use in the meeting with Dow. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA assessment it discusses, or any action that may have resulted from the meeting. The underlying documents discussed deliberative aspects of EPA's ongoing ESA assessment for Enlist Duo. The reason Mr. Cowles felt that any changes to the document were justified did not directly result in any final agency action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain has been released, two emails were released in full, two sentences in one email and six bullet points in the second email have been redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482).

| Entry No. 92 | | |
| --- | --- | --- |
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004753 - 0004758 | Ex 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00003116 (Previously Attachment to PRD 718) | **Pages**: 6 | **Pages Redacted/Withheld**: 3 |
| **Exact Duplicate (entry applies to)**: | **Part of (entry relates to)**: ED_Vaughn3_0001688 | |

| Document Type \| Subject | Date \| Time | Attachments |
|---|---|---|
| Draft Document \| Addendum to 2,4-D Choline Salt Section 3 Risk Assessment: Refined terrestrial Plant Exposure Estimates and Effects Determination (051505_4233309_S3NU__Runoff Addendum ESA Assessment 10-10-2014.docx) | 10/10/2014 | Attached to released email ED_Vaughn3_0004752 |

| Author | Recipients |
|---|---|
| EPA EFED Staff; James Cowles | Michele Knorr; Daniel Kenny; William Jordan; Jack Housenger; Daniel Rosenblatt; Sujatha Sankula; Faruque Khan; Meghan Radtke |

**Document Description**

Draft document of the Addendum concerning plant exposures from the terrestrial runoff of EnlistDuo. This is a later draft version of the document described in Entry 36.

**Exemption Justification**

Exemption 5—Deliberative Process Privilege

EPA EFED staff created this document to develop the analysis document for the effects of terrestrial runoff of EnlistDuo into what became the final "Runoff Addendum" that was a supplement to the Ten State Addendum dated September 26, 2014. EPA staff scientists created and edited the draft version of the addendum. The draft document includes rough drafts of text being circulated for further addition, opinion, comment, and review. In this draft, EPA staff provide a proposed draft text of the scientific methodologies and evidence for review by Agency management. The document was developed as part of the process to allow EPA EFED staff to review the appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addressed the legal requirements of ESA assessments. This draft document represents an effort by EFED staff to further develop the Runoff Addendum through give and take discussions circulated between staff prior to sending the document through the management chain for ultimate approval. In the originating email, Mr. Cowles states that this document is the latest draft version and invites further comment on it. Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination. Further, release of this early draft document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the draft version. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability:

  The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Runoff Addendum that was publicly released. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 93 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004760 - 0004794 | Ex. 5 Deliberative Process; | Withheld in Full |
| **Document Number:** ED_000832B_00030298 | **Pages**:36 | **Pages Withheld or Redacted**: 35 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_000 | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| Response to Public Comments Received Regarding New Uses of 2,4-Dichlorophenoxyacetic acid (2,4-D) on Corn and Soybeans. (Response to Comments Document 10-8-14.docx) | 10/9/2014 | Attached to released email ED_Vaughn3_0004759 |
| **Author** | **Recipients** | |
| EPA EFED Staff, RD Staff | Sujatha Sankula | |
| **Document Description** | | |
| Working draft of the Response to Comments document intended to be used for a round of comments from EFED, RD, and OGC staff. The final version of this document was released to the public on October 14, 2014. It is an earlier version of the document described in Entry 38. | | |
| **Exemption Justification** | | |

Exemption 5—Deliberative Process - This is an internal draft version of the Response to Comments following the proposed decision to register Enlist Duo. The final, approved Response to Comments was released to the public on October 14, 2014. This version was later edited and commented on to provide suggestions and questions to consider during the development of the response to comments. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency lawyers and scientific staff for the consideration of management. The content is pre-decisional because the Agency's official response to comments had not been finalized at the point this document was drafted, nor did the agency attorneys have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the responses and the document further evolved through the review process. This draft document was developed to allow EPA EFED staff to work on and evaluate Agency's response to comments. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability
The document is a working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document.

| Entry No. 94 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004795 - 0004796 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00030328 | **Pages**: 2 | **Pages Withheld/Redacted**: portion of 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| RE: enlist meeting on Friday | 02/27/2013 | |
| **Author** | **Recipients** | |
| Daniel Kenny | James Cowles; Mark Corbin; Ed Odenkirchen | |
| **Document Description** | | |
| This is an email string containing three emails, one of which is redacted in part. The second email from Daniel Kenny to James Cowles discussing the ongoing work on the 2,4-D ESA and corresponding work on another herbicide registration. The email discusses the potential issues of discussion with USDA on the EA/EIS and other potential questions concerning the ongoing registration action. | | |
| **Exemption Justification** | | |
| Ex. 5 Deliberative Process<br><br>Second email: The originating email in this chain is from Daniel Kenny to OCSPP staff concerning the USDA Environmental Impact Statement (EIS) for the de-regulation of Enlist Duo genetically modified corn and soy and EPA's review based on the corresponding registration action. Two sentences in the email are redacted. The redacted text discusses the status documents in need of review and presents the group with questions regarding a potential path forward.  The intra-agency communication describes the potential need for EPA to evaluate the information and to what extent further discussion was necessary. This withheld information is deliberative, because it reflects Mr. Kenny's insight and opinion on a policy issue being discussed, and provides his opinion on an area of the assessments where further development was necessary. The information is also pre-decisional, because it preceded the final feedback on the EIS from USDA and had to do with the ongoing development of the ESA assessment for Enlist Duo. The discussion concerned the policy issues surrounding EPA's obligations to review and evaluate the information and ultimately deciding how it would review and utilize the information in the EIS for the genetically modified plants that work with the pesticide under consideration by EPA. The reasoning used by Mr. Kenny describing the issue and opinion and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.<br><br>Segregability: Two emails were released in full and one was released in part with two sentences redacted. All segregable information in the email chain has been released, in addition to the EIS documents and ESA addenda discussed. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. | | |

| Entry No. 95 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004848 - 0004848 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00034295 | **Pages**: 1 | **Pages Withheld/Redacted**: portion of 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| 10-state assessment | 9/24/2014 | ED_Vaughn3_0004849 051505_421678_422714_10 state ESA assessment final draft.docx (Released in Full) |
| **Author** | **Recipients** | |
| Ed Odenkirchen | Elizabeth Donovan | |

**Document Description**

This document is an email from Edward Odenkirchen to Elizabeth Donovan. A portion of the email is redacted. The redacted portion of the email recaps Mr. Odenkirchen's comments and provides a potential option for moving forward.

**Exemption Justification**

Ex. 5 Deliberative Process

This email is from Ed Odenkirchen to Elizabeth Donovan describing developmental comments made in the attached document and providing his opinion on their applicability to other actions. The redacted portion of the email provides Mr. Odenkirchen's opinions and impressions of issues for the development of the draft document and provides his advice on how to move forward with other actions. The internal communication provides Mr. Odenkirchen's impressions of the comments made at the time and an opinion on moving forward with the ESA assessment. This withheld information is deliberative, because it reflects Mr. Odenkirchen's opinion on the nature of the draft document. The information is also pre-decisional, because it preceded the final decision by agency management on the ESA Assessment for Enlist Duo, and only discusses policy issues posed during the development of the draft document. The reasoning used by Mr. Odenkirchen describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email has been released. One sentence is redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Ten State Addendum released to the public (also, ED_Vaughn3_0002751).

| Entry No. 96 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0004935 - 0004940 | Ex. 5—Deliberative Process; Attorney Client Privilege | Withheld in Full |
| **Document Number**: ED_000832B_00036514 | **Pages**: 6 | **Pages Withheld/Redacted**: 6 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to)**: | |

| Document Type | Subject | Date | Attachments |
|---|---|---|
| Document / Decision to Amend Enlist Duo Herbicide Label to include additional states: Arkansas, Kansas, Louisiana, Minnesota, Missouri, Mississippi, Nebraska, Oklahoma, and North Dakota (ENLIST draft short form Decision Document 03302015 – 9 additional states EFED_bjw-03-31-15.docx) | 3/31/2015 | Attached to released email beginning at ED_Vaughn3_0004932 |

| Author | Recipients |
|---|---|
| EPA EFED Staff, edits from Ben Wakefield | Michele Knorr; Ariadne Goerke |

**Document Description**

This document is a 6-page draft of the Decision to Amend the Label for Enlist Duo that has been released to the public. It includes edited text and extensive comments concerning legal issues from OGC attorney Benjamin Wakefield and was further developed by EPA staff prior to public release.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal draft version of the Decision to Amend the Enlist Duo Label to add 9 states.  This draft version reflects numerous edits and comments from an OGC attorney concerning the ongoing registration review, and provides attorney client advice for further consideration by EFED program staff. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency lawyers for the consideration of EFED staff.  The content is pre-decisional because the language of the proposed registration had not been finalized at the point it was drafted, nor did the agency attorneys have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the addendum, all of which was deliberative at that time. Mr. Wakefield's comments asked questions for the EFED staff drafting the document to consider and provide additional information to support the conclusions made. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately and clearly addresses the legal requirements of ESA assessments. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination.

Exemption 5 – Attorney Client Privilege – The edits and comments in the document reflect direct attorney communication from Benjamin Wakefield in OGC, to their client, the EFED staff. This communication was confidential and was not to be shared with anyone outside of OGC and EFED. The comments and edits provided OGC's legal interpretation of the draft text, provided advice to program staff, and recommendations on issues to consider before final adoption. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the proposed registration and the questions asked relate to applicable statutes and EPA regulations. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

**Segregability**

The document is a draft used for legal review of the final document that has been released. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. There is no segregable information in the document that is not reflected in the final version of the document that is in the public docket. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and cannot be further segregated.

| Entry No. 97 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004941 - 0004941 | Ex. 5—Deliberative Process; Attorney Client | Release redacted |
| **Document Number**: ED_000832B_00037040 | **Pages**: 1 | **Pages Withheld/Redacted**: portion of 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| ENLIST RTC for Next 10 States – DRAFT – 3-18-15 mlk – 3-20-15-bjw | 3/20/15 | ED_Vaughn3_0004942<br>ENLIST RTC for Next 10 States – DRAFT – 3-18-15 mlk – 3-20-15-bjw; Concurrence Requested – Response to Comments for Enlist ESA |
| **Author** | **Recipients** | |
| Michele Knorr | Ben Wakefield; Robert Perlis; Ariadne Goerke | |

**Document Description**

This is a string of two emails between Michele Knorr and OGC colleagues. A one sentence portion of one of the emails is redacted. The redacted portion of the email discusses a Ms. Knorr's opinion and impression of inputs and the nature of her comments in the overall review process.

**Exemption Justification**

The second email is released in full.

Ex. 5 Deliberative Process
First email: This email is from Michele Knorr to her OGC colleagues describing her comments in the document and suggesting a plan for further additions. The redacted sentence provides advice provided by Ms. Knorr and presents her opinion of an issue about the ESA assessment in the response to comments. The redacted sentence reflects Ms. Knorr's understanding of the status of the review and provides input to the recipients for further review. This withheld information is deliberative, because it reflects Ms. Knorr's understanding of the ESA review process within other ongoing actions involving the Enlist Duo registration. The information is also pre-decisional, because it preceded the final discussion with agency management on the proposed registration decision for Enlist Duo, and only discusses policy considerations posed to OCSPP by OGC during the development of the draft document. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Exemption 5 – Attorney Client Privilege – The redacted text reflects attorney communication from Michele Knorr in OGC, concerning her client, the EFED staff. This communication was confidential and was only shared with those that have a need to know within OGC and EFED. Ms. Knorr was providing advice and edits on the draft text of the attached document, which provided legal advice to program staff, and highlighted issues to consider before final adoption. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the response to comments document, which involves many legally sensitive issues. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future

Segregability: One email is released in full and one email is released in part with one sentence redacted. All segregable information in the email chain have been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the proposed registration decision released to the public in 2015.

| Entry No. 98* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0004942 - 0004953 | Ex. 5—Deliberative Process; Attorney Client | Withheld in Full |
| **Document Number**: ED_000832B_00037042 | **Pages**: 12 | **Pages Withheld/Redacted**: 12 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_000 | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date | Time** | **Attachments** |
| Draft Document| EPA Response to Public Comments – EPA Endangered Species Assessment for 2,4-D Choline Salt (ENLIST RTC for Next 10 States – DRAFT – 3-18-15 mlk – 3-20-15-bjw.docx) | 3/20/2015 | Attached to released email ED_Vaughn3_0004941 |
| **Author** | **Recipients** | |
| EPA EFED Staff, Michele Knorr, Ben Wakefield | Michele Knorr, Robert Perlis | |
| **Document Description** | | |
| Early working draft of the Response to Comments document. This is a preliminary working version of a document released to the public in the Enlist Duo Docket, intended to summarize some comments made and provide some initial thoughts on potential Agency response. It includes initial comments by OGC attorneys. | | |
| **Exemption Justification** | | |

Exemption 5—Deliberative Process Privilege

  This is an early internal version of the Agency's Response to Comments in preparation for a briefing for Agency management after the comment period for the Enlist Duo final decision had closed.  This document was a working draft of a document used to develop the Agency's official responses to comments released to the public in 2015. This version provides OGC's opinions, impressions and analysis of comments received, summarizes comments for further analysis, and provides OCSPP initial thoughts on potential Agency responses and legal issues. The document groups comments received into particular topic areas, provides a brief summary of comments for each topic area, and provides a draft, potential Agency response for review and discussion with Agency management. The document summarizes the wide array of public comments submitted to EPA after the proposed decision for the 16 states, and reflects the Agency staff's initial interpretation of the comments made, rather than restating them. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from OGC staff on the Agency's comment responses for the further consideration of EFED staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the responses. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts, opinions, and recommendations of EPA staff engaged in the review.

  Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. Further, release of this document in draft form would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the draft version. All final decisions made based on the discussions in this draft document are reflected in the final released document

Exemption 5 – Attorney Client Privilege – The redacted text reflects attorney communication from Michele Knorr and Ben Wakefield in OGC, concerning their client, the OCSPP staff. This communication was confidential and was only shared with those that have a need to know within OGC and OCSPP. OGC was providing advice and

edits on the draft text of the attached document, which provided legal advice to program staff, and highlighted issues to consider before final adoption. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the response to comments document, which involves many legally sensitive issues. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future

Segregability
   The document is an initial working draft of the final document that has been released. There is no segregable information in the document that is not reflected in either the publicly available comments made to the proposed decision or the final version of the Response to Comments posted publicly in 2015. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document. Lastly, portions of the draft reflect staff's review and selection of facts among many comments and disclosure would disclose the deliberative process.

**Entry No. 99***

| Bates Number | | Exemption(s) | Release/Withholding Status |
|---|---|---|---|
| ED_Vaughn3_0004954 - 0004966 | | Ex. 5—Deliberative Process; Attorney client | Withheld in Full |
| **Document Number**: ED_000832B_00037043 | | **Pages**: 13 | **Pages Withheld/Redacted**: 13 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0004942 | | **Part of (entry relates to):** | |
| **Document Type | Subject** | | **Date | Time** | **Attachments** |
| Draft Document| EPA Response to Public Comments – EPA Endangered Species Assessment for 2,4-D Choline Salt (Concurrence requested – Response to Comment for Enlist ESA.docx) | | 3/20/2015 | Attached to released email ED_Vaughn3_0004941 |
| **Author** | | **Recipients** | |
| EPA EFED Staff, Michele Knorr, Ben Wakefield | | Michele Knorr; Robert Perlis | |

 **Document Description**

This is another early working draft of the Response to Comments document. It only differs from the document in Entry 98 by highlighting areas where Robert Perlis's specific concurrence was necessary. This is a preliminary working version of a document released to the public in the Enlist Duo Docket, intended to summarize some comments made and provide some initial thoughts on potential Agency response. It includes initial comments by OGC attorneys.

 **Exemption Justification**

Exemption 5—Deliberative Process Privilege
   Please see explanation in Entry 98, as this document only slightly differs in the way it is formatted so that Vaughn entry is incorporated by reference.

   Segregability
   The document is an initial working draft of the final document that has been released. There is no segregable information in the document that is not reflected in either the publicly available comments made to the proposed decision or the final version of the Response to Comments posted publicly in 2015. The differences in this

version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document. Lastly, portions of the draft reflect staff's review and selection of facts among many comments and disclosure would disclose the deliberative process.

## Entry No. 100

| Bates Number | | Exemption(s) | Release/Withholding Status |
|---|---|---|---|
| ED_Vaughn3_0004967 - 0004976 | | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00040683 | | **Pages**: 10 | **Pages Withheld/Redacted**: portions of 3 |
| **Exact Duplicate (entry applies to):** | | **Part of (entry relates to):** | |
| **Document Type \| Subject** | | **Date** | **Attachments** |
| email \| RE: DUE ASAP: Green wire asking for a timeline for Endangered Species Act assessment | | 7/1/2014 | |
| **Author** | | **Recipients** | |
| William Jordan | | Gillis, Chris; Dinkins, Darlene; Sisco, Debby; Strauss, Linda; Fehrenbach, Margie | |

### Document Description

This is an email string containing nine emails, two of which are partially redacted. The redacted portion of sixth and eigth emails are draft language for EPA's response to a media inquiry concerning the timeline of the ESA assessment for Enlist Duo. The redacted portion of the fifth email concerns Daniel Kenny's initial thoughts on the response to the media inquiry to be further developed by public relations staff.

### Exemption Justification

Ex. 5 Deliberative Process

The first, second, third, fourth, and ninth emails are released in their entirety.

Fifth email: The fifth email of this string was sent by Daniel Kenny to Daniel Rosenblatt and Darlene Dinkins, and proposes a draft position for EPA to take in response to the media inquiry. This intra-agency communication was intended for further consideration by EPA staff, and was further developed into the Agency's official response to the media inquiry. The redacted points are also deliberative because they are in draft form and do not reflect the final position of the Agency in the matter. This withheld information is deliberative, because it reflects Dan's opinion on the strategy for responding to the inquiry. The information is also pre-decisional, because it preceded the final position the agency took in response to the media inquiry.

Sixth and Eighth emails: The sixth and eighth emails of this string was sent by Rebecca Riggs and Chris Gillis are two interations of draft language by OCSPP staff to respond to the media inquiry based on Dan Kenny's initial thoughts on the position of the Agency. Two sentences in each email were redacted. This is an intra-agency communication that describes deliberative portions of the Agency response that was not in final form in either email. This withheld information is deliberative, because it is a program staff draft of a media response that further edited and developed by the Public Affairs office. The information is also pre-decisional, because it preceded the final Agency position provided by the Public Affairs office. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

*June 6, 2018*

**Segregability**: All segregable information in the email chain has been released, six emails were released in full, two sentences in two emails and two sentences in a third email were redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted was made public by the Agency's response in the media report by Greenwire on the timeline of the ESA assessment.

## Entry No. 101*

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0004978 - 0004980 | Ex. 5 Deliberative Process | Withheld in full |
| **Document Number**: ED_000832B_00044300 | **Pages**: 3 | **Pages Withheld/Redacted**: 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date | Time** | **Attachments** |
| Draft Document | Response to Comments (Response to Comments (10 States).docx) | 3/12/2015 | Attached to released email beginning at ED_Vaughn3_0004977 |
| **Author** | **Recipients** | |
| RD Staff, EFED staff | Daniel Kenny; Emily Schmid; Sarah Meadows | |

**Document Description**

Very early working draft of the Response to Comments document intended for further development by RD staff. This is an earlier version of the document in Entry 97. It has 10 pages less information. This is the initial staff working version of the document prior to the OGC reviewed version in Entry 97.

**Exemption Justification**

Exemption 5—Deliberative Process – This is an early internal draft version of the Response to Comments following the proposed decision to register Enlist Duo in the 10 additional states.  The final version of this document was released to the public in 2015. This version is not formatted and provides many edits and comments from RD and EFED Staff and was used to start the initial responses to comments. They include extensive rough draft language and comment from staff deliberating the description and use of evidence in various responses. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from staff for the further consideration of legal staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one early stage of EPA staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made by the public. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

<u>Segregability</u>
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly in 2015. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 102***

| <u>Bates Number</u> | <u>Exemption(s)</u> | <u>Release/Withhold Status</u> |
|---|---|---|
| ED_Vaughn3_0005006 - 5010 | Ex. 5—Deliberative Process; Attorney Client Privilege | Withheld in Full |
| <u>Document Number</u>: ED_000832B_00044428 | <u>Pages</u>: 5 | <u>Pages Withheld/Redacted</u>: 5 |
| <u>Exact Duplicate of (entry applies to)</u>: | <u>Part of (entry relates to)</u>: | |
| <u>Document Type | Subject</u> | <u>Date</u> | <u>Attachments</u> |
| Document / Decision to Amend Enlist Duo Herbicide Label to include additional states: Arkansas, Kansas, Louisiana, Minnesota, Missouri, Mississippi, Nebraska, Oklahoma, and North Dakota (ENLIST draft short form Decision Document 03312015 –.docx) | 3/31/2015 | Attached to released email beginning at ED_Vaughn3_0005005 |
| <u>Author</u> EPA EFED Staff, OGC staff | <u>Recipients</u> Marty Monell; Susan Lewis; Daniel Kenny | |

<u>Document Description</u>

This document is a 5-page draft of the Decision to Amend the Label for Enlist Duo that has been released to the public. It includes edited text and responses by the program staff to extensive comments concerning legal issues from OGC attorney Benjamin Wakefield and was further developed by EPA staff prior to public release.

<u>Exemption Justification</u>

<u>Exemption 5—Deliberative Process</u> – Please see Entry 95, this draft document only differs in providing responses to OGC comments and edits. That Vaughn entry is incorporated by reference.

**<u>Segregability</u>**
The document is a draft used for legal review of the final document that has been released. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. There is no segregable information in the document that is not reflected in the final version of the document that is in the public docket. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and cannot be further segregated.

| Entry No. 103* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005011 - 0005013 | Ex. 5—Deliberative Process, Attorney Client | Release redacted |
| **Document Number**: ED_000832B_00045608 | **Pages**: 3 | **Pages Withheld/Redacted**: portions of 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| Enlist Duo Comments Question | 1/7/2015; 1/15/2017 | |
| **Author** | **Recipients** | |
| Daniel Kenny; Ben Wakefield | Michele Knorr, Kathryn Montague; Sarah Meadows; Emily Schmid; Robert Perlis | |

| **Document Description** |
|---|
| This is a string of three emails between Dan Kenny and Ben Wakefield. The first third email is released in full. The first and second were redacted. The first email from Dan Kenny puts forth an interpretation for the legal requirements for the Agency on the scope of the response to comments for the additional 10 states. The second email consists of Ben Wakefield's response to Mr. Kenny's legal question. The first email requests legal advice about the scope and the second provides the legal response, both of which are deliberative and subject to attorney client privilege. |

| **Exemption Justification** |
|---|
| The third email is released in full.<br><br>Ex. 5 Deliberative Process<br>First email: This email is from Dan Kenny to Ben Wakefield of OGC. The redacted portion of the email provides Mr. Kenny's proposed interpretation of the scope of the Agency's review of comments made on proposed registration of the additional 10 states ESA assessment. This intra-agency communication describes a legal and policy question posed by the client office and discusses possible solutions to the issue, specifically regarding the scope of the Agency's review and response to comments under the Administrative Procedure Act. All of the email's text reflects the internal discussion about this issue. This withheld information is deliberative, because it reflects Mr. Kenny's personal opinion on the nature of the issue, and offers questions and insights for OGC to consider prior to presenting the issue to management. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration of Enlist Duo, or any final terms for the scope of the response to comments document, entirely a legal and policy issue. The reasoning used by Mr. Kenny describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.<br><br>Second email: This email is from Ben Wakefield of OGC responding to Dan Kenny. The email responds to the information provided by Mr. Becker and provides additional impressions and suggestions from Ms. Knorr. This intra-agency communication describes a policy question posed by the client office and deliberates interpretations of the issue, specifically regarding how the scope of a buffer limit can be legally defined in the ESA assessment. All of the email's text deliberates this issue. The redacted text describes Ms. Knorr's impressions on the legal definition of a buffer limit. This withheld information is deliberative, because it reflects Ms. Knorr's personal opinion on the nature of the issue, and offers further advice for EFED staff to further consider. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration of Enlist Duo, or any final terms for the definition of 126 and drift requirements, entirely a policy issue. The reasoning used by Ms. Knorr describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorney. Further, the legal office only provides advice to its program clients on such issues and is not the final decision-maker for the Agency. |

Ex. 5 Attorney Client Privilege:
The first and second emails also reflect direct attorney communication from Ben Wakefield in OGC, providing legal advice to his clients in OCSPP. This communication was confidential and was not to be shared with anyone outside of OGC and OCSPP that had a need to know. The statements gave OGC's impression of the suggested questions and positions of the Agency for OCSPP to consider prior to finalizing the definition language used in the final version of the proposed registration of Enlist Duo. The entirety of the redacted text discusses the legal implications of potential policy options taken by OCSPP. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses the legal ramifications of potential policy positions taken by OCSPP. Any final decision made by the Agency on the redacted information is reflected in the final version of the Response to Comments document of Enlist Duo released to the public in 2015.

## Entry No. 104*

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0005015 - 0005021 | Ex. 5 Deliberative Process; Attorney Client Privilege | Withheld in full |
| **Document Number**: ED_000832B_00047122 | **Pages**:7 | **Pages Withheld/Redacted**: 7 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_0004942 | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| 2,4-D Choline Salt Comments Next 10 States (Draft RTC for next 10 states.docx) | 1/20/2015 | Attached to released email ED_Vaughn3_0005005 |
| **Author** | **Recipients** | |
| EFED Staff | | |

### Document Description

Early working draft of the Response to Comments document pertaining to EFED Staff. This is an earlier working version of the document in Entry 98. The final version of this document was released to the public later in 2015.

### Exemption Justification

Exemption 5—Deliberative Process - This is an early internal draft version of the Response to Comments following the proposed decision to add 10 states to the registration of Enlist Duo. The final version of this document was released to the public later in 2015. This version is not formatted and provides many edits and comments from EFED Staff and others on the Agency's responses to a wide array of comments made by the public in response to the proposed decision, pertaining to EFED's issues. The document includes extensive edits and comments from EFED staff deliberating the description and use of evidence in various responses. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency lawyers and staff for the further consideration of EFED staff and management. The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one early stage of EPA staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made by the public. The authors had no final decision-making authority on this

issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly in 2015. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 105***

| **Bates Number** | | **Exemption(s)** | **Release/Withholding Status** |
|---|---|---|---|
| ED_Vaughn3_0005047 - 0005054 | | Ex. 5 Deliberative Process; Attorney Client Privilege | Withheld in full |
| **Document Number**: ED_000832B_00047865 | | **Pages**:8 | **Pages Withheld/Redacted**: 8 |
| **Exact Duplicate (entry applies to):** | | **Part of (entry relates to)**: ED_Vaughn3_0005011 | |
| **Document Type | Subject** | | **Date | Time** | **Attachments** |
| Draft Document | 2,4-D Choline Salt Comments Next 10 States (Draft RTC for next 10 states (2).docx) | | 2/3/2015 | Attached to released email ED_Vaughn3_0005046 |
| **Author** | | **Recipients** | |
| EFED Staff | | | |

 **Document Description**

Later working draft of the Response to Comments document pertaining to EFED Staff. This is a later working version of the document in Entry 104 that includes additional edits from Sujatha Sankula. They were later consolidated into the broader response to comments document. The final version of this document was released to the public later in 2015.

 **Exemption Justification**

Exemption 5—Deliberative Process – This is an early internal draft version of the Response to Comments following the proposed decision to add 10 states to the registration of Enlist Duo, with comments from Sujatha Sankula.  The final version of this document was released to the public later in 2015. This version is not formatted and provides many edits and comments from EFED Staff and others on the Agency's responses to a wide array of public comments submitted in response to the proposed decision, pertaining to EFED's issues. The document includes extensive edits and comments from EFED staff deliberating the description and use of evidence in various responses. The content is withheld as deliberative because it reflects pre-decisional thoughts and insights from Agency lawyers and staff for the further consideration of EFED staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not

been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one early stage of EPA staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made by the public. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly in 2015. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

## Entry No. 106

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0005055 - 0005057 | Ex. 5—Deliberative Process; Attorney Client; Attorney Work Product | Release redacted |
| **Document Number**: ED_000832B_00052388 | **Pages**: 3 | **Pages Withheld/Redacted**: 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| Do you assume 100% crop treated when you did your ESA assessment | 2/11/15-2/12/15 | |
| **Author** | **Recipients** | |
| Michele Knorr | Edward Odenkirchen; Sujatha Sankula; Meghan Radtke | |

**Document Description**
This is a string of six emails between Michele Knorr and Ed Odenkirchen. The text of all six emails is redacted as deliberative and attorney client privilege. All six emails represent a back and forth between Mr. Odenkirchen and Ms. Knorr concerning the question posed in the subject line "Do you assume 100% crop treated when you did your ESA assessment?" The email requests technical advice as applied to legal advice about the methodology of the ESA assessment.

---

**Exemption Justification**

---

Ex. 5 Deliberative Process

<u>First email</u>: This email is from Michele Knorr of OGC requesting technical advice from Ed Odenkirchen. One sentence is redacted. The email explains a legal question Ms. Knorr requires more information for, based on the question posed in the subject line. This intra-agency communication describes a legal and policy question posed by the attorney and discusses a legal issue of potential significance in subsequent litigation. The redacted text describes Ms. Knorr's impressions on the scope of crop treatment assumed in ESA assessments. This withheld information is deliberative, because it reflects Ms. Knorr's personal opinion on the nature of the issue, and offers further advice for EFED staff to further consider. The information is also pre-decisional, because it was posed to assist in the formulation of the Agency's response to issues raised in separate litigation involving Enlist Duo. The reasoning used by Ms. Knorr describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorney. Further, the legal office only provides advice to its program clients on such issues and is not the final decision-maker for the Agency.

<u>Second email</u>: This email is from Ed Odenkirchen to Michele Knorr of OGC. Three sentences are redacted. The email responds to the question posed by Ms. Knorr concerning the ongoing ESA assessment work that accompanied the final registration of Enlist Duo. This intra-agency communication describes a legal and policy question posed by the attorney and discusses a legal issue that of potential significance in subsequent litigation. All of the email's text discusses this issue. The redacted text describes Mr. Odenkirchen's impressions of EFED staff's view on the issue and assumptions made in the study, Mr. Odenkirchen's insight on the issue, and potential application to Ms. Knorr's legal issue. This withheld information is deliberative, because it reflects Mr. Odenkirchen's professional opinion on the nature of the issue, and offers further insights for EFED staff and OGC attorneys to further consider. The information is also pre-decisional, because it was posed to assist in the formulation of the Agency's response to issues raised in separate litigation involving Enlist Duo. The reasoning used by Mr. Odenkirchen describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

<u>Third email</u>: This email is from Michele Knorr of OGC requesting technical advice from Ed Odenkirchen. One sentence is redacted. The email explains a legal question Ms. Knorr requires more information for, based on the question posed in the subject line, and adds another broader question for Mr. Odenkirchen about ESA assessments generally. This intra-agency communication describes a legal and policy question posed by the attorney and discusses a legal issue that of potential significance in subsequent litigation. The redacted text describes Ms. Knorr's impressions on the scope of crop treatment assumed in ESA assessments. This withheld information is deliberative, because it reflects Ms. Knorr's personal opinion on the nature of the issue, and offers further advice for EFED staff to further consider. The information is also pre-decisional, because it was posed to assist in the formulation of the Agency's response to issues raised in separate litigation involving Enlist Duo. The reasoning used by Ms. Knorr describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorney. Further, the legal office only provides advice to its program clients on such issues and is not the final decision-maker for the Agency.

<u>Fourth email</u>: This email is from Ed Odenkirchen to Michele Knorr of OGC. Two sentences are redacted. The email responds to the second question posed by Ms. Knorr concerning the ongoing ESA assessment work that accompanied the final registration of Enlist Duo and other ESA assessments. This intra-agency communication describes a legal and policy question posed by the attorney and discusses a legal issue that of potential significance in subsequent litigation. All of the email's text discusses this issue. The redacted text describes Mr. Odenkirchen's impressions of EFED staff's view on the issue and assumptions made in the study, Mr. Odenkirchen's insight on the issue, and potential application to Ms. Knorr's legal issue. This withheld information is deliberative, because it reflects Mr. Odenkirchen's professional opinion on the nature of the issue, and offers further insights for EFED staff and OGC attorneys to further consider. The information is also pre-decisional, because it was posed to assist in the formulation of the Agency's response to issues raised in separate litigation involving Enlist Duo. The reasoning used by Mr. Odenkirchen describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

**Fifth email**: This email is from Michele Knorr of OGC explaining her thoughts on the legal defensibility of the responses provided by Ed Odenkirchen. Three sentences are redacted. The email explains Ms. Knorr's thoughts on the legal question she posed to Mr. Odenkirchen, asks another question and contains her thoughts on Mr. Odenkirchen's responses. This intra-agency communication describes a legal and policy question posed by the attorney and discusses a legal issue that of potential significance in subsequent litigation. The redacted text describes Ms. Knorr's impressions on the scope of crop treatment assumed in ESA assessments. This withheld information is deliberative, because it reflects Ms. Knorr's personal opinion on the nature of the issue, and offers further advice for EFED staff to further consider. The information is also pre-decisional, because it was posed to assist in the formulation of the Agency's response to issues raised in separate litigation involving Enlist Duo. The reasoning used by Ms. Knorr describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorney. Further, the legal office only provides advice to its program clients on such issues and is not the final decision-maker for the Agency.

**Sixth email**: This email is from Ed Odenkirchen to Michele Knorr of OGC. One sentence is redacted. The email responds to the third question posed by Ms. Knorr concerning the ongoing ESA assessment work that accompanied the final registration of Enlist Duo and other ESA assessments. This intra-agency communication describes a legal and policy question posed by the attorney and discusses a legal issue that of potential significance in subsequent litigation. All of the email's text discusses this issue. Taken in context with the subject line and the rest of the email chain, the redacted text describes Mr. Odenkirchen's view on the issue and assumptions made in the study, Mr. Odenkirchen's insight on the issue, and potential application to Ms. Knorr's legal issue. This withheld information is deliberative, because it reflects Mr. Odenkirchen's professional opinion on the nature of the issue, and offers further insights for EFED staff and OGC attorneys to further consider. The information is also pre-decisional, because it was posed to assist in the formulation of the Agency's response to issues raised in separate litigation involving Enlist Duo. The reasoning used by Mr. Odenkirchen describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

**Ex. 5 Attorney Client Privilege/Work Product**:
All six emails also reflect direct attorney communication from Michele Knorr in OGC, providing legal advice and opinions to her clients in OCSPP. This communication was confidential and was not to be shared with anyone outside of OGC and OCSPP that had a need to know. The statements gave OGC's impression of the suggested questions and positions of the Agency for OCSPP to consider prior to finalizing the definition language used in the final version of the proposed registration of Enlist Duo. The entirety of the redacted text discusses the legal implications of potential policy options taken by OCSPP. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future. The advice and potential application of Mr. Odenkirchen's replies to the law taken in the emails by Ms. Knorr also reflect attorney work product as it was made in the context of litigation on the substance of the Enlist Duo registration from NRDC and others and created in anticipation of potential arguments raised in that litigation.

**Segregability**: All segregable information in the email chain have been released. The entirety of the redacted text discusses the legal ramifications of potential policy positions taken by OCSPP. Any final decision made by the Agency on the redacted information is reflected in the final version of the Final Registration of Enlist Duo released to the public.

| Entry No. 107 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005059 - 0005214 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00054659 | **Pages**: 156 | **Pages Withheld/Redacted**: 156 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |

| Document Type | Subject | Date | Attachments |
|---|---|---|
| Document | Registration of Enlist Duo Herbicide (DRAFT 2,4-D Technical Briefing.pptx) | 10/8/2014 | Attached to released email ED_Vaughn3_0005058 |

| Author | Recipients |
|---|---|
| EPA EFED, RD and BEAD Staff | OPP Management |

**Document Description**

This document is an internal PowerPoint presentation for a technical briefing of the management of the Office of Pesticide Programs discussing the development of the registration review of Enlist Duo, combining the actions of all three staff divisions into one internal briefing. It summarizes the purpose of doing the review, the actions taken, and sets out issues and concerns EPA staff were facing at that point in the registration review of EnlistDuo. It also presents issues to be deliberated by management.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal agency PowerPoint presentation that provides context and issues faced by OCSPP staff during the development of the initial registration of Enlist Duo and technical aspects of the registration for deliberation by Agency management. The content of the document is withheld as deliberative because it reflects the progression of internal deliberations of EPA staff as the Enlist Duo ESA Addendum were being developed.  This information was to be presented to summarize the ongoing registration process for initial mid-level management consideration. The ESA review process being undertaken by EPA with Enlist Duo was unprecedented because few standard procedures were in place to guide staff through the new process subject to intense internal and external interest which presented novel issues for consideration. In turn, staff conducted briefings with upper level management to present potential policy options and approaches for addressing them as they were being developed. This briefing served to consolidate the actions taken and issues faced during the development of the registration action, beyond just the ESA assessment component. It presented potential solutions to the Director for further deliberation with staff before further consideration in the management chain. The issues faced were focused on potential policy approaches to the review process.

The withheld information is pre-decisional because it was prepared for the purpose of and contributed to assisting the EPA decision-making regarding the review, analysis, and synthesis of information relevant to the ESA Addenda and application for registration of EnlistDuo going forward. The withheld information is deliberative because it reflects the personal opinions and thoughts of EPA staff working to develop the registration action, and does not reflect the information, analysis, or preliminary conclusions ultimately selected for inclusion in that document to present for public comment and external peer review. The content is also pre-decisional because no determination by the Administrator had yet been reached, the document was solely intended to present issues for deliberation in the briefing. This presentation encapsulates EPA staff discussion of the registration application for EnlistDuo, which was in its preliminary stages. The issues discussed and options for consideration was subject to change at that time. All slides in the presentation reflect EPA's impressions and opinions of the information it possessed in the development stages of its review of EnlistDuo and did not necessarily reflect what was ultimately covered in the briefing. This information was presented to the Administrator to assist her in determining the appropriate course of action going forward on this matter. The text of the presentation presents concerns for management to consider, goals to achieve, presents potential timelines for future actions, and provides staff impressions about repercussions from the potential result of the review. The authors had no f
inal decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the briefing and framing issues for the Director's consideration.

Release of this document would have a chilling effect on the ability to have open and frank conversations within the Agency and its management about and would negatively affect the ability of Agency staff to have candid, productive and coordinated conversations with internal management in the future. Further, release of this document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the briefing. All final decisions made based on the discussions in this briefing material are reflected in the final released document

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

### Entry No. 108*

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0005216 - 0005217 | Ex. 5 Deliberative Process | Withheld in full |
| **Document Number**: ED_000832B_00054661 | **Pages**: 3 | **Pages Withheld/Redacted**: 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |

| Document Type \| Subject | Date \| Time | Attachments |
|---|---|---|
| Draft Document \| Response to Comments (Enlist – Response to Comments – DRAFT – 11 April 2014.docx) | 4/15/2014 | Attached to released email beginning at ED_Vaughn3_0005215 |

| Author | Recipients |
|---|---|
| RD Staff | |

**Document Description**

Very early working draft of the Response to Comments document intended for further development by RD staff responding to a particular issue raised in comments to the proposed registration. It only indirectly discusses ESA issues in the registration action.

**Exemption Justification**

Exemption 5—Deliberative Process – This is an early internal draft version of the Response to Comments following the proposed decision to register Enlist Duo in the initial 6 states.  The final version of this document was released to the public in in October 2014. This version is not formatted and provides many edits and comments from RD and EFED Staff and was used to start the initial responses to comments. They include extensive rough draft language and comments from staff deliberating the description and use of evidence in various responses. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from staff for the further consideration of legal staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one early stage of RD staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made by the public. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made

based on the discussions in this draft document are reflected in the final released document.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments released in October 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

## Entry No. 109

| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
|---|---|---|
| ED_Vaughn3_0005220 - 0005358 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00054659 | **Pages**: 136 | **Pages Withheld/Redacted**: 136 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type | Subject** | **Date** | **Attachments** |
| Document | Registration of Enlist Duo Herbicide (DRAFT 2,4-D Technical Briefing.pptx) | 10/13/2014 | Attached to released email ED_Vaughn3_0005219 |
| **Author** | **Recipients** | |
| EPA EFED, RD and BEAD Staff | OPP Management | |

 **Document Description**

This document is an internal PowerPoint presentation for a technical briefing of the management of the Office of Pesticide Programs discussing the development of the registration review of Enlist Duo, combining the actions of all three staff divisions into one internal briefing. It summarizes the purpose of doing the review, the actions taken, and sets out issues and concerns EPA staff were facing at that point in the registration review of EnlistDuo. It also presents issues to be deliberated by management. It is a later draft version of the technical presentation discussed in Entry 107 and contains 20 less pages.

 **Exemption Justification**

Exemption 5—Deliberative Process – Please see explanation Entry 107, as this draft document is substantively the same as the document discussed in that entry. That entry is incorporated by reference.

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

**Entry No. 110***

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0005623 - 0005625 | Ex. 5 Deliberative Process | Withheld in full |
| **Document Number**: ED_000832B_00055249 | **Pages**: 3 | **Pages Withheld/Redacted**: 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |

| Document Type \| Subject | Date \| Time | Attachments |
|---|---|---|
| Draft Document \| Response to Comments (Enlist – Response to Comments – DRAFT – 15 April 2014 (recovered).docx) | 4/15/2014 | Attached to released email beginning at ED_Vaughn3_0005622 |

| Author | Recipients |
|---|---|
| RD Staff | |

**Document Description**

Very early working draft of the Response to Comments document intended for further development by RD staff responding to a particular issue raised in comments to the proposed registration. It only indirectly discusses ESA issues in the registration action. This version is a later iteration of the document described in Entry 107 and does not substantively differ from that document.

**Exemption Justification**

Exemption 5—Deliberative Process – Please see explanation in Entry 107 as this document does not substantively differ from that document. That entry is incorporated by reference.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments released in October 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 111***

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0005627 - 0005652 | Ex. 5—Deliberative Process; | Withheld in Full |
| **Document Number**: ED_000832B_00055251 | **Pages**:26 | **Pages Withheld/Redacted**: 26 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** ED_Vaughn3_0000747; ED_Vaughn3_0001624; ED_Vaughn3_0001648; ED_Vaughn3_0003407 (released final version); ED_Vaughn3_0003507; ED_Vaughn3_0000681 - 0000712; ED_Vaughn3_0000714 - 0000745; | |

| | ED_Vaughn3_0003440 - 0003471;<br>ED_Vaughn3_0003473 - 0003504 | |
|---|---|---|
| **Document Type \| Subject** | **Date** | **Attachments** |
| Document / Proposed Registration of Enlist Duo Herbicide (24-D Rough Draft April 15.docx) | 4/9/2014 | Attached to released email beginning at ED_Vaughn3_0005626 |
| **Author**<br>EPA RD Staff | **Recipients**<br>Sarah Meadows | |

**Document Description**

This document is a 26-page draft of the Proposed Registration of Enlist Duo that has been released in final form as document ED_Vaughn3_0003409. It is an earlier version of the draft document described in Entry 85, developed by RD staff prior to input and comments from EFED staff.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal draft version of the Proposed Registration Decision on Enlist Duo.  This draft version reflects edits from RD staff on the ongoing registration review, and provides suggestions for further consideration by OCSPP program staff. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from RD staff for the consideration of other OPP divisions.  The content is pre-decisional because the language of the proposed registration had not been finalized at the point it was drafted, nor did the RD drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the addendum, all of which was deliberative at that time. This document was developed with the goal of initiating OCSPP staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately and clearly addresses the legal requirements of ESA assessments. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination.

**Segregability**

The document is a draft used for initial review and comment for the proposed registration document that has been released. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. There is no segregable information in the document that is not reflected in the final version of the Proposed Registration of Enlist Duo Herbicide (ED_Vaughn3_0003407). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and cannot be further segregated.

| Entry No. 112* | | |
| --- | --- | --- |
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005654 - 0005685 | Ex. 5 Deliberative Process; | Withheld in Full |
| **Document Number:** ED_000832B_00055256 | **Pages**:32 | **Pages Withheld or Redacted**: 32 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| Final Registration of Enlist Duo Herbicide (24-D Enlist Proposed Decisions – Final Draft – 4-30-14 10 41am (watermark removed).docx) | 9/25/2014 | Attached to released email ED_Vaughn3_0005653 |
| **Author** | **Recipients** | |
| OCSPP Staff, | Karen Samek; Sarah Meadows | |

**Document Description**

Working draft of the Final Registration document for the first 16 states that was included with the response to comments documents pertinent to each OCSPP division involved in the registration of Enlist Duo. Some sections were missing from this version and it was further developed and edited into the final version that was released to the public on October 14, 2014.

**Exemption Justification**

Exemption 5—Deliberative Process - This is an internal draft version of the Final Registration document for Enlist Duo that was released in October 2014.  This version lacks development and predates many edits and comments made by OCSPP staff and OGC attorneys prior to its final form. This draft version was intended to contextualize the review of the response to comments documents that were also attached to the same email for staff review. The content of the document is withheld as deliberative because it reflects pre-decisional language, thoughts and insights from Agency staff intended for further review and consideration. The content is pre-decisional because the Agency's final registration decision had not been finalized at the point this document was drafted, nor did the agency staff that were reviewing the document at that point have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the responses. This draft document was developed to allow OCSPP staff to work on and evaluate the contents of the Agency's final registration decision. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability
The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document.

| Entry No. 113* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005686 - 0005694 | Ex. 5 Deliberative Process | Withheld in full |
| **Document Number**: ED_000832B_00055257 | **Pages**: 9 | **Pages Withheld/Redacted**: 9 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| Summary of Some Public Comments for Enlist Duo (Comments - BEAD.docx) | 9/25/2014 | Attached to released email beginning at ED_Vaughn3_0005653 |
| **Author** | **Recipients** | |
| BEAD Staff | | |
| **Document Description** | | |
| Internal working draft of responses to comments pertinent to BEAD intended for further review by OCSPP staff prior to inclusion into the final response to comments document released to the public in October 2014. | | |
| **Exemption Justification** | | |
| Exemption 5—Deliberative Process – This is an internal draft version of the Response to Comments following the proposed decision to register Enlist.  The final version of this document was released to the public in October 2014. This was formatted as an internal OCSPP memo intended for review and further inclusion in broader document. It provides the initial responses to comments from BEAD staff pertinent to issues covered by that division. The document includes draft language and insights from staff deliberating the description and use of evidence in various responses. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from staff for the further consideration of legal staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of BEAD staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made by the public. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.<br><br>Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.<br><br>Segregability<br>The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments released in October 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose | | |

what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

## Entry No. 114*

| **Bates Number** | | **Exemption(s)** | **Release/Withholding Status** |
|---|---|---|---|
| ED_Vaughn3_0005695 - 0005709 | | Ex. 5 Deliberative Process; attorney client | Withheld in full |
| **Document Number**: ED_000832B_00055258 | | **Pages**: 15 | **Pages Withheld/Redacted**: 15 |
| **Exact Duplicate (entry applies to):** | | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | | **Date \| Time** | **Attachments** |
| Draft Document \| 2,4-D Choline Salt Comments Pertaining to EFED (Comments – EFED (with OGC).docx) | | 9/25/2014 | Attached to released email beginning at ED_Vaughn3_0005653 |
| **Author** | | **Recipients** | |
| EFED Staff | | | |

**Document Description**

Internal working draft of responses to comments pertinent to EFED intended for further review by OCSPP staff prior to inclusion into the final response to comments document released to the public in October 2014. This version also included OGC edits and comments. This is a later draft version of the document described in Entry 75.

**Exemption Justification**

Exemption 5—Deliberative Process – This is an internal draft version of the Response to Comments following the proposed decision to register Enlist Duo.  The final version of this document was released to the public in October 2014. This document is unformatted intended for review and further inclusion into a broader document. It provides the initial responses to comments from EFED staff pertinent to comments made on issues covered by that division. The document includes draft language and insights from staff deliberating the description and use of evidence in various responses. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from staff for the further consideration of legal staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EFED staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made by the public. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Exemption 5 – Attorney Client Privilege – The edits and comments in the document reflect direct attorney communication from OGC staff to their client, the EFED staff. This communication was confidential and was only shared with those that had a need to know within OGC, EFED, and OCSPP management. The comments and edits provided OGC's legal interpretation of the draft text, provided advice to program staff, and highlighted issues to consider before final adoption. The withheld text reflects candid legal advice from the Agency attorneys to their clients during the ongoing consideration of the response to comments document, which involves many legally sensitive issues. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments released in October 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 115\***

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0005710 - 0005721 | Ex. 5 Deliberative Process; attorney client | Withheld in full |
| **Document Number**: ED_000832B_00055259 | **Pages**: 12 | **Pages Withheld/Redacted**: 12 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| 2,4-D: Enlist Duo on Corn and Soybeans. Response to Comments on Petition for New Use (Comments – HED (with OGC).docx) | 9/25/2014 | Attached to released email beginning at ED_Vaughn3_0005653 |
| **Author** | **Recipients** | |
| HED Staff | | |
| **Document Description** | | |

Internal working draft of Agency responses to public comments pertinent to Health Effects Division (HED) intended for further review by OCSPP staff prior to inclusion into the final EPA response to comments document released to the public in October 2014. This is a later draft version of the document described in Entry 75 and also included edits and comments by OGC staff. This document is only indirectly responsive to the FOIA request at issue as it addresses comments on human health and only indirectly mentions ESA relevant comments.

**Exemption Justification**

Exemption 5—Deliberative Process – This is an internal draft version of the Response to Comments pertinent to Health Effects Division (HED) following the proposed decision to register Enlist Duo. The final version of this document was released to the public in October 2014. This document was formatted as an internal memo

intended for review and further inclusion in broader document. It provides the initial responses to public comments from the HED staff pertinent to comments made on issues covered by that division. The document includes draft language and insights from staff deliberating the description and use of evidence in various responses. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from staff for the further consideration of legal staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of HED staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately addresses the comments made by the public. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Exemption 5 – Attorney Client Privilege – The edits and comments in the document also reflect direct attorney communication from OGC staff to their client, the HED staff. This communication was confidential and was only shared with those that had a need to know within OGC, HED, and OCSPP management. The comments and edits provided OGC's legal interpretation of the draft text, provided advice to program staff, and highlighted issues to consider before final adoption. The withheld text reflects candid legal advice from the Agency attorneys to their clients during the ongoing consideration of the response to comments document, which involves many legally sensitive issues. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments released in October 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 116* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005724 - 0005725 | Ex. 5 Deliberative Process | Withheld in full |
| **Document Number**: ED_000832B_00055311 | **Pages**: 2 | **Pages Withheld/Redacted**: 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| | | |

| Document Type \| Subject | Date \| Time | Attachments |
|---|---|---|
| Draft Document \| Enlist Duo – Response to NOR Comments (Enlist – Response to Comments – DRAFT – 9 April 2014.docx) | 4/9/2014 | Attached to released email beginning at ED_Vaughn3_0005722 |

| Author | Recipients |
|---|---|
| Kristen Hendricks, Debra Rate, RD Staff | |

**Document Description**

Internal working draft of responses to comments pertinent to the Notice of Receipts (NOR) for the applications to register the use of Enlist Duo in the initial 6 states. This document was intended for further review by OCSPP staff prior to inclusion into the final response to comments document for the initial six states released to the public later in 2014. This document was the "first attempt" by OCSPP staff to address the 100,000+ comments on the proposed Enlist Duo registration and was intended to break down the comments into four themes for further development. It only indirectly discusses ESA issues.

**Exemption Justification**

Exemption 5—Deliberative Process – This is an internal draft version a document intended to begin a broader response to comments document following the proposed decision to register Enlist Duo in the initial six states. The final version of this document was released to the public in October 2014. This document is unformatted intended for review, addition of text, and further inclusion into a broader document. It provides the initial responses to comments from the RD staff pertinent and initially summarizes comments made into four themes. The document includes draft language and insights from staff deliberating the description and use of evidence in various responses. The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from staff for the further consideration of legal staff and management.  The content is pre-decisional because the language of the Agency responses to comments had not been finalized at the point this document was drafted, nor did any of the drafters have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of RD staff's development of the responses, all of which were deliberative at that time. This document was developed with the goal of initiating staff deliberation of all appropriate and relevant information to include in the Agency's final comment response document and to ensure that the information was ultimately organized in a way that adequately reflects the comments made by the public. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.

Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments released in October 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 117**

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0005727 - 0005764 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00055318 | **Total Pages**: 38 | **Pages Redacted/Withheld**: 38 |
| **Exact Duplicate of (entry applies to)**: ED_Vaughn3_0000007 – 0000045 (Entry 1) | **Part of (entry relates to):** | |
| **Document Type \| Subject/Title** | **Date** | **Attachments** |
| Draft Document \| "Update on 2,4D Choline Salt Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean" (24-D choline Listed Species 2_6_14 MR KG.docx) | 3/26/2014 | Attached to released email beginning at ED_Vaughn3_0005726 |
| **Author** | **Recipients** | |
| EPA EFED Staff | Daniel Kenny | |

**Document Description**

This document is a very early rough draft of the final Ten State Addenda from September 2014 that has been released to the public. This developmental draft was intended to begin the collaborative process in EFED to develop what would become the Ten State Addenda. This version contains less than half of the text of the final version, is unformatted, and contains deliberative text that was further developed and heavily edited by staff in the following months. This document is a duplicate of the document described in Entry 1.

**Exemption Justification**

Ex. 5 Deliberative Process: Please see explanation in Entry 1, this document is an exact duplicate. That Vaughn entry is incorporated by reference.

Segregability: The document is an early draft of the final document that has been released. There is no segregable factual information in the document that is not reflected in the final version of the Ten State Addendum (ED_Vaughn3_0002751). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text, rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 39 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 118***

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0005872 - 0005900 | Ex. 5—Deliberative Process; | Withheld in Full |
| **Document Number**: ED_000832B_00056194 | **Pages**:29 | **Pages Withheld/Redacted**: 29 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** ED_Vaughn3_0000747; ED_Vaughn3_0001624; ED_Vaughn3_0001648; ED_Vaughn3_0003407 (released final version); ED_Vaughn3_0003507; ED_Vaughn3_0000681 - 0000712; ED_Vaughn3_0000714 - 0000745; | |

| | ED_Vaughn3_0003440 - 0003471;<br>ED_Vaughn3_0003473 - 0003504 | |
|---|---|---|
| **Document Type | Subject** | **Date** | **Attachments** |
| Document / Proposed Registration of Enlist Duo Herbicide (24-D Rough Draft April 17 Sarah's edits.docx) | 4/17/2014 | Attached to released email beginning at ED_Vaughn3_0005871 |
| **Author**<br>EPA RD Staff, Sarah Meadows | **Recipients**<br>Emily Schmid | |

**Document Description**

This document is a 29-page draft of the Proposed Registration of Enlist Duo that has been released in final form as document ED_Vaughn3_0003409. It is an earlier version of the draft document described in Entry 9.

**Exemption Justification**

Exemption 5—Deliberative Process – Please see explanation in Entry 85 as this document has some additional draft content and edits from that document, but does not substantively differ. That Vaughn entry is incorporated by reference.

**Segregability**

The document is a draft used for review and comment for the proposed registration document that has been released. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. There is no segregable information in the document that is not reflected in the final version of the Proposed Registration of Enlist Duo Herbicide (ED_Vaughn3_0003407). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and cannot be further segregated.

| Entry No. 119* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005902 - 0005903 | Ex. 5 Deliberative Process | Withheld in full |
| **Document Number**: ED_000832B_00056200 | **Pages**: 2 | **Pages Withheld/Redacted**: 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type | Subject** | **Date | Time** | **Attachments** |
| Draft Document | Enlist Duo – Response to NOR Comments (Enlist – Response to Comments – DRAFT – 11 April 2014.docx) | 4/11/2014 | Attached to released email beginning at ED_Vaughn3_0005901 |
| **Author**<br>Sarah Meadows, RD Staff | **Recipients** | |

| Document Description |
|---|
| This is an internal working draft of responses to public comments pertinent to the Notice of Receipts (NOR) for the applications to register the use of Enlist Duo in the initial 6 states. This document was intended for further review by OCSPP staff prior to inclusion into the final response to comments document released to the public in 2014. This document was the "first attempt" by OCSPP staff to address the 100,000+ comments on the proposed Enlist Duo registration and was intended to break down the comments into four themes for further development. It only indirectly discusses ESA issues. |

| Exemption Justification |
|---|
| Exemption 5—Deliberative Process – Please see explanation in Entry 115 as this is a slightly later draft of the same document.<br><br>Segregability<br>The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments released in October 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document. |

| Entry No. 120 | | | |
|---|---|---|---|
| **Bates Number** | | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005923 - 0005924 | | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00056205 | | **Pages**: 2 | **Pages Withheld/Redacted**: portions of 2 |
| **Exact Duplicate (entry applies to):** | | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | | **Date** | **Attachments** |
| email \| additions… | | 8/25/2014 | |
| **Author** | | **Recipients** | |
| Sarah Meadows | | Emily Schmid | |
| **Document Description** | | | |
| This is an email string containing three emails, one of which is redacted. The second and third emails are released in full. The redacted portion of the first email is from Sarah Meadows to Emily Schmid proposing some points of issue from RD for a meeting with management on the Enlist Duo registration, they are in draft edited form in the email. 21 bullet points in the first email are redacted under Ex. 5 for deliberative process. | | | |

| Exemption Justification |
|---|
| Ex. 5 Deliberative Process

The second and third emails are released in their entirety.

First email: The originating email of this string was sent by Sarah Meadows to Emily Schmid, and proposes some draft bullets setting out issues for internal EPA consideration with management in an upcoming briefing. 21 bullet points concerning this issue are redacted as deliberative. This intra-agency communication was intended for further review by EPA staff, and even in final form only to be used internally by staff to steer discussion of ongoing issues for consideration by management. These points were intended to be included in a broader briefing document, and were not intended to be shared outside of the Agency. The redacted points are also deliberative because they are in draft form and contain edits made in the later briefing documents. This withheld information is deliberative, because it reflects Sarah's opinion on outstanding issues in the development of the Enlist Duo review application, and offers these points for consideration by EPA employees present at the upcoming meeting. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA assessment it discusses, or any action that may have resulted from the meeting. The underlying documents discussed deliberative aspects of EPA's ongoing ESA assessment for Enlist Duo and other issues in the ongoing registration process of Enlist Duo. The issues addressed did not directly result in any final agency action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain has been released, two emails were released in full, two sentences in one email and six bullet points in the second email have been redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). |

| Entry No. 121 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005929 - 0005970 | Ex. 5 Deliberative Process; | Withheld in Full |
| **Document Number:** ED_000832B_00056231 | **Pages**: 42 | **Pages Withheld or Redacted**: 42 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| Response to Public Comments Received Regarding New Uses of 2,4-Dichlorophenoxyacetic acid (2,4-D) on Corn and Soybeans. (Response to Comments Document 10-9-14 4.24pm.docx) | 10/9/2014 | Attached to released email ED_Vaughn3_0005927 |
| **Author** | **Recipients** | |
| EPA RD Staff, Sarah Meadows | Arnet Jones | |
| **Document Description** | | |
| RD working draft of the Response to Comments document with comments, additions, and edits from Sarah Meadows. The final version of this document was released to the public on October 14, 2014. It is the RD version of the document described in Entry 38, with 7 additional pages of draft text. | | |

| **Exemption Justification** |
| --- |
| Exemption 5—Deliberative Process - This is an internal draft version of the Response to Comments following the proposed decision to register Enlist Duo.  The final, approved Response to Comments was released to the public on October 14, 2014. This version reflects edits, additional text, and comments RD staff on the Agency's responses to a wide array of comments made by the public after the proposed decision. The edits and comments provide suggestions and questions to consider during the development of the response to comments.  The content of the document is withheld as deliberative because it reflects pre-decisional thoughts and insights from RD staff for further consideration by OCSPP staff and OGC attorneys.  The content is pre-decisional because the Agency's official response to comments had not been finalized at the point this document was drafted, nor did the agency attorneys have any ultimate decision-making authority as to what was and was not included in the final version. This version encapsulates one stage of EPA staff's development of the responses. This draft document was developed to allow EPA RD staff to work on and evaluate Agency's response to comments. The authors had no final decision-making authority on this issue and the content does not reflect a final agency action, only the thoughts and deliberations of EPA staff engaged in the review.<br><br>Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information cited in support of Agency responses to comments prior to a final determination. All final decisions made based on the discussions in this draft document are reflected in the final released document.<br><br>Segregability<br>The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document. |

| **Entry No. 122** | | |
| --- | --- | --- |
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005971 - 0005972 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00056205 | **Pages**: 2 | **Pages Withheld/Redacted**: portions of 2 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| FW: | 8/25/2014 | ED_Vaughn3_0005973 |
| **Author** | **Recipients** | |
| Alexandra LaMay | Michael Metzger | |
| **Document Description** | | |
| This is an email string containing two emails, one of which is partially redacted. The first email is released in full. The redacted portion of the second email is from Alexandra LaMay to Michael Metzger asking a question about the contents of the attached deliberative document. Half of one sentence in the email is redacted. | | |

| Exemption Justification |
|---|

**Ex. 5 Deliberative Process**

The first email is released in its entirety.

Second email: The second email of this string was sent by Alexandra LaMay to Michael Metzger, and asks him a question about the contents of the attached briefing presentation, which is withheld as deliberative. Half of one sentence is redacted as deliberative. This intra-agency communication was to be an internal question asked about an internal deliberative document. The redacted portion of the sentence is deliberative because it discusses edits made in the attached briefing document. This withheld information is deliberative, because it reflects Alexandra's opinion on outstanding issues for consideration by EPA employees present at the upcoming meeting. The information is also pre-decisional, because it preceded the final discussion with agency management on the ESA assessment it discusses, or any action that may have resulted from the meeting. The underlying documents discussed deliberative aspects of EPA's ongoing registration process of Enlist Duo. The issues addressed did not directly result in any final agency action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: All segregable information in the email chain has been released, only one half of one sentence was redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482).

| **Entry No. 123** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005973 - 0005993 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00057831 | **Pages**: 21 | **Pages Withheld/Redacted**: 21 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: ED_Vaughn3_0003618 – 0003639; ED_000832B_00019444; ED_Vaughn3_0004098 | |
| **Document Type | Subject** | **Date** | **Attachments** |
| Document | Use of 2,4D on Genetically Modified Crops November 26, 2013 (2,4D Enlist Briefing – Administrator Briefing Package – 11-21-13.pptx) | 11/21/2013 | Attached to released email ED_Vaughn3_0005971 |
| **Author** | **Recipients** | |
| EPA EFED and RD Staff | OPP Management | |
| **Document Description** | | |

This document is an internal PowerPoint presentation for a briefing of the Director of the Office of Pesticide Programs discussing the initial development of the registration review of Enlist Duo. It summarizes the purpose of doing the review, concurrent actions being undertaken by USDA, and sets out issues and concerns EPA staff were facing at that point in the registration review of EnlistDuo and presents issues to be deliberated by management. It is a slightly later version of the PowerPoint for the Administrator Briefing in Entry 67, but precedes the document described in Entry 59.

| Exemption Justification |
|---|

Exemption 5—Deliberative Process – This document is an earlier version of the document described in Entry 59. The Vaughn explanation for entry 59 is incorporated by reference.

Segregability:
Any factual portion of the document is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Release of any part of this document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Further, the document as a whole represents the status of the internal Agency deliberative process of performing the appropriate actions for the registration of Enlist Duo and the entirety of the document was intended for deliberation between agency staff and management. The entire document was for management review of the adequacy staff's work on the registration to that point in time and consideration of the potential course of action to complete the review from that time.

| Entry No. 124 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005994 - 0005994 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00058284 | **Pages**: 1 | **Pages Withheld/Redacted**: portion of 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to** | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | Enlist Briefing | 10/30/2013 | |
| **Author** | **Recipients** | |
| Steven Bradbury | Lois Rossi; Donald Brady; Jack Housenger; Yu-Ting Guilaran | |
| **Document Description** | | |

This is an email from Steve Bradbury to OSCPP colleagues. A paragraph of the email is redacted. The redacted portion of the email discusses the strategy for an upcoming briefing of the Administrator and deliberates what emphasis could be given to specific topics.

**Exemption Justification**

Exemption 5—Deliberative Process
First email: Steve Bradbury sent the originating email to his OCSPP colleagues. It provides his opinions and impressions of what issues are necessary to discuss in an upcoming briefing of EPA management and suggests someone create a PowerPoint presentation for the briefing. One paragraph concerning this issue is redacted as deliberative. The withheld portion reflects Mr. Bradbury's views on the information to present to EPA management concerning the on-going work on Enlist Duo registration. This withheld information is deliberative, because it reflects Mr. Bradbury's personal opinion on the identification of the import of issues related to the registration process and offers suggestions for his colleagues to consider before they brief the management chain for further consideration. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration action it discusses and EPA's decision on the registration. The underlying documents discussed the Agency staff's work on EPA's ongoing registration action for Enlist Duo, and the redacted text only discusses policy issues. The reason Mr. Bradbury felt that any particular issues be addressed in the briefing did not directly result in any final agency action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

Segregability: This email chain contains three emails. Two emails were released in full and one paragraph in one email was redacted. All segregable information in the email chain have been released. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the final response to public comments released to the public with the final registration action by EPA.

| Entry No. 125 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0005996 - 0006004 | Ex 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832B_00071165 | **Pages**: 9 | **Pages Redacted/Withheld**: 9 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| Addendum to 2,4-D Choline Salt Section 3 Risk Assessment: Designated Critical Habitat Modification Determinations for Proposed New Uses on Herbicide-Tolerant Corn and Soybean for AR, IL, IA, KS, LA, MN, MS, MO, NE, ND, OH, OK, SD, TN and WI (Critical habitat First 16 states MR.docx) | 1/28/2015 | Attached to released email ED_Vaughn3_0005995 |
| **Author** | **Recipients** | |
| EPA EFED Staff, Meghan Radtke | Sujatha Sankula; Ed Odenkirchen; Meghan Radtke | |
| **Document Description** | | |
| Draft document of the Addendum concerning critical habitat designations for the first 16 states of EnlistDuo. The final version of this document is released as ED_Vaughn3_ | | |
| **Exemption Justification** | | |

Exemption 5—Deliberative Process Privilege

EPA EFED staff created this document to develop the analysis document for the critical habitat designations to accompany the ESA addenda for the Enlist Duo assessments for all 16 states. This document became the final "Critical Habitat" that was a supplement to the Registration of Enlist Duo in 16 states entered into the docket in March 2015. EPA staff scientists created and worked on the draft version of the addendum, this version specifically includes edits from Meghan Radtke. The draft document includes rough drafts of text being circulated for further addition, comment, and review. In this draft, EPA staff provide a version of the text of the scientific methodologies and evidence to be presented review by Agency management. The document was developed as part of the process to allow EPA EFED staff to review the appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addressed the legal requirements of ESA assessments. This draft document represents an effort by EFED staff to further develop the Addendum through give and take discussions circulated between staff prior to sending the document through the management chain for ultimate approval. Release of this document in draft form would have a chilling effect on the Agency's ability to have open and frank discussions among its staff weighing and evaluating scientific data, studies, reports, and other relevant information in order to come to a final determination. Further, release of this early draft document would result in public confusion regarding the Agency's final decisions weighing and evaluating scientific data, studies, reports, and other relevant information in the draft version. All final decisions made based on the discussions in this draft document are reflected in the final released document.

Segregability:
  The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Critical Habitat Addendum in the registration docket for Enlist Duo. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.

Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

### Entry No. 126*

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0006005 - 0006006 | Ex. 5—Deliberative Process, Attorney Client | Release redacted |
| **Document Number**: ED_000832B_00071272 | **Pages**: 2 | **Pages Withheld/Redacted**: portion of 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type | Subject** | **Date** | **Attachments** |
| email | RE: Final? Draft of 2,4-D choline 10-state RTC | 3/12/2015 | |
| **Author** | **Recipients** | |
| Ed Odenkirchen | Megan Radtke | |

**Document Description**

This is a string of three emails between Ed Odenkirchen, Meghan Radtke and EFED colleagues. The first third and emails are released in full. The second email was redacted. The second email consists of Ed Odenkirchen's response to Ms. Radtke's questions on some comments she had on the document attached to her email. Mr. Odenkirchen provides his edits and responses in the body of the email rather than attaching a document. Three sentences are redacted for deliberative process.

**Exemption Justification**

The first and third emails are released in full.

Ex. 5 Deliberative Process
Second email: This email is from Ed Odenkirchen to Meghan Radtke responding to her earlier email. The redacted portion of the email provides Mr. Odenkirchen's proposed language to address Ms. Radtke's questions, and provides his insight into some of her questions on the response to comments for the additional 10 state ESA assessment. This intra-agency communication describes policy questions posed by one Agency staff member to another, discusses possible solutions to the issue, and proposed edited language. All of the email's text reflects the internal discussion about this issue. This withheld information is deliberative, because it reflects Mr. Odenkirchen's personal opinion on the nature of the issues, and offers his and insights to be further considered prior to presenting the issue to management. The information is also pre-decisional, because it preceded the final discussion with agency management on the registration of Enlist Duo, or any final terms for the scope of the response to comments document, entirely encompassing policy issues. The reasoning used by Mr. Odenkirchen describing the issue and insight provided did not represent the Agency's reasoning for its final action, and disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees and attorneys.

Segregability: All segregable information in the email chain have been released. The entirety of the redacted text discusses the legal ramifications of potential policy positions taken by OCSPP. Any final decision made by the Agency on the redacted information is reflected in the final version of the Response to Comments document of Enlist Duo released to the public in March 2015.

| Entry No. 127 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0006053 - 0006058 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00077704 | **Pages**: 6 | **Pages Withheld/Redacted**: portions of 3 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| RE: Due tomorrow AM: Green wire asking for a timeline for Endangered Species Act assessment | 6/30/2014; 7/1/2014 | |
| **Author** | **Recipients** | |
| Anita Pease; Kaythi Han | Catherine Eiden; Dominic Schuler; Darlene Dinkins; Rebecca Riggs | |
| **Document Description** | | |

This is an email string containing seven emails, three of which are partially redacted. The redacted portion of the third email is draft language for EPA's response to a media inquiry concerning the timeline of the ESA assessment for Enlist Duo. The redacted portion of the fourth and sixth email discuss initial thoughts on the response to the media inquiry to be further developed by public relations staff.

**Exemption Justification**

Ex. 5 Deliberative Process

The first, second, fifth, and seventh emails are released in their entirety.

Sixth email: The fifth email of this string was sent by Anita Pease to Kaythi Han, and proposes another sentence to add to the potential EPA response to the media inquiry. This intra-agency communication was intended for further consideration by EPA staff, and was further developed into the Agency's official response to the media inquiry. The redacted sentence is a question that is also deliberative because it concerns the draft response and does not reflect the final position of the Agency in the matter. This withheld information is deliberative, because it reflects Anita's opinion on the strategy for responding to the inquiry. The information is also pre-decisional, because it preceded the final position the agency took in response to the media inquiry.

Fourth email: The fifth email of this string was sent by Kaythi Han to Catherine Eiden and Anita Pease, and proposes another possible draft position for EPA to take in response to the media inquiry. This intra-agency communication was intended for further consideration by EPA staff, and was further developed into the Agency's official response to the media inquiry. The redacted sentence is a question that is also deliberative because it concerns the draft response and does not reflect the final position of the Agency in the matter. This withheld information is deliberative, because it reflects Kaythi's opinion on the strategy for responding to the inquiry. The information is also pre-decisional, because it preceded the final position the agency took in response to the media inquiry.

Third email: The third email of this string was sent by Kaythi Han and includes one iteration of draft language by OCSPP staff to respond to the media inquiry based on the question posed by the reporter. Two sentences are redacted. This is an intra-agency communication that describes deliberative portions of the Agency response that was not in final form. This withheld information is deliberative, because it is a program staff draft of a media response that further edited and developed by the Public Affairs office. The information is also pre-decisional, because it preceded the final Agency position provided by the Public Affairs office. Disclosure of this consideration would have a chilling effect on open and frank consultations among EPA employees.

**Segregability**: All segregable information in the email chain has been released, six emails were released in full, two sentences in two emails and two sentences in a third email were redacted. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted was made public by the Agency's response in the media report by Greenwire on the timeline of the ESA assessment.

**Entry No. 128***

| Bates Number | Exemption(s) | Release/Withholding Status |
|---|---|---|
| ED_Vaughn3_0006060 - 0006067 | Ex. 5 Deliberative Process; | Withheld in full |
| **Document Number**: ED_000832B_00089775 | **Pages**:8 | **Pages Withheld/Redacted**: 8 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**:<br>ED_Vaughn3_0004942 | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| 2,4-D Choline Salt Comments Next 10 States (Draft RTC for next 10 states (2).docx | 2/3/2015 | Attached to released email ED_Vaughn3_0006059 |
| **Author** | **Recipients** | |
| EFED Staff | Meghan Radtke; Faruque Khan | |

**Document Description**

Early working draft of the Response to Comments document pertaining to EFED Staff. This is an earlier working version of the document in Entry 98 and is very similar to the document described in Entry 104. The final version of this document was released to the public later in 2015.

**Exemption Justification**

Exemption 5—Deliberative Process – Please see explanation in Entry 103, as this draft document does not substantively differ from that document. That Vaughn entry is incorporated by reference.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly in 2015. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 129 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0006120 - 0006121 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_00090296 | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| RE: Update on 2,4-D ESA | 12/8/2014 | |
| **Author** | **Recipients** | |
| Meghan Radtke | Sujatha Sankula | |

| Document Description |
|---|
| This is a string of two emails between Meghan Radtke and Sujatha Sankula. Three sentences in the first email are redacted. The email is a question from Meghan Radtke to Sujatha Sankula asking for her opinion on an issue in the development of the next phase ESA assessment. |

| Exemption Justification |
|---|
| The second email is released in full. |

Ex. 5 Deliberative Process
First email: This email is from Meghan Radtke to Sujatha Sankula. Three sentences in the email are redacted. The redacted sentence provides Ms. Radtke's request for an update on ongoing issues of concern in the development of the next phase of states undergoing ESA assessment for Enlist Duo. It is unclear which ESA assessment is being discussed, but likely a phase of the ESA addenda, and possibly not responsive to the request at issue in this litigation. This withheld information is deliberative, because it reflects Ms. Radtke's opinion on the nature of the issue and requested further discussion from Ms. Sankula on the matter. The information is also pre-decisional, because it preceded the final version of the ESA assessment for Enlist Duo, and the only dealt with a policy issue involving mitigation methods. The withheld sentences did not represent the Agency's reasoning for its final action, and disclosure of this internal staff discussion would likely have a chilling effect on open and frank consultations among EPA employees working on similar draft documents.

Segregability: This email string contains four emails. One email was released in full and one email was partially redacted by withholding three sentences. All segregable information in the email chain has been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the final version of the ESA Addenda included in the March 2015 docket or in the next phase ESA assessment not responsive to this request.

| Entry No. 130* | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0006125 - 0006130 | Ex. 5—Deliberative Process; Attorney Client Privilege | Withheld in Full |
| **Document Number**: ED_000832B_00097473 | **Pages**: 6 | **Pages Withheld/Redacted**: 6 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| Document / Decision to Amend Enlist Duo Herbicide Label to include additional states: Arkansas, Kansas, Louisiana, Minnesota, Missouri, Mississippi, Nebraska, Oklahoma, and North Dakota (ENLIST draft short form Decision Document 03302015 – 9 additional states EFED_bjw-03-31-15.docx) | 3/31/2015 | Attached to released email beginning at ED_Vaughn3_0006122 |
| **Author** | **Recipients** | |
| EPA EFED Staff, edits from Ben Wakefield | Michele Knorr; Ariadne Goerke | |
| **Document Description** | | |
| This document is a 6-page draft of the Decision to Amend the Label for Enlist Duo that has been released to the public. It includes edited text and extensive comments concerning legal issues from OGC attorney Benjamin Wakefield and was further developed by EPA OCSPP staff prior to public release. | | |
| **Exemption Justification** | | |
| Exemption 5—Please see explanation for Entry 95 as this document is identical to the document described in that Entry.<br><br>**Segregability**<br>The document is a draft used for legal review of the final document that has been released. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. There is no segregable information in the document that is not reflected in the final version of the document that is in the public docket. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any factual information utilized is represented in the final version of the document and any edited text is inextricably intertwined with the final version of the text and cannot be further segregated. | | |

| Entry No. 131 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0006131 - 0006132 | Ex. 5—Deliberative Process | Release redacted |
| **Document Number**: ED_000832B_001016170 | **Pages**: 2 | **Pages Withheld/Redacted**: 1 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to):** | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| email \| RE: Update on 2,4-D ESA | 12/8/2014 | |
| **Author** | **Recipients** | |
| Meghan Radtke | Sujatha Sankula | |

**Document Description**

This is a string of two emails between Meghan Radtke and Sujatha Sankula. Three sentences in the first email is redacted. The email is a question from Meghan Radtke to Sujatha Sankula asking for her opinion on an issue in the development of the next phase ESA assessment.

**Exemption Justification**

The second email is released in full.

Ex. 5 Deliberative Process
First email: This email is from Kathryn Montague to Ben Wakefield and Michele Knorr in OGC. Three sentences in the email are redacted. The redacted sentences provide Montague's reasoning for the inclusion of the attached documents in the docket for Enlist Duo and quotes Meghan Radtke's describing the reasoning of the documents. This withheld information is deliberative, because it reflects Ms. Montague's opinion on the nature of the issue and requested further discussion from OGC on the matter. She does not discuss the reasoning behind the substance of the attached released documents, but the potential reasoning for their creation and inclusion in the administrative record The information is also pre-decisional, because it preceded the final version of the ESA assessment for Enlist Duo, and the only dealt with a policy issue involving mitigation methods. The withheld sentences did not represent the Agency's reasoning for its final action, and disclosure of this internal staff discussion would likely have a chilling effect on open and frank consultations among EPA employees working on similar draft documents.

Segregability: This email string contains three emails. Two emails were released in full and one email was partially redacted by withholding three sentences.  All segregable information in the email chain has been released. Any factual portion of the redacted information is inextricably intertwined with the deliberative information and is not further segregable without producing privileged content. Any final decision made by the Agency on the information discussed in the redacted text is reflected in the attached documents which are released.

| Entry No. 132** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0003507 - 0003537 | Ex. 5 Deliberative Process; Attorney Client Privilege | Withheld in Full |
| **Document Number:** ED_000832B_00055256 | **Pages**:32 | **Pages Withheld or Redacted**: 32 |
| **Exact Duplicate (entry applies to):** | **Part of (entry relates to)**: | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| Final Registration of Enlist Duo Herbicide - 10-9-14 mlk comments 9 pm.doc) | 10/9/2014 | Attached to released email ED_Vaughn3_0003505 |
| **Author** | **Recipients** | |
| OCSPP Staff, Michele Knorr | Emily Schmid, Robert Perlis, Meghan Radtke | |
| **Document Description** | | |

Working draft of the Final Registration document for the first 16 states that was included with the response to comments documents pertinent to each OCSPP division involved in the registration of Enlist Duo. Some sections were missing from this version and it was further developed and edited into the final version that was released to the public on October 14, 2014. This document is a later version of the document described in Entry 112, with edits and comments from OGC attorney Michele Knorr.

**Exemption Justification**

Exemption 5—Deliberative Process - Please see explanation in Entry 112 as this document has some additional draft content and edits from that document, but does not substantively differ. That Vaughn entry for deliberative process privilege is incorporated by reference.

Exemption 5 – Attorney Client Privilege - The edits and comments in the document reflect direct attorney communication from Michele Knorr in OGC, to her client, the EFED staff. This communication was confidential and was not to be shared with anyone outside of OGC and EFED. The comments and edits provided OGC's legal interpretation of the draft text, provided advice to program staff, and recommendations on issues to consider before final adoption. The withheld text reflects candid advice from the Agency attorneys to their clients during the ongoing consideration of the proposed registration and the questions asked relate to applicable statutes and EPA regulations. Release of this information would have a chilling effect on the ability of Agency attorneys to provide open and candid conversations about sensitive legal issues within the Agency in the future and could negatively affect the Agency's ability to have thorough and comprehensive reviews of similar actions in the future.

Segregability
The document is a draft for legal review of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it extremely difficult to ascertain and segregate further considering the length and scope of the document.

| Entry No. 133** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002003 - 0002014 | Ex. 5 Deliberative Process | Withheld in full |
| **Document Number**: ED_000832_PSTs_00003181 | **Pages**:12 | **Pages Withheld/Redacted**: 12 |
| **Exact Duplicate (entry applies to):** ED_Vaughn3_0002204 - 0002215; ED_Vaughn3_0002217 - 0002228 | **Part of (entry relates to)**: ED_Vaughn3_0001906 – 0001917 | |
| **Document Type \| Subject** | **Date \| Time** | **Attachments** |
| Draft Document \| 2,4-D Choline Salt Comments Pertaining to EFED (EFED Response to Public Comments EO.docx) | 9/9/2014 | Attached to released emails beginning at ED_Vaughn3_0002002; ED_Vaughn3_0002216; ED_Vaughn3_0002199 |
| **Author** | **Recipients** | |
| EFED Staff, Edward Odenkirchen | OCSPP Staff | |

**Document Description**

Early working draft of the Response to Comments document with comments and edits from EFED Staff. This is an earlier version of the document in Entry 41. This is the EFED staff working version of the document prior to the OGC reviewed version in Entry 41. This document includes additions and comments from Ed Odenkirchen, but is in an early form that was later added to and revised by other reviewers. The final version of this document was released to the public on October 14, 2014.

**Exemption Justification**

Exemption 5—Deliberative Process – Because this document is a working draft and a similar, but earlier iteration to the document described in Entry 41, please see explanation in Entry 41.

Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 134 | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0006133 - 0006171 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_0003532 | **Total Pages**: 38 | **Pages Redacted/Withheld**: 38 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to)**: | |
| **Document Type \| Subject/Title** | **Date** | **Attachments** |
| Draft Document \| "Update on 2,4D Choline Salt Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean" (24-D choline Listed Species 2_6_14 MR ap.docx) | 2/6/2014 | Attached to released email beginning at ED_Vaughn3_0002350 |
| **Author** | **Recipients** | |
| EPA EFED Staff, Anita Pease | Donald Brady, Meghan Radtke, James Cowles | |

**Document Description**

This document is a very early rough draft of the final Ten State Addenda from September 2014 that has been released to the public. This developmental draft was intended to begin the collaborative process in EFED to develop what would become the Ten State Addenda. This version contains less than half of the text of the final version, is unformatted, and contains deliberative text that was further developed and heavily edited by staff in the following months. It only differs from the document in Entry 1 by developmental comments from Anita Pease.

**Exemption Justification**

Ex. 5 Deliberative Process – Because this document is a working draft and a nearly identical version of the document described in Entry 1, please see explanation in Entry 1.

Segregability: The document is an early draft of the final document that has been released. There is no segregable factual information in the document that is not reflected in the final version of the Ten State Addendum (ED_Vaughn3_0002751). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text, rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 39 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 135** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withholding Status** |
| ED_Vaughn3_0002204 - 0002215 | Ex. 5 Deliberative Process | Withheld in full |
| **Document Number**: ED_000832_PSTs_00001160 | **Pages**:12 | **Pages Withheld/Redacted**: 12 |
| **Exact Duplicate (entry applies to)**: | **Part of (entry relates to)**: ED_Vaughn3_0001906 – 0001917 | |

| Document Type \| Subject | Date \| Time | Attachments |
|---|---|---|
| Draft Document \| 2,4-D Choline Salt Comments Pertaining to EFED (EFED Response to Public Comments_090314.docx) | 9/3/2014 | Attached to released emails beginning at ED_Vaughn3_0002202 |

| Author | Recipients |
|---|---|
| EFED Staff, Faruque Khan | Ed Odenkirchen, Sujatha Sankula |

**Document Description**

Early working draft of the Response to Comments document with comments and edits from EFED Staff. This is an earlier version of the document in Entry 41. This is the EFED staff working version of the document prior to the OGC reviewed version in Entry 41. This document includes additions and comments from Faruque Khan, but is in an early form that was later added to and revised by other reviewers. The final version of this document was released to the public on October 14, 2014.

**Exemption Justification**

Exemption 5—Deliberative Process – Because this document is a working draft and a near identical, but earlier iteration to the document described in Entry 41, please see explanation in Entry 41.
Segregability
The document is an early working draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Response to Comments were posted publicly on October 14, 2014. The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Compared to the final version, text that was added, deleted, or further edited through the development process and are inextricably interspersed throughout the document. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

| Entry No. 136** | | |
|---|---|---|
| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
| ED_Vaughn3_0006172 - 0006194 | Ex. 5—Deliberative Process; | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00003098 (previously Attachment to PRD 000703) | **Pages**:22 | **Pages Withheld/Redacted**: 22 |
| **Exact Duplicate of (entry applies to)**: ED_000832_PSTs_00003094; ED_000832_PSTs_00002893 | **Part of (entry relates to):** ED_Vaughn3_0001624 – 0001645 (Entry 31) | |
| **Document Type \| Subject** | **Date** | **Attachments** |
| Draft Document / Proposed Registration of Enlist Duo Herbicide (ENLIST Proposed Registration of the 24-D for Enlist Corn Soybean 02202014 rough draft_FK.docx; and ENLIST Proposed | 2/20/2014 | Attached to released redacted emails ED_Vaughn3_0001679; ED_Vaughn3_0001646; and ED_Vaughn3_0001676 |

| Registration of the 24-D for Enlist Corn Soybean 02202014 rough draft EFED comments.docx) | | |
|---|---|---|
| **Author**<br>EPA EFED Staff, edits from Sujatha Sankula | **Recipients**<br>Meghan Radtke | |
| **Document Description** | | |
| This document is a very early 22-page rough draft of the Proposed Registration of Enlist Duo that has been released in final form as document ED_Vaughn3_0003407. It is an earlier iteration of the document described in Entry No. 9. This version is an early working draft intended to be added to and undertake extensive revisions. It includes comments and questions from Faruque Khan to other EFED staff to deliberate and further develop. | | |
| **Exemption Justification** | | |
| Exemption 5—Deliberative Process – Because this document is a working draft and a nearly identical but earlier iteration of the document described in Entry 31, please see explanation in Entry 31 as the substantive reasons for withholding do not differ.<br><br>**Segregability**<br>The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Proposed Registration of Enlist Duo Herbicide that has been released to the public (also, ED_Vaughn3_0003407). The differences in this version and the final version consist largely, if not wholly, of differences in the method of explanation and organization of text rather than differences in the underlying facts. Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released.  Compared to the final version, 10 additional pages of text that were added and further edited through the development process and are inextricably interspersed throughout the document. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document. | | |

**Entry No. 137**

| Bates Number | Exemption(s) | Release/Withhold Status |
|---|---|---|
| ED_Vaughn3_0006195 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00003591 | **Total Pages**: 1 | **Pages Redacted/Withheld**: 1 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** ED_Vaughn3_0001506 | |
| **Document Type \| Subject/Title**<br>Draft Document \| 2,4D Choline Endangered Species Concerns (Three listed species.docx) | **Date**<br>11/21/2013 | **Attachments**<br>Attached to released email ED_Vaughn3_0002441 |
| **Author**<br>EPA EFED Staff, Ed Odenkirchen | **Recipients**<br>Megan Radtke | |
| **Document Description** | | |

This is a 1-page very early draft document of the Effects Determination Discussion sections of 3 assessed species in the Six State Addendum that was released to the public. This is an earlier version of the document described in Entry No. 24. It is an earlier iteration of a small portion of the working document described in Entry No. 24, intended to be a rough starter paper for additions and edits to further develop the eventual product document. This document later evolved into the 44-page "Six State Addendum."

**Exemption Justification**

Exemption 5—Deliberative Process:  Ed Odenkirchen created this document to initially develop the Animal Effects Determination sections for three species (Canada Lynx, Indiana Bat, and Whooping Crane) of what became the final "Six State Addendum" that is released in full as document ED_Vaughn3_0000482. This document is a very early draft (the precursor to document ED_Vaughn3_0001506) of what became the Agency's final ESA assessment in the Six State Addendum. It contains initial thoughts from Ed Odenkirchen, a rough draft of text, and poses some policy questions for his colleagues to consider and review. The document consists of Mr. Odenkirchen's opinion and interpretation of the methodologies and explanations referenced throughout the working draft document, of which development was ongoing. Many of the comments make suggestions on selection or organization of facts, and presents Mr. Odenkirchen's initial thoughts on what the Agency could explore further. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addresses the legal requirements of ESA assessments. This draft document represents an initial effort by EFED staff to develop the Six State Addendum through give and take deliberations circulated between staff prior to sending the document through the management chain for ultimate approval. It consists largely of rough text inserted initially paraphrasing the works cited by the assessment to be further refined and developed. This version is one of the earliest documents created during the drafting of the six state assessment and very roughly formatted.

Segregability: The document is a very early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 43 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document.

**Entry No. 138**

| **Bates Number** | **Exemption(s)** | **Release/Withhold Status** |
|---|---|---|
| ED_Vaughn3_0006196 - 0006202 | Ex. 5—Deliberative Process | Withheld in Full |
| **Document Number**: ED_000832_PSTs_00003592 | **Total Pages**: 6 | **Pages Redacted/Withheld**: 6 |
| **Exact Duplicate of (entry applies to)**: | **Part of (entry relates to):** ED_Vaughn3_0001506 | |
| **Document Type \| Subject/Title** | **Date** | **Attachments** |
| Draft Document \| Issues to Consider as we move forward with Indianna (sic) Bat (Indiana Bat.docx) | 11/21/2013 | Attached to released email ED_Vaughn3_0002441 |
| **Author** | **Recipients** | |
| Ed Odenkirchen | Megan Radtke | |

| **Document Description** |
|---|
| This is a 6-page early draft document of the Background and some of the Effects Determination Discussion sections for the Indiana Bat in the Six State Addendum that was released to the public. This is an earlier version of the document described in Entry No. 24. It is an earlier iteration of the working document described in Entry No. 24, with many sections including questions asking others to make specific additions and edits to further develop the document. This document later evolved into the 44-page "Six State Addendum." |

| **Exemption Justification** |
|---|
| <u>Exemption 5—Deliberative Process</u>:  Ed Odenkirchen created this document to initially develop the Animal Effects Determination section for the Indiana Bat (of what became the final "Six State Addendum" that is released in full as document ED_Vaughn3_0000482. This document is a very early draft (the precursor to document ED_Vaughn3_0001506) of what became the Agency's final ESA assessment in the Six State Addendum. It contains initial thoughts from Ed Odenkirchen, a rough draft of text, and poses some policy questions for his colleagues to consider and review concerning work on the Indiana Bat – one of the most heavily analyzed species in the assessment. The document consists of Mr. Odenkirchen's opinion and interpretation of the methodologies and explanations referenced throughout the working draft document, of which development was ongoing. Many of the comments make suggestions on selection or organization of facts, and presents Mr. Odenkirchen's initial thoughts on what his colleagues could explore further. This document was developed with the goal of initiating EPA EFED staff deliberation of all appropriate and relevant information to include in the Agency's final decision document and to ensure that the information was ultimately organized in a way that adequately addresses the legal requirements of ESA assessments. This and the document described in Entry 137 were soon after combined to create the document described in Entry 24. This draft document represents an initial effort by EFED staff to develop the Six State Addendum through give and take deliberations circulated between staff prior to sending the document through the management chain for ultimate approval. It consists largely of rough text inserted initially paraphrasing the works cited by the assessment to be further refined and developed. This version is one of the earliest documents created during the drafting of the six-state assessment of the Indiana Bat and is very roughly formatted. <br><br> <u>Segregability</u>: The document is an early draft of the final document that has been released. There is no segregable information in the document that is not reflected in the final version of the Six State Addendum released to the public (also, ED_Vaughn3_0000482). Release of any part of this draft document would expose what occurred in the deliberative process between the creation of the draft and the issuance of the final document, which has been publicly released. Compared to the final version, this document contains 38 fewer pages of text that were further developed and added to through the editing process. Any language used in this draft that remained in the final version is interspersed throughout the document, often with extensive edits, making it inextricably intertwined with privileged information and making it not further segregable considering the length and scope of the document. |