UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>      Defendant. | Civil Action No.: 1:16-cv-00175-BAH |

## DECLARATION OF STEPHANIE M. PARENT

I, STEPHANIE M. PARENT, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I am a Senior Attorney in the Environmental Health Program of the Center for Biological Diversity (the "Center").

2. I submit this declaration in support of Plaintiff's Motion for Summary Judgment. The purpose of this declaration is to describe the records that remain at issue in this case.

3. The Environmental Protection Agency ("EPA") claims Exemption 5 of the Freedom of Information Act ("FOIA") applies to 138 records and withheld them in full or in part, according to the *Vaughn* Index attached to the Third Supplemental Declaration of Earl Ingram, Jr. ECF No. 37-2. EPA fails to justify that any of these withholdings satisfy Exemption 5 in the *Vaughn* Index. Nonetheless, the Center has narrowed the records at issue in this case based on the Center's belief that the records contain some discussion or assessment of effects of Enlist Duo on endangered or threatened species or their critical habitat. For example, the Center is forgoing its dispute over records that appear to be primarily focused on the pesticide registration decision or responses to comments.

1

4.      There are 79 records that remain at issue in this case.

5.      In the *Vaughn* Index, EPA describes the "Document Type" as either "email," "Document," or "Draft Document," and describes the "Release/Withholding Status" as either "Withheld in Full" or "Release redacted."

6.      Of the records at issue, 37 are documents or draft documents, and, notably, EPA withheld all of them in full.  There are 42 records at issue that are email, and EPA released these records with redactions, with the exception of 2 emails that EPA withheld in full.

7.      There are three categories of records in dispute. First, it is evident that many of the records, documents and emails, contain information concerning endangered or threatened species or EPA's assessment of the effects of use of Enlist Duo on endangered or threatened species or their critical habitat ("ESA assessments"). Second, some records concern documents and emails to brief the EPA Assistant Administrator or Administrator, which would include information concerning ESA assessments. Third, some records concern meetings with the registrant, Dow Agrosciences, which also appear to concern ESA assessments

8.      There are 21 documents that EPA withheld in full that concern ESA species, critical habitat, or ESA assessments based on the document title in the *Vaughn* Index, listed in chronological order:

| *Vaughn* Index Entry No. | Document Title |
|---|---|
| 137 | Three listed species.docx (11/21/13) |
| 138 | Indiana Bat.docx (11/21/13) |
| 72 | 2,4-D choline sale ESA Work 12-17-13.docx (12/17/13) |
| 24 | 2,4-D choline Listed species MLW 12-30-13.docx (12/30/13) |
| 52 | 24-D choline Listed species update 1-6-13.docx (1/6/14) |
| 3 | 24-D choline Listed species update 1-6-13.docx (later 1/6/13) |
| 27 | 2,4-D choline Listed species update 1_23_2014MP.docx (1/23/14) |
| 90 | 24-D choline Listed species update 1-27-2014_MP Odenkirchen responses_ap.docx (1/28/2014) |

| | |
|---|---|
| 28 | Listed Species 24D Choline 1_30_2014.docx (1/31/14) |
| 134 | 24-D choline Listed Species 2_6_14 MR ap.docx (2/6/14) |
| 1 | 24-D choline Listed Species 2_6_14 MR KG.docx (2/6/14) |
| 117 | 24-D choline Listed Species 2_6_14 MR KG.docx (3/26/14) |
| 13 | 24-D choline Listed Species 2_6_14 MR KG.docx (9/5/2014) |
| 15 | Expanded 2 4 D choline ESA incorporates KG and SS MR.docx (9/9/14) |
| 21 | 10 State Expanded ESA Assessment fgj.docx (9/10/14) |
| 22 | 051505_421678_422714_10 State ESA Assessment MR.docx (9/11/14) |
| 19 | 051505_421678_422714_10 State ESA Assessment MR.docx (9/11/14) |
| 17 | 051505_421678_422714_10 State ESA Assessment MR SS ewo MR.docx (9/19/17) |
| 92 | 051505_4233309_S3NU__Runoff Addendum ESA Assessment 10-10-2014.docx (10/10/14) |
| 36 | 051505_421678_422714_Runoff Addendum ESA Assessment.docx (10/10/14) |
| 125 | Critical habitat First 16 states MR.docx (1/28/15) |

9. Similarly, there are 35 emails that EPA withheld in full or in part that concern ESA species, critical habitat, or ESA assessments based on the document description in the *Vauhn* Index, listed in chronological order:

| *Vaughn* Index Entry No. | Excerpt from "Document Description" |
|---|---|
| 94 | "discussing the ongoing work on the 2,4-D ESA" (2/2713) |
| 57 | "concerning the ongoing development of the ESA assessment, specifically the submission of data from Dow on the Indiana Bat" (11/26/13) |
| 60 | "concerning the ongoing development of the ESA assessment, specifically the submission of data from Dow on the Indiana Bat" (11/26/13) |
| 23 | "describes a policy based edit Mr. Odenkirchen made to the draft of the Six State Addenda" (12/26/13) |
| 2 | Comments on "document intended to present issues on the development of the assessment" (1/6/14) |
| 51 | "concerning the ongoing development of the ESA assessment" (1/6/14) |
| 53 | "comments to the attached document intended to provide an update" (1/6/14) |
| 55 | "concerning the ongoing development of the ESA assessment" (1/6/14) |
| 56 | "concerning the ongoing development of the ESA assessment" (1/6/14) |
| 62 | "issue in the development of the ESA assessment" (2/3/14) |
| 83 | Same as Entry 62, one additional sentence redacted (2/3/14) |
| 47 | "discussion amongst staff involved in the Assessment's development" (2/6/14/ to 2/10/14) |
| 16 | "discussion amongst staff concerning the ESA assessment's development" (2/6/14/ to 2/10/14) |

| 29 | "concerning the ongoing development of the ESA assessment" (2/6/14/ to 2/10/14) |
|---|---|
| 48 | "concerning the ongoing development of the ESA assessment" (2/6/14/ to 2/10/14) |
| 49 | "concerning the ongoing development of the ESA assessment" (2/6/14/ to 2/7/14) |
| 64 | "draft of language describing the appropriate "no effect" standard at issue in the ESA Assessments" (2/26/14) |
| 30 | "impressions on the development of the draft" attached assessment (2/26/14) |
| 33 | "describe various issues encountered by staff through their review and edits of the draft assessment" (4/29/14 to 4/30/14) |
| 8 | "staff deliberation about defining buffer limits in the draft ESA assessment" (4/29/14 to 4/30/14) |
| 122 | Discusses attached draft ESA assessment (8/25/14) |
| 20 | "concerning the ongoing development of the ESA assessment" (9/5/14 to 9/10/14) |
| 61 | "discussion on an issue in the development of the ESA assessment" (9/8/14) |
| 14 | "suggests a potential path forward for developing the ESA assessment" (9/9/14) |
| 18 | Discusses the ESA assessment (9/9/14) |
| 68 | Discusses ESA schedules (9/18/14) |
| 40 | "discusses a specific portion of the assessment to review" (9/23/14) |
| 95 | Discusses attached ESA assessment (9/24/14) |
| 4 | Email Subject: "URGENT: ESA issues in 2,4-D" (10/9/14) |
| 82 | Email Subject: "OK to send now? Gina Talkers on Enlist/Butterflies" (10/16/14) |
| 81 | "ongoing work on the ESA addenda" (11/25/14) |
| 129 | "next phase ESA assessment" (12/8/14) |
| 131 | "development of the next phase ESA assessment (12/8/14) |
| 106 | "Do you assume 100% crop treated when you did your ESA assessment?" (2/11/15 to 2/12/15) |
| 74 | "ongoing development of the ESA assessment" 3/23/15 to 3/25/15) |

10. EPA formalized its ESA assessments in the "Addendum to 2,4-D Choline Salt Section 3 Risk Assessment: Refined Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean" (Feb. 12, 2014) ("Six States Addendum") and the "Addendum to 2,4-D Choline Salt Section 3 Risk assessment: Refined Endangered Species Assessment for Proposed New Uses on Herbicide-Tolerant Corn and Soybean for AR, KS, LA, MN, MS, MO, NE, ND, OK, TN" (Sept. 26, 2014) ("Ten States Addendum"). *See* Declaration of Margaret Townsend, Exhibits D and G, ECF Nos. 17-8, 17-11.

11. A review of the Six States and Ten States Addendums shows that EPA's ESA Assessments purport to be based on science. EPA assumes that spray drift will remain confined to the field, based on spray drift buffers. Townsend Decl., Ex. D at 3. EPA then concludes that

4

the registration of Enlist Duo is "no effect" to 49 of 53 species "based on the premise that they are not expected to occur on corn and soybean fields." *Id.* For four species, including the Indiana bat, that are expected to occur on the fields, EPA assessed "species specific biological information and 2,4-D choline salt use patterns." *Id.* EPA followed "the same general approach" for the Ten States Addendum. Townsend Decl., Ex. G at 2.

12. There are 13 documents that EPA withheld in full that concern "technical briefing" or "briefing" the Assistant Administrator or the Administrator:

| *Vaughn* Index Entry No. | Document Title |
|---|---|
| 67 | 2,4-D Tolerant Crops Administrator Briefing review draft 11132013 5pm.pptx (11/13/13) |
| 66 | 2,4D Enlist Briefing – Draft Slides SteveB Briefing – 11-18-13.pptx (11/18/13) |
| 89 | 2,4D Enlist Briefing – Draft Slides SteveB Briefing – 11-18-13.pptx (11/18/13) |
| 84 | 2,4D Enlist Briefing – Draft Slides SteveB Briefing – 11-19-13.pptx (11/19/13) |
| 123 | 2,4D Enlist Briefing – Administrator Briefing Package – 11-21-13.pptx (11/21/13) |
| 54 | ESA Briefing.pptx (11/21/13) |
| 59 | 2,4D ENLIST Briefing – Administrator Briefing Package 11222013 final.pptx (11/27/13) |
| 12 | 2,4-D ENLIST AA-Briefing 3-5-14.docx (*Vaughn* lists date as 3/4/14) |
| 11 | AA Briefing – Enlist Agenda 3-5-14.docx (3/4/14) |
| 76 | Enlist Briefing – September 8 2014 - update.docx (9/8/14) |
| 58 | 2,4-D Technical Briefing EFED.pptx; subject: "Ecological and Endangered Species Risk Assessments" (9/12/14) |
| 107 | DRAFT 2,4-D Technical Briefing.pptx (10/8/14) |
| 109 | DRAFT 2,4-D Technical Briefing.pptx (10/13/14) |

13. There are 4 emails that EPA withheld concerning these briefings.

| *Vaughn* Index Entry No. | Email Subject |
|---|---|
| 124 | Enlist Briefing (10/30/13) |
| 70 | FW: Updated information on 2,4-D Briefing – what information is needed (11/12/13) |
| 45 | Draft Briefing Document for 2,4-D/Enlist AA/OD Briefing (8/21/14) |
| 120 | additions…; Document Description states email is proposing points for meeting with management (8/25/14) |

14. There are 3 documents that EPA withheld in full concerning a meeting with Dow.

| *Vaughn* Index Entry No. | Document Title |
|---|---|
| 26 | "ENLIST OPP Agenda for meeting on Tue 01142014 (2).docx" (1/14/14) |
| 6 | "Points for Conversation with Dow.docx" (2/20/14) |
| 7 | "Background for Conversation with Dow.docx" (2/20/14) |

15. There are 3 emails that EPA withheld concerning a meeting with Dow:

| *Vaughn* Index Entry No. | Email "Subject" or "Document Description" |
|---|---|
| 91 | "proposing some talking points from EFED for a meeting with Dow" (1/13/14) |
| 25 | "general strategy for staff members in preparation for a meeting with Dow" (1/13/14) |
| 5 | "Points for Conversation with Dow for Meeting with Steve – 2,4D/Enlist" (2/12/14) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 16th day of July, 2018 in Portland, Oregon.

*/s/ Stephanie M. Parent*
Stephanie M. Parent, Senior Attorney
Center for Biological Diversity