I.   Disputed Records

The Center has reviewed each entry in the Vaughn3 Index to identify the records that remain in dispute. However, the Vaughn3 Index does not always provide sufficient information to ascertain whether the underlying agency action that EPA identified as part of the deliberative process was the ESA Assessment or something else. It may be possible that during summary judgment briefing we determine that some of these are no longer in dispute. At present, the following 88 records are in dispute:

> 1, 2, 3, 4, 5, 6, 7, 8, 11, 12, 13, 14, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 36, 37, 38, 39, 40, 45, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 64, 66, 67, 68, 70, 72, 74, 75, 76, 80, 81, 82, 83, 84, 89, 90, 91, 92, 93, 94, 95, 96, 97, 100, 106, 107, 109, 117, 120, 121, 122, 123, 124, 125, 127, 129, 131

The following 43 records are no longer in dispute:

> 9, 10, 31, 32, 34, 35, 41, 42, 43, 44, 46, 63, 65, 69, 71, 73, 77, 78, 79, 85, 86, 87, 88, 98, 99, 101, 102, 103, 104, 105, 108, 110, 111, 112, 113, 114, 115, 116, 118, 119, 126, 128, 130

II.   Scientific Studies

EPA produced almost no studies in the records labeled with the Vaughn3 Bates stamp, but the agency provided many studies to us prior to litigation. We want to confirm that EPA has provided to us everything that the agency relied upon to prepare the addenda, including studies.

III.   Email attachments not found in released records or in the Vaughn3 Index

We have gone through every record that EPA released and compared each one to the entries in the Vaughn3 Index.  In general, when EPA released an email that has one or more attachments, the attachments follow the email sequentially in the "ED_Vaughn3_XXXXXXX" Bates numbering system.  When an attachment did not follow the email in the released records, we searched the Vaughn3 Index to see if the record was withheld in full with a claimed exemption.  If an attachment does not appear in either the released records or the Vaughn3 Index, then it is listed here as missing, and the Center will dispute this failure to release unless EPA can demonstrate the attachments listed below were released or are found in the Vaughn3 Index.

| **Hyperlink to released record** | **Attachment Name(s)** | **Notes:** |
|---|---|---|
| ED_Vaughn3_0005521 | 1 Attachment: "Enlist Duo Endangered Species Assessment for 27 States_7 9 2014_FINAL.p….pdf" | There is a report found at ED_Vaughn3_0000109, but it does not have the same title |

|  |  | or date. |
|---|---|---|
| ED_Vaughn3_0003505 | 1 Attachment: "Final Registration of Enlist Duo Herbicide - 10-9-14 mlk comments 9 pm.doc" |  |
| ED_Vaughn3_0002441 | 4 Attachments: "ESA Briefing.pptx" [WIF at Vaughn3 Entry No. 54]; "051505 D400223+ Section3.docx" [probably released at ED_Vaughn3_0002458]; "Three listed species.docx"; and "Indiana Bat.docx" | We have asked EPA to release the two attachments "Three listed species.docx" and "Indiana Bat.docx" previously, but it has not done so, nor have they shown where released. |
| ED_Vaughn3_0002350 | 1 Attachment: "24-D choline Listed Species 2_6_14 MR ap.docx" | Vaughn3 Entry No. 49 is the email found at 0002350, but it does not list this attachment. |
| ED_Vaughn3_0002285 | 1 Attachment: "24-D choline Listed Species 2_12_14 MR2.docx" |  |
| ED_Vaughn3_0002216 ED_Vaughn3_0002002 | 1 Attachment, same for these two emails: "EFED Response to Public Comments EO.docx" |  |
| ED_Vaughn3_0002202 | 1 Attachment: "EFED Response to Public Comments_090314.docx" | Vaughn3 Entry No. 43 is the email found at 0002202, but it does not list this as an attachment. |
| ED_Vaughn3_0002199 | 1 Attachment: "EFED Response to Public Comments _EO.docx" | Vaughn3 Entry No. 42 is the email found at 0002199, but it does not list this as an attachment. |
| ED_Vaughn3_0001679 | 1 Attachment: "ENLIST Proposed Registration of the 24-D for Enlist Corn Soybean 02202014 rough draft_FK.docx" | Vaughn3 Entry No. 35 is the email found at 0001679, but it does not list this as an attachment. |
| ED_Vaughn3_0001676 | 1 Attachment: "ENLIST Proposed Registration of the 24-D for Enlist Corn Soybean 02202014 rough draft EFED comments.docx" | Vaughn3 Entry No. 34 is the email found at 0001676, but it does not list this as an attachment. |
| ED_Vaughn3_0001646 | 1 Attachment: "ENLIST Proposed Registration of the 24-D for Enlist Corn Soybean 02202014 rough draft_FK.docx" | Vaughn3 Entry No. 32 is the email found at 0001646, but it does not list this as an attachment. |
| ED_Vaughn3_0000997 | 1 Attachment: "24-D choline Listed Species 2_12_14 MR.docx" |  |