# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Civil Action No.: 1:16-cv-00175-BAH |

## JOINT STATUS REPORT

Pursuant to the Court's order dated March 27, 2019, the parties, by and through the undersigned counsel, report to the Court as follows.

1. The Court's order dated March 27, 2019, directed Defendant to disclose by April 15, 2019, certain segregable information from ten documents that had previously been withheld in full by Defendant, and further provided that the parties thereafter "submit, by April 19, 2019, a final joint status report regarding the status of the release of segregable information as directed, upon which release, final summary judgment will be entered for the defendant."

2. Defendant, under cover letter dated April 11, 2019, released to Plaintiff the segregable information identified in the March 27, 2019 order on the ten documents at issue, and Plaintiff, having reviewed that release, agrees that Defendant has complied with the disclosure that had been ordered by the Court.

3. The only outstanding issue in this matter is the question of whether, and to what extent, Plaintiff is eligible for and entitled to an award of its attorneys' fees and costs in this matter. The parties will confer in an attempt to resolve that issue and, in the event they are

unable to do so, propose that the Court set Plaintiff's deadline to move for attorneys' fees and costs as 45 days after entry of judgment in this action.

| | |
|---|---|
| DATED: April 12, 2019 | Respectfully submitted, |
| | |
| */s/ Amy R. Atwood* | JESSIE K. LIU |
| Amy R. Atwood (D.C. Bar No. 470258) | D.C. Bar # 472845 |
| Center for Biological Diversity | United States Attorney |
| P.O. Box 11374 | |
| Portland, OR 97211-0374 | DANIEL VAN HORN |
| (971) 717-6401 | D.C. Bar # 924092 |
| atwood@biologicaldiversity.org | Chief, Civil Division |
| | |
| */s/ Margaret E. Townsend* | By: */s/ Jeremy S. Simon* |
| Margaret E. Townsend (D.C. Bar No. OR0008) | Jeremy S. Simon, D.C. Bar #447956 |
| Center for Biological Diversity | Assistant United States Attorney |
| P.O. Box 11374 | 555 4th St., N.W. |
| Portland, OR 97211-0374 | Washington, D.C. 20530 |
| (971) 717-6409 | (202) 252-2528 |
| mtownsend@biologicaldiversity.org | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |